Jeffrey H. Lowenthal (State Bar No. 111763)
Edward Egan Smith (State Bar No. 169792)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Suite 300
San Francisco, CA 94111
Telephone No. (415) 421-3400
Facsimile No. (415) 421-2234

Attorneys for Defendant
North American Title Company, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIS DOCTOR, | ) Case No. C07-032770 JL |
| Plaintiff, | ) |
| | ) [Removed from Superior Court of |
| | ) California Contra Costa County, Case No. |
| vs. | ) C07-01016] |
| | ) |
| NORTH AMERICAN TITLE COMPANY, | ) **JOINDER IN REMOVAL OF ACTION** |
| INC., et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

JOINDER IN REMOVAL OF ACTION
S:\NATC\DOCTOR\Pleadings\Joinder.Removal.Action.wpd

1    Defendant North American Title Company, Inc. hereby joins in defendant K Platinum

2  Group, Inc.'s June 21, 2007 removal to this Court of the state court action entitled <u>Avis Doctor</u>

3  <u>v. North American Title Company, Inc., et al.</u>, Contra Costa Superior Court Case No. C07-

4  01016.

5

6  Dated: July 16, 2007                    STEYER LOWENTHAL BOODROOKAS
                                           ALVAREZ & SMITH LLP
7

8                                          By: <u>/s/ Edward Egan Smith</u>
                                               Edward Egan Smith
9                                              Attorneys for Defendant North American Title
                                               Company, Inc.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    - 1 -

JOINDER IN REMOVAL OF ACTION
S:\NATC\DOCTOR\Pleadings\Joinder.Removal.Action.wpd