# CERTIFICATE OF SERVICE

I declare that I am over the age of eighteen years and that I am not a party to this action. I am an employee of Steyer Lowenthal Boodrookas Alvarez & Smith LLP, and my business address is One California Street, Suite 300, San Francisco, CA 94111.

On the date set forth below, I served the following document(s):

**JOINDER IN REMOVAL OF ACTION**

[x]   by sending the true copies thereof as designated below:

[x]   by placing [ ] the original [x] a true copy thereof enclosed in sealed envelopes addressed as follows:

Christopher Robin Lucas
Law Offices of Goforth & Lucas
2300 Clayton Road, Ste. 1460
Concord, CA 94520
Telephone (925) 682-2353
Fax (925) 682-2353
*[Attorneys for Plaintiff*
*Avis Doctor]*

[X]   **BY MAIL.** I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, to wit, that correspondence will be deposited with the U.S. Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 16, 2007, at San Francisco, California.

/s/ Elizabeth R. Costiniano