```
 1  CHRISTOPHER R. LUCAS (SBN 95293)
    LAW OFFICES OF GOFORTH & LUCAS
 2  2300 Clayton Road, Suite 1460
    Concord, California 94520
 3  TELEPHONE: (925) 682-9500
    FACSIMILE: (925) 682-2353
 4
 5  Attorney for Plaintiffs,
    AVIS DOCTOR, CHARI OGOGO,
 6  PAULETTE MAYO, KAREN SMITH,
    SUZETTE STEINBERG, THOMAS STEINBERG,
 7  AMY LEVESQUE, GEORGE ROACH,
    AMREE JOHAL, SYLVIA HERNANDEZ,
 8  DICK LING, JOHN O'BRIEN,
    KIFLAI TESFAI, LAURA ZAMORA, AND RAUL ZAMORA
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| AVIS DOCTOR, CHARI OGOGO, PAULETTE MAYO, KAREN SMITH, SUZETTE STEINBERG, THOMAS STEINBERG, <br>    Plaintiffs, <br> v. <br> NORTH AMERICAN TITLE COMPANY INC., OLD REPUBLIC TITLE COMPANY, KANYA TENNYSHA COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN aka CHARLES E. COLEMAN SR., YVONNE E. GAMBLE, FREDERICK C. GAMBLE, JORIE WRIGHT, FLOYD W. WATSON, FELIX GOLDEN, K PLATINUM GROUP, INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL, INC., K PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM | FEDERAL CASE NO: C07-03270 JL <br><br> PLEASE SEE RELATED FEDERAL CASE NO: C07-03269 MJJ <br><br> (Consolidated STATE CASE: MSC07-01018; MSC 07-01016) <br><br> **NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT BY CERTAIN PLAINTIFFS IN CONSOLIDATED ACTION AGAINST THOSE NAMED DEFENDANTS REFERRED TO COLLECTIVELY AS "KPG" FOR "K PLATINUM GROUP"** <br><br> Date: 09/05/07 <br> Time: 9:30 a.m. <br> Courtroom: F |

1  PERSONNEL SERVICES, K PLATINUM
   INTERNATIONAL ASSOCIATE
2  INVESTMENT, REAL ESTATE PERSONNEL
   SERVICES a business organization
3  unknown, REALLIFE CONSULTING, a
   business organization unknown,
4  OUTERSPHERE INC., OUTERSPHERE
   LLC, OUTERSPHERE INVESTMENT
5  GROUP, LLC, BLUE SKY TRUST, a
   business organization unknown,
6  PROSPERITY MATTERS LLC, POWER OF
   SEVEN LOAN-FUND ONE LIMITED
7  PARTNERSHIP, SANFORD AND PETERSON
   INTERNATIONAL INVESTMENT GROUP,
8  INC., LAND AMERICA aka LAND
   AMERICA CAPITAL CORPORATION,
9  BRENDA ANN MICHELSON, CAROL ANN
   DICKSON, CLAYTON GRACE, THOMAS
10 JENKINS, VIKING APPRAISALS, CRAIG
   BUCCELLATO, JESSICA ARANDA,
11 and DOES 1 to 500, INCLUSIVE,
12
13      Defendants.
   _____/
14
        TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:
15
        NOTICE IS HEREBY GIVEN that on September 5, 2007, at 9:30
16
a.m., or as soon thereafter as counsel may be heard by the
17
above-entitled Court, located at 450 Golden Gate Avenue,
18
Courtroom F, 15th Floor, San Francisco, California 94102, in the
19
courtroom of Judge Martin J. Jenkins, Plaintiffs, Avis Doctor,
20
Chari Ogogo, Paulette Mayo, Karen Smith, Suzette Steinberg,
21
Thomas Steinberg (State Case No. C07-01016), Amy Levesque,
22
George Roach (State Case No. C07-01018), Amree Johal, Sylvia
23
Hernandez, Dick Ling, John O'Brien, Kiflai Tesfai, Laura Zamora,
24
and Raul Zamora (State Case No. C07-01244) will and hereby move
25

LAW
OFFICES
OF
GOFORTH
& LUCAS

*NOTICE OF MOTION AND MOTION TO REMAND*                                    2

the Court for Remand to State Court by Certain Plaintiffs in Consolidated Action Against those Named Defendants Referred Collectively As "KPG" for "K Platinum Group".

