1  CHRISTOPHER R. LUCAS (SBN 95293)
   LAW OFFICES OF GOFORTH & LUCAS
2  2300 Clayton Road, Suite 1460
   Concord, California 94520
3  TELEPHONE: (925) 682-9500
   FACSIMILE: (925) 682-2353
4

5  Attorney for Plaintiffs,
   AVIS DOCTOR, CHARI OGOGO,
6  PAULETTE MAYO, KAREN SMITH,
   SUZETTE STEINBERG, THOMAS STEINBERG,
7  AMY LEVESQUE, GEORGE ROACH,
   AMREE JOHAL, SYLVIA HERNANDEZ,
8  DICK LING, JOHN O'BRIEN,
   KIFLAI TESFAI, LAURA ZAMORA, AND RAUL ZAMORA
9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           (San Francisco)
12

13 | AVIS DOCTOR, CHARI OGOGO,              | FEDERAL CASE NO: C07-03270 JL
   | PAULETTE MAYO, KAREN SMITH,
14 | SUZETTE STEINBERG, THOMAS              | PLEASE SEE RELATED
   | STEINBERG,                             | FEDERAL CASE NO: C07-03269 MJJ
15 |       Plaintiffs,
   |                                        | (Consolidated STATE CASE:
16 |    v.                                  | MSC07-01018; MSC 07-01016)
   | NORTH AMERICAN TITLE COMPANY
17 | INC., OLD REPUBLIC TITLE COMPANY,      | **TABLE OF CONTENTS FOR POINTS
   | KANYA TENNYSHA COLEMAN aka KANYA       | AND AUTHORITIES IN SUPPORT OF
18 | HILL aka KANYA MAXIMO, CHARLES E.      | MOTION TO REMAND TO STATE COURT
   | COLEMAN aka CHARLES E. COLEMAN         | BY CERTAIN PLAINTIFFS IN
19 | SR., YVONNE E. GAMBLE, FREDERICK       | CONSOLIDATED ACTION AGAINST
   | C. GAMBLE, JORIE WRIGHT, FLOYD W.      | THOSE NAMED DEFENDANTS REFERRED
20 | WATSON, FELIX GOLDEN, K PLATINUM       | COLLECTIVELY AS "KPG" FOR "K
   | GROUP, INC., K PLATINUM REALTY,        | PLATINUM GROUP"**
21 | INC., K PLATINUM FINANCIAL, INC.,
   | K PLATINUM ASSOCIATES, INC., K         | Date: 09/05/07
22 | PLATINUM INTERNATIONAL, INC., K        | Time: 9:30 a.m.
   | PLATINUM INTERNATIONAL                 | Courtroom: F
23 | ASSOCIATES, INC., K PLATINUM
   | INTERNATIONAL FINANCIAL, INC., K
24 | PLATINUM INTERNATIONAL GROUP
   | INC., K PLATINUM INTERNATIONAL
25 | REALTY, INC., K PLATINUM

LAW
OFFICES
OF
GOFORTH
& LUCAS

*TABLE OF CONTENTS FOR POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO*                              1
*REMAND*

PERSONNEL SERVICES, K PLATINUM INTERNATIONAL ASSOCIATE INVESTMENT, REAL ESTATE PERSONNEL SERVICES a business organization unknown, REALLIFE CONSULTING, a business organization unknown, OUTERSPHERE INC., OUTERSPHERE LLC, OUTERSPHERE INVESTMENT GROUP, LLC, BLUE SKY TRUST, a business organization unknown, PROSPERITY MATTERS LLC, POWER OF SEVEN LOAN-FUND ONE LIMITED PARTNERSHIP, SANFORD AND PETERSON INTERNATIONAL INVESTMENT GROUP, INC., LAND AMERICA aka LAND AMERICA CAPITAL CORPORATION, BRENDA ANN MICHELSON, CAROL ANN DICKSON, CLAYTON GRACE, THOMAS JENKINS, VIKING APPRAISALS, CRAIG BUCCELLATO, JESSICA ARANDA, and DOES 1 to 500, INCLUSIVE,

