```
CHRISTOPHER R. LUCAS (SBN 95293)
LAW OFFICES OF GOFORTH & LUCAS
2300 Clayton Road, Suite 1460
Concord, California 94520
TELEPHONE: (925) 682-9500
FACSIMILE: (925) 682-2353

Attorney for Plaintiffs,
AVIS DOCTOR, CHARI OGOGO,
PAULETTE MAYO, KAREN SMITH,
SUZETTE STEINBERG, THOMAS STEINBERG,
AMY LEVESQUE, GEORGE ROACH,
AMREE JOHAL, SYLVIA HERNANDEZ,
DICK LING, JOHN O'BRIEN,
KIFLAI TESFAI, LAURA ZAMORA, AND RAUL ZAMORA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| AVIS DOCTOR, CHARI OGOGO, PAULETTE MAYO, KAREN SMITH, SUZETTE STEINBERG, THOMAS STEINBERG, <br> Plaintiffs, <br> v. <br> NORTH AMERICAN TITLE COMPANY INC., OLD REPUBLIC TITLE COMPANY, KANYA TENNYSHA COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN aka CHARLES E. COLEMAN SR., YVONNE E. GAMBLE, FREDERICK C. GAMBLE, JORIE WRIGHT, FLOYD W. WATSON, FELIX GOLDEN, K PLATINUM GROUP, INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL, INC., K PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM | FEDERAL CASE NO: C07-03270 JL <br><br> PLEASE SEE RELATED <br> FEDERAL CASE NO: C07-03269 MJJ <br><br> (Consolidated STATE CASE: MSC07-01018; MSC 07-01016) <br><br> **DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND TO STATE COURT BY CERTAIN PLAINTIFFS IN CONSOLIDATED ACTION AGAINST THOSE NAMED DEFENDANTS REFERRED COLLECTIVELY AS "KPG" FOR "K PLATINUM GROUP"** <br><br> Date: 09/05/07 <br> Time: 9:30 a.m. <br> Courtroom: F |

LAW OFFICES OF GOFORTH & LUCAS

*DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND*    1

| | |
|---|---|
| 1 | PERSONNEL SERVICES, K PLATINUM INTERNATIONAL ASSOCIATE |
| 2 | INVESTMENT, REAL ESTATE PERSONNEL SERVICES a business organization |
| 3 | unknown, REALLIFE CONSULTING, a business organization unknown, |
| 4 | OUTERSPHERE INC., OUTERSPHERE LLC, OUTERSPHERE INVESTMENT |
| 5 | GROUP, LLC, BLUE SKY TRUST, a business organization unknown, |
| 6 | PROSPERITY MATTERS LLC, POWER OF SEVEN LOAN-FUND ONE LIMITED |
| 7 | PARTNERSHIP, SANFORD AND PETERSON INTERNATIONAL INVESTMENT GROUP, |
| 8 | INC., LAND AMERICA aka LAND AMERICA CAPITAL CORPORATION, |
| 9 | BRENDA ANN MICHELSON, CAROL ANN DICKSON, CLAYTON GRACE, THOMAS |
| 10 | JENKINS, VIKING APPRAISALS, CRAIG BUCCELLATO, JESSICA ARANDA, |
| 11 | and DOES 1 to 500, INCLUSIVE, |
| 12 | |
| 13 | Defendants. |
| | _____/ |

14

15   I, Christopher R. Lucas, declare:

16   1.   I make this declaration based on my own personal

17   knowledge and observation of the preliminary litigation steps

18   and steps taken by my office for service of process and summons

19   in the state court.