This motion is based on this Notice of Motion and Motion, the Pints and Authorities, and the Declaration of Attorney Christopher R. Lucas, the pleading and papers on file herein and upon such other mattes as may be presented to thee Court at the time of the hearing, including: (1) DEFENDANTS SERVED IN THE STATE CASE HAVE NOT PROPERLY JOINED IN REMOVAL ("RULE OF UNANIMITY" FOLEY V. ALLIED INTERSTATE, INC., 312 F.Supp.2d 1279 (C.D.Cal.2004), 28 USC 1446(a),(b).); (2) THE INTENT OF ONLY REMAINING RICO ALLEGATION TO BE DISMISSED IS CLEAR. COURT SHOULD REMAND 28 USC 1441(c) CLAIMS IN EXERCISE OF DISCRETION TO PREVENT DISRUPTION OF STATE COURT ORDERS; FORUM SHOPPING, RECONSIDERATION OF RECEIVER; (3) ALL REMAINING CLAIMS ARE PURELY STATE LAW CLAIMS INVOLVING PROPERTY RIGHTS TO CONTRA COSTA HOMES AND MORTGAGES, STATE BROKER LAW, STATE LIS PENDENS REMEDIES; NO DIVERSITY; (4) THE COURT SHOULD NOT EXERCISE DISCRETION TO KEEP CASE IN FEDERAL COURT SINCE REMOVAL WAS COINCIDENT WITH DISMISSALS OF ALL FEDERAL CLAIMS, AND RICO CLAIM IS CONCURRENT JURISDICTION 28 USC 1367(c)(2)(3); (5) KPG DEFENDANTS REMOVE TO AVOID APPOINTMENT OF RECEIVER, BUT BY OPPOSING THE RECEIVER MOTION AND OTHER UNFAVORABLE MOTIONS AND LOSING, DEFENDANTS WAIVED REMOVAL; AND (6) REMOVAL NOTICE IS NOT TIMELY AS TO

1 | CONSOLIDATED CASE BASED ON SERVICE OF DOCU CLAIMS IN MARCH AND
2 | FILING OF REMOVAL NOTICE JUNE 21: NONE OF THE CURRENTLY FILED
3 | CASES WILL HAVE ANY FEDERAL LAW ISSUES, AND REMOVAL DISRUPTS
4 | PROGRESS IN PREJUDMENT RECEIVER AND CASE CONSOLIDATION.
5 | DATED: July 19, 2007                LAW OFFICE OF GOFORTH & LUCAS

                                        _____
                                        CHRISTOPHER R. LUCAS
                                        Attorney for Plaintiffs,
                                        AVIS DOCTOR, CHARI OGOGO,
                                        PAULETTE MAYO, KAREN SMITH,
                                        SUZETTE STEINBERG, THOMAS
                                        STEINBERG, AMY LEVESQUE, GEORGE
                                        ROACH, AMREE JOHAL, SYLVIA
                                        HERNANDEZ, DICK LING, JOHN
                                        O'BRIEN, KIFLAI TESFAI, LAURA
                                        ZAMORA, AND RAUL ZAMORA

## PROOF OF SERVICE

I, declare that I am employed in the County of Contra Costa, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 2300 Clayton Road, Suite 1460, Concord, California 94520. Upon this day, I served the within, **NOTICE OF MOTION AND MOTION TO REMAND**

On the following interested party(s) in said cause:

VIA EMAIL: cpham@gareebpham.com
VIA FACSIMILE (213) 455-2940
Christopher Q. Pham, Esq.
Alexander S. Gareeb, Esq.
GAREEB & PHAM, LLP
707 Wilshire Boulevard, Suite 5300
Los Angeles, CA 90017
(213) 455-2930
**Attorney for Defendant KANYA TENNYSKA COLEMAN**

VIA FACSIMILE (510) 465-1330
Ronald W. Carter
2201 Broadway, Ste 815
Oakland, CA 94614
(510) 465-6500
**Attorney for Plaintiffs DOROTHY DANIEL, THETRIS, ERVIN, DONNA WILSON, RENDY LOLA PERKINS**

VIA FACSIMILE (415) 438-2655
Robert J. Scott, Jr., Esq.