    Defendants.
_____/

I.     **INTRODUCTION p.2**
    **PLAINTIFFS ARE OVER TWENTY INDIVIDUALS IN EIGHT SEPARATE CASES WHICH WERE CONSOLIDATED IN THE STATE COURT**
    Foley v. Allied Interstate, Inc., 312 F.Supp.2d 1279 (C.D.Cal.2004) **p. 2**
    28 USC 1446 (a),(b).) **p. 2**
    28 USC 1367(c)(2)(3) **p. 2**
    Takeda v. Nortwestern Nat's Life Ins. Co, 765 F.2d 815, 181 (9th Cir.1985) **p. 3**
    Shamrock Oil & Gas Corp. v. Sheets, 313 U.S. 100, 108-09, 61 S.Ct. 868, 85 L.Ed. 1214 (1941) **p. 3**
    Foley v. Allied Interstate, Inc., 312 F. Supp.2d 1279 (C.D.Cal.2004) **p. 3**

II.    **RICO CLAIMS WILL NOT PROCEED p. 4**
    FRCP 41(a) **p. 5**
    28 USC 1367(c) **p.5**

III.   **STATE COURT REMEDIES DISRUPTED BY REMOVAL: RECEIVER, LIS PENDENS, CONSOLIDATION p. 6**
    28 USC 1367(c)(2) and (3) **p. 6**

LAW OFFICES OF GOFORTH & LUCAS

*TABLE OF CONTENTS FOR POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND*

1  IV.    **ALL DOUBTS IN FAVOR OF REMAND TO STATE COURT**
2         Carneigie-Mellon Univ. v. Cohill (1988) 484 US 343, 344 **p. 7**
3         Student A v. Metcho (1989) 710 F Supp 267, citing Takeda v. Northwestern Nat'l Life Ins. Co. (9th Cir. 1985) 765 F 2d 815, 818. **p. 7**
4         Cianci v. Supreme Court (1985) 40 Cal.3d 903 **p. 7**
5         Taflin v. Levih, (1990) 493 U.S. 455, 466-7 **p. 7**
           Harris v. Bobers Life and Casualty, (9th Cir.2005) 425 F.3d 689, 697 **p. 7**
6         Duncan v. Stuetzle, (9th Cir.1996) 76 F.3d 1480, 1485
7         **p. 7**

8  V.     **PROCEDURAL BACKGROUND p. 7**

9  VI.    **NO REMOVAL FILED WITHIN 30 DAYS OF INITIAL FEDERAL CLAIM p. 9**
10         28 USC 1446(a) **p. 9**

11 VII.   **RICO CLAIMS DO NOT PREEMPT CONCURRENT STATE COURT JURISDICTION p. 10**
12         Easton vs. Crossland Mortgage Corp. (9th Cir. 1997 114 F3d 979, 982 **p. 10**
13         Patterman v. Travelers, Inc. (SD GA 1997) 11 F Supp 2d 1382, 1388-1389 **p. 10**
14         Tafflin v. Levitt (1990) 493 US 455, 466-467 **p. 11**
15         Cianci v. Superior Ct. (1985) 40 Cal 3d 903, 908 **p. 11**

16 VIII.  **THE KPG DEFENDANTS WAIVED REMOVAL p. 11**
           Yousefzadeh v. Nelson, Mullins, Riley and Scarborough,
17         LLP (11th Cir. 2004) 365 F 3d 1244, 1246 **p. 11**
           Kiddie Rides USA Inc. v. Elektro-Mobiltechnik (CD IL
18         1984) 579 F. Supp. 1476, 1479-1480 **p. 11**