20   2.   I represent the following plaintiffs, Avis Doctor,

21   Chari Ogogo, Paulette Mayo, Karen Smith, Suzette Steinberg,

22   Thomas Steinberg, Amy Levesque, George Roach, Amree Johal,

23   Sylvia Hernandez, Dick Ling, John O'Brien, Kiflai Tesfai, Laura

24   Zamora, and Raul Zamora.

25

LAW OFFICES OF GOFORTH & LUCAS

***DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND***                                            2

3. I also represent, Lonia T. Hutchon, Mildred T. Cariaso, Karen Redus, Renee Ellis, and Tuyet Vu who have not yet filed suit against the above defendants. There are several other plaintiffs whose cases were consolidated by the State court all of whom join in this request for remand to State court. The State court was in the midst of granting important prejudgment relief, and there will be no Federal claim in the complaint to be amended. In any case the RICO claim is of concurrent not preemptive jurisdiction, and plaintiffs attempted to dismiss it in State court.

4. I attach proofs of service on the following defendants in the consolidated state court action, none of whom have joined in the removal by defendants K Platinum and Kanya Coleman, et al., listed as follows: Kanya Tennysha Coleman, K Platinum Group, Inc. K Platinum International Group, Inc., K Platinum Associates, Inc., K Platinum International Associates, Inc., K Platinum Financial, Inc., K Platinum International Financial, Inc., K Platinum Realty, Inc., K Platinum International Realty, Inc., and Brenda Ann Michelson.

5. The KPG defendants do not include the defendants I had served with my clients lawsuits prior to removal, and these defendants do not appear to have consented to removal.

6. The defendants who have been served, but who have not joined, in the KPG defendants removal notice are: Charles E.

Coleman, Sr., Jorie Wright, Carol Ann Dickson, Clayton Grace, Felix Golden, Floyd W. Watson, Rob Ferguson, North American Title Company, Inc. Blue Sky Trust, Reallife Consulting, Real Estate Personnel Services, K Platinum Personnel Services, K Platinum International Associate Investment, Inc., Prosperity Matters, LLC. None of these defendants who were served in the state court have made any written joinder in the two removal notices of which I am aware.

7. There are also many other defendants whose summons were out for service at the time of the two removal notices and none of these defendants have filed a written joinder in either removal notice.

8. I currently represent approximately 20 individuals 14 of whom had already filed in the state court action before it was ordered consolidated. The initial complaint was copied from the DOCU plaintiffs' complaint, and contained a RICO cause of action, number 10, along with state court remedies. But as I became aware of more information, the issues for my clients proved distinct because they had mostly also purchased residential property in Contra Costa County in defendant KPG's "Equity Partners" part of the KPG program of alleged investment opportunities. <u>Thus I had decided not to proceed on the RICO allegations</u> and to dismiss then, amend to more fully state a cause of action against North American Title, Clear Mortgage

*DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND*    4

Solutions, and possibly Washington Mutual because of what I concluded was strong evidence of kickbacks to the KPG group which allowed for inflated appraisals, altered loan documentation, and repeated use of double escrows in each "equity share" purchase. This also required other state court remedies such as injunction, attachment, pending litigation notices. The State court accepted my clients' dismissal of RICO, but if that was not effective I would dismiss all RICO claims in any case based on what I have learned since I filed the first plaintiffs' case in the consolidated state court action.

9. The "restructuring" report to the state court filed by the KPG defendants on May 24 convinced me even more that the existing complaint and any new complaints would have to be amended and filed, and that RICO may not have application to the numerous new defendants. I ask that the court remand on my stipulation that there is no intention to assert any federal claim, and my information that the "Docu" RICO claim was dismissed as part of a settlement and will not be revived, and based on my clients' June 22, 2007 dismissal of the RICO casue of action in the State court.