SCHWARTZ & CERA LLP
44 Montgomery Street, Ste 3850
San Francisco, CA 94104
**(415) 956-2600**
**Attorney for Plaintiff BRUCE SARUBIN**

VIA FACSIMILE (415) 776-1826
Jesse Clyde Ralph
54 Macondray Lane
San Francisco, CA 94133
**Attorney for Plaintiff JIMMIE T. BRADEN SR.**

VIA EMAIL: marc@mehlman-terbeek.com
VIA FACSIMILE (925) 935-1789
Marc L. TerBeek, Esq.
2125 Oak Grove Road, Suite 125
Walnut Creek, CA 94598
(925) 935-3575
**Attorney for Defendants K PLATINUM GROUP, INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM INTERNATIONAL ASSOCIATE, BRENDA ANN MICHELSON**

Newell Walker **(In Pro Per)**
160 Delgado Court
Vallejo, CA 94591

shroux1@aol.com
V. Elizaveth Grayson, Esq.
888 Seventh Avenue – 45th Floor
New York, NY 10106
(646) 406-1512
**Attorney for Plaintiff Charmaine Bennett**

VIA FACSIMILE (510) 287-9656
David L. Roth, Esq.
One Kaiser Plaza, Ste 601
Oakland, CA 94501
(510) 835-8181
**Attorney for Plaintiffs Hemwattie Docu, Theodore Docu, Hemo's House of Design, Inc.**

LAW OFFICES OF GOFORTH & LUCAS

**NOTICE OF MOTION AND MOTION TO REMAND**

5

1  VIA FACSIMILE (415) 421-2234
   Jeffrey H. Lowenthal, Esq.
2  Edward Egan Smith, Esq.
   STEYER LOWENTHAL BOODROOKAS
3  ALVAREZ & SMITH LLP
   One California Street, Suite
4  300
   San Francisco, CA 94111
5  (415) 421-3400

   [X]    **VIA MAIL – CCP §§ 1013(a), 2015.5:**
6         By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and
          placing each for collection and mailing on that date following ordinary business
7         practices. I am readily familiar with my firm's business practice of collection and
          processing of correspondence for mailing with the United States Postal Service and
          correspondence placed for collection and mailing would be deposited with the United
8         Stated Postal Service at Concord, California, with postage thereon fully prepaid, that
          same day in the ordinary course of business.

9  [X]    **VIA ELECTRONIC TRANSMISSION – LOCAL RULE 5.5(b):**
          Pursuant to Local Rule 5.5(b), the document(s) were delivered by electronic transmission.
10

11 [ ]    **VIA OVERNIGHT MAIL/COURIER – CCP §§ 1013(c), 2015.5:**
          By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and
          placing each for collection by overnight mail service or overnight courier service. I am
12        readily familiar with my firm's business practice of collection and processing of
          correspondence for overnight mail or overnight courier service, and any correspondence
          placed for collection for overnight delivery would, in the ordinary course of business,
13        be delivered to an authorized courier or driver authorized by the overnight mail carrier
          to receive documents, with delivery fees paid or provided for, that same day, for
          delivery on the following business day.
14

   [ ]    **VIA FACSIMILE – CCP §§ 1013(e), 2015.5, CRC 2008:**
15        By arranging for facsimile transmission from facsimile number (925)682-2353 to the above
          listed facsimile number(s) prior to 5:00 p.m. I am readily familiar with my firm's
          business practice of collection and processing of correspondence via facsimile
16        transmission(s) and any such correspondence would be transmitted in the ordinary course
          of business. The facsimile transmission(s) was reported as complete and without error,
          and a copy of the transmission report is attached.
17

   [ ]    **VIA HAND DELIVERY – CCP §§ 1011, 2015.5:**
18        By placing a true copy thereof in a sealed envelope(s), addressed as above, and causing
          each envelope(s) to be hand-served on that day, in the ordinary course of my firm's
19        business practice.

20        I declare that I am employed in the office of a member of
   the bar of this Court at whose direction the service was made.
21 I declare under penalty of perjury under the laws of the United
   States of America that the foregoing is true and correct and
22 that this declaration was executed on July 19, 2007, at Concord,
   California.
23
                                               _____
   cc: Clients                                 By: Liliana Rincon
24

25