19 IX.    **PRESERVATION OF ASSET REMEDIES IS VITAL TO PLAINTIFFS p. 12**
20         Jenkins v. Commonwealth Land Title Ins Co. (9th Cir.
21         1997) 95 F 3d 1372 at 1378 **p. 12**
           Butner v. United States (1979) 440 US 48, 55 **p. 12**
22
   X.     **THE OTHER DEFENDANTS WHO WERE SERVED DID NOT JOIN IN
23         REMOVAL THUS THE REMOVAL NOTICE IS DEFECTIVE p. 12**
           Embury v. King, 361 F.3d 562, 563, n. 1 (9th Cir.2004)
24         **p. 12**
           United Computre Sys., Inc. v. AT&T Corp., 298 F.3d 756,
25         762 (9th Cir.2002) **p. 12**
           Hewitt v. City of Stanton, 798 F.2d 1230 **p. 12**

LAW OFFICES OF GOFORTH & LUCAS

*TABLE OF CONTENTS FOR POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND*

Foley v. Allied Interstate, Inc., 312 F.Supp.2d 1279 (C.D.Cal.2004) **p. 12**

XI. **ALL DEFENDANTS MUST JOIN IN REMOVAL NOTICE p. 14**
Parrino v. FHP, Inc. (9th Cir. 1998) 146 F 3d 699, 703 **p. 14**
Prize Frize, Inc. v. Matrix (U.S.) Ind. (9th Cir. 1999) 167 F 3d 1261, 1266 **p. 14**
Roe v. Donohue (7th Cir, 1994) 38 F3d 298, 301 **p. 14**
Ogletree v. Barnes (Ed Pa 1994) 851 F Supp 184, 188 **p. 14**
Williams v. Equifax Information Services LLC (MD FL 2005) 359 F Supp 2d 1284, 1286 **p. 14**
Northern Ill. Gas Co. v. Airco Industrial Gases (7th Cir. 1982) 676 F 2d 270, 272 **p. 14**
Alcorn v. Union Pacific Railroad Co. (WD MO 1998) 3 F Supp. 2d 1085, 1086 **p. 14**
Hewitt v. City of Stanton (9th Cir. 1986) 798 F 2d 1230, 1232 **p. 15**

XII. **ONLY STATE REMEDIES SOUGHT p. 15**
Christianson v. Colt Industries Operating Corp., 486 U.S. 800 (1988) **p. 15**
Conroy v. Fresh Del Monte Produce, Inc., 325 F.Supp.2d 1049 (N.D.Cal 2004) **p. 15**

## PROOF OF SERVICE

I, declare that I am employed in the County of Contra Costa, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 2300 Clayton Road, Suite 1460, Concord, California 94520. Upon this day, I served the within, **TABLE OF CONTENTS FOR OINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND**

On the following interested party(s) in said cause:

VIA EMAIL: cpham@gareebpham.com
VIA FACSIMILE (213) 455-2940
Christopher Q. Pham, Esq.
Alexander S. Gareeb, Esq.
GAREEB & PHAM, LLP
707 Wilshire Boulevard, Suite 5300
Los Angeles, CA 90017
(213) 455-2930
**Attorney for Defendant KANYA TENNYSKA COLEMAN**

VIA FACSIMILE (510) 465-1330
Ronald W. Carter
2201 Broadway, Ste 815
Oakland, CA 94614
(510) 465-6500
**Attorney for Plaintiffs DOROTHY DANIEL, THETRIS, ERVIN, DONNA WILSON, RENDY LOLA PERKINS**

VIA FACSIMILE (415) 438-2655
Robert J. Scott, Jr., Esq.
SCHWARTZ & CERA LLP
44 Montgomery Street, Ste 3850
San Francisco, CA 94104
**(415) 956-2600**
**Attorney for Plaintiff BRUCE SARUBIN**

VIA FACSIMILE (415) 776-1826
Jesse Clyde Ralph
54 Macondray Lane
San Francisco, CA 94133
**Attorney for Plaintiff JIMMIE T. BRADEN SR.**