10. I attach and verify the following exhibits in support of this motion for remand:

**EXHIBIT 1:** DEFENDANTS' REPORT RE REORGANIZATION OF K PLATINUM GROUP, INC. Dated May 24, 2007

**EXHIBIT 2:** REQUEST FOR DISMISSALS BY PLAINTIFFS SEEKING REMAND-JUNE 22, 2007 DISMISSAL OF RICO BY ALL

**EXHIBIT 3:**

- ORDER APPOINTING RECEIVER
- POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR APPOINTMENT OF RECEIVER [JOINDER]
- DECLARATION OF PLAINTIFF CHARI OGOGO IN SUPPORT OF MOTION FOR APPOINTMENT OF RECEIVER [JOINDER]
- MOTION FOR APPOINTMENT OF RECEIVER; MEMORANDUM OF POINTS AND AUTHORITIES; GRAYSON DECLARATION; REQUEST FOR JUDICIAL NOTICE

**EXHIBIT 4:** CONTRA COSTA COUNTY CASE REPORT (DOCKET REPORT)

**EXHIBIT 5:** ORDER FOR CONSOLIDATION

**EXHIBIT 6:** PLAINTIFFS' (SEEKING REMAND) LIS PENDENS RECORDED VERSUS VARIOUS PROPERTIES BY PLAINTIFFS SEEKING REMAND

**EXHIBIT 7:** <u>ACCUSATION</u> BY CALIFORNIA DEPARTMENT OF REAL ESTATE

**EXHIBIT 8:** STATE OF CALIFORNIA DEPARTMENT OF REAL ESTATE <u>DESIST AND REFRAIN ORDER</u> VERSUS K PLATINUM, ET AL.

**EXHIBIT 9:** PROOF OF SERVICE OF SUMMONS ON DEFENDANTS WHO HAVE NOT JOINED IN REMAND

**EXHIBIT 10:** EDWARD EGAN SMITH'S LETTER DATED JULY 6, 2007

1  **EXHIBIT 11:** MARC L. TERBEEK'S LETTER DATED JULY 16, 2007

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 19, 2007, in Concord, California.

CHRISTOPHER R. LUCAS
Attorney for Plaintiffs,
AVIS DOCTOR, CHARI OGOGO,
PAULETTE MAYO, KAREN SMITH,
SUZETTE STEINBERG, THOMAS
STEINBERG, AMY LEVESQUE, GEORGE
ROACH, AMREE JOHAL, SYLVIA
HERNANDEZ, DICK LING, JOHN
O'BRIEN, KIFLAI TESFAI, LAURA
ZAMORA, AND RAUL ZAMORA

## PROOF OF SERVICE

I, declare that I am employed in the County of Contra Costa, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 2300 Clayton Road, Suite 1460, Concord, California 94520. Upon this day, I served the within, **DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND**

On the following interested party(s) in said cause:

| | |
|---|---|
| VIA EMAIL: cpham@gareebpham.com<br>VIA FACSIMILE (213) 455-2940<br>Christopher Q. Pham, Esq.<br>Alexander S. Gareeb, Esq.<br>GAREEB & PHAM, LLP<br>707 Wilshire Boulevard, Suite 5300<br>Los Angeles, CA 90017<br>(213) 455-2930<br>**Attorney for Defendant KANYA TENNYSKA COLEMAN** | VIA EMAIL: marc@mehlman-terbeek.com<br>VIA FACSIMILE (925) 935-1789<br>Marc L. TerBeek, Esq.<br>2125 Oak Grove Road, Suite 125<br>Walnut Creek, CA 94598<br>(925) 935-3575<br>**Attorney for Defendants K PLATINUM GROUP, INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM INTERNATIONAL ASSOCIATE, BRENDA ANN MICHELSON** |
| VIA FACSIMILE (510) 465-1330<br>Ronald W. Carter<br>2201 Broadway, Ste 815<br>Oakland, CA 94614<br>(510) 465-6500<br>**Attorney for Plaintiffs DOROTHY DANIEL, THETRIS, ERVIN, DONNA WILSON, RENDY LOLA PERKINS** | Newell Walker **(In Pro Per)**<br>160 Delgado Court<br>Vallejo, CA 94591 |
| VIA FACSIMILE (415) 438-2655<br>Robert J. Scott, Jr., Esq.<br>SCHWARTZ & CERA LLP<br>44 Montgomery Street, Ste 3850<br>San Francisco, CA 94104<br>**(415) 956-2600**<br>**Attorney for Plaintiff BRUCE SARUBIN** | shroux1@aol.com<br>V. Elizaveth Grayson, Esq.<br>888 Seventh Avenue – 45th Floor<br>New York, NY 10106<br>(646) 406-1512<br>**Attorney for Plaintiff Charmaine Bennett** |