VIA EMAIL: marc@mehlman-terbeek.com
VIA FACSIMILE (925) 935-1789
Marc L. TerBeek, Esq.
2125 Oak Grove Road, Suite 125
Walnut Creek, CA 94598
(925) 935-3575
**Attorney for Defendants K PLATINUM GROUP, INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM INTERNATIONAL ASSOCIATE, BRENDA ANN MICHELSON**

Newell Walker **(In Pro Per)**
160 Delgado Court
Vallejo, CA 94591

shroux1@aol.com
V. Elizaveth Grayson, Esq.
888 Seventh Avenue – 45th Floor
New York, NY 10106
(646) 406-1512
**Attorney for Plaintiff Charmaine Bennett**

VIA FACSIMILE (510) 287-9656
David L. Roth, Esq.
One Kaiser Plaza, Ste 601
Oakland, CA 94501
(510) 835-8181
**Attorney for Plaintiffs Hemwattie Docu, Theodore Docu, Hemo's House of Design, Inc.**

1  VIA FACSIMILE (415) 421-2234
   Jeffrey H. Lowenthal, Esq.
2  Edward Egan Smith, Esq.
   STEYER LOWENTHAL BOODROOKAS
3  ALVAREZ & SMITH LLP
   One California Street, Suite
4  300
   San Francisco, CA 94111
5  (415) 421-3400

6  [X]   **VIA MAIL – CCP §§ 1013(a), 2015.5:**
   By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and
7  placing each for collection and mailing on that date following ordinary business
   practices. I am readily familiar with my firm's business practice of collection and
   processing of correspondence for mailing with the United States Postal Service and
8  correspondence placed for collection and mailing would be deposited with the United
   Stated Postal Service at Concord, California, with postage thereon fully prepaid, that
   same day in the ordinary course of business.
9

   [X]   **VIA ELECTRONIC TRANSMISSION – LOCAL RULE 5.5(b):**
10 Pursuant to Local Rule 5.5(b), the document(s) were delivered by electronic transmission.

11 [ ]   **VIA OVERNIGHT MAIL/COURIER – CCP §§ 1013(c), 2015.5:**
   By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and
12 placing each for collection by overnight mail service or overnight courier service. I am
   readily familiar with my firm's business practice of collection and processing of
   correspondence for overnight mail or overnight courier service, and any correspondence
13 placed for collection for overnight delivery would, in the ordinary course of business,
   be delivered to an authorized courier or driver authorized by the overnight mail carrier
   to receive documents, with delivery fees paid or provided for, that same day, for
14 delivery on the following business day.

15 [ ]   **VIA FACSIMILE – CCP §§ 1013(e), 2015.5, CRC 2008:**
   By arranging for facsimile transmission from facsimile number (925)682-2353 to the above
   listed facsimile number(s) prior to 5:00 p.m. I am readily familiar with my firm's
16 business practice of collection and processing of correspondence via facsimile
   transmission(s) and any such correspondence would be transmitted in the ordinary course
17 of business. The facsimile transmission(s) was reported as complete and without error,
   and a copy of the transmission report is attached.

18 [ ]   **VIA HAND DELIVERY – CCP §§ 1011, 2015.5:**
   By placing a true copy thereof in a sealed envelope(s), addressed as above, and causing
19 each envelope(s) to be hand-served on that day, in the ordinary course of my firm's
   business practice.

20
        I declare that I am employed in the office of a member of
21 the bar of this Court at whose direction the service was made.
   I declare under penalty of perjury under the laws of the United
22 States of America that the foregoing is true and correct and
   that this declaration was executed on July 19, 2007, at Concord,
23 California.

24 cc: Clients                                    By: Liliana Rincon

25

LAW
OFFICES
OF
GOFORTH
& LUCAS

*TABLE OF CONTENTS FOR POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO*         6
*REMAND*