| VIA FACSIMILE (415) 776-1826<br>Jesse Clyde Ralph<br>54 Macondray Lane<br>San Francisco, CA 94133<br>**Attorney for Plaintiff JIMMIE T. BRADEN SR.** | VIA FACSIMILE (510) 287-9656<br>David L. Roth, Esq.<br>One Kaiser Plaza, Ste 601<br>Oakland, CA 94501<br>(510) 835-8181<br>**Attorney for Plaintiffs Hemwattie Docu, Theodore Docu, Hemo's House of Design, Inc.** |

LAW OFFICES OF GOFORTH & LUCAS

*DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND*   8

1  VIA FACSIMILE (415) 421-2234
   Jeffrey H. Lowenthal, Esq.
2  Edward Egan Smith, Esq.
   STEYER LOWENTHAL BOODROOKAS
3  ALVAREZ & SMITH LLP
   One California Street, Suite
4  300
   San Francisco, CA 94111
5  (415) 421-3400

6  [X]   VIA MAIL - CCP §§ 1013(a), 2015.5:
         By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and
7        placing each for collection and mailing on that date following ordinary business
         practices. I am readily familiar with my firm's business practice of collection and
         processing of correspondence for mailing with the United States Postal Service and
8        correspondence placed for collection and mailing would be deposited with the United
         Stated Postal Service at Concord, California, with postage thereon fully prepaid, that
         same day in the ordinary course of business.
9
   [X]   VIA ELECTRONIC TRANSMISSION - LOCAL RULE 5.5(b):
10       Pursuant to Local Rule 5.5(b), the document(s) were delivered by electronic transmission.

11 [ ]   VIA OVERNIGHT MAIL/COURIER - CCP §§ 1013(c), 2015.5:
         By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and
12       placing each for collection by overnight mail service or overnight courier service. I am
         readily familiar with my firm's business practice of collection and processing of
         correspondence for overnight mail or overnight courier service, and any correspondence
13       placed for collection for overnight delivery would, in the ordinary course of business,
         be delivered to an authorized courier or driver authorized by the overnight mail carrier
         to receive documents, with delivery fees paid or provided for, that same day, for
14       delivery on the following business day.

15 [ ]   VIA FACSIMILE - CCP §§ 1013(e), 2015.5, CRC 2008:
         By arranging for facsimile transmission from facsimile number (925)682-2353 to the above
         listed facsimile number(s) prior to 5:00 p.m. I am readily familiar with my firm's
16       business practice of collection and processing of correspondence via facsimile
         transmission(s) and any such correspondence would be transmitted in the ordinary course
         of business. The facsimile transmission(s) was reported as complete and without error,
17       and a copy of the transmission report is attached.

18 [ ]   VIA HAND DELIVERY - CCP §§ 1011, 2015.5:
         By placing a true copy thereof in a sealed envelope(s), addressed as above, and causing
19       each envelope(s) to be hand-served on that day, in the ordinary course of my firm's
         business practice.

20
         I declare that I am employed in the office of a member of
21 the bar of this Court at whose direction the service was made.
   I declare under penalty of perjury under the laws of the United
22 States of America that the foregoing is true and correct and
   that this declaration was executed on July 19, 2007, at Concord,
23 California.

24 cc: Clients                                By: Liliana Rincon

25

LAW OFFICES OF GOFORTH & LUCAS

*DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND*    9