1  CHRISTOPHER R. LUCAS (SBN 95293)
   LAW OFFICES OF GOFORTH & LUCAS
2  2300 Clayton Road, Suite 1460
   Concord, California 94520
3  TELEPHONE: (925) 682-9500
   FACSIMILE: (925) 682-2353
4

5  Attorney for Plaintiffs,
   AVIS DOCTOR, CHARI OGOGO,
6  PAULETTE MAYO, KAREN SMITH,
   SUZETTE STEINBERG, THOMAS STEINBERG,
7  AMY LEVESQUE, GEORGE ROACH,
   AMREE JOHAL, SYLVIA HERNANDEZ,
8  DICK LING, JOHN O'BRIEN,
   KIFLAI TESFAI, LAURA ZAMORA, AND RAUL ZAMORA
9

                 UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                          (San Francisco)
12

13 | AVIS DOCTOR, CHARI OGOGO,          | FEDERAL CASE NO: C07-03270 JL
   | PAULETTE MAYO, KAREN SMITH,
14 | SUZETTE STEINBERG, THOMAS          | PLEASE SEE RELATED
   | STEINBERG,                         | FEDERAL CASE NO: C07-03269 MJJ
15 |      Plaintiffs,
   |                                    | (Consolidated STATE CASE:
16 |      v.                            | MSC07-01018; MSC 07-01016)
   | NORTH AMERICAN TITLE COMPANY
17 | INC., OLD REPUBLIC TITLE COMPANY,  | **LIST OF EXHIBITS TO DECLARATION**
   | KANYA TENNYSHA COLEMAN aka KANYA   | **OF CHRISTOPHER R. LUCAS IN**
18 | HILL aka KANYA MAXIMO, CHARLES E.  | **SUPPORT OF MOTION TO REMAND TO**
   | COLEMAN aka CHARLES E. COLEMAN     | **STATE COURT BY CERTAIN**
19 | SR., YVONNE E. GAMBLE, FREDERICK   | **PLAINTIFFS IN CONSOLIDATED**
   | C. GAMBLE, JORIE WRIGHT, FLOYD W.  | **ACTION AGAINST THOSE NAMED**
20 | WATSON, FELIX GOLDEN, K PLATINUM   | **DEFENDANTS REFERRED**
   | GROUP, INC., K PLATINUM REALTY,    | **COLLECTIVELY AS "KPG" FOR "K**
21 | INC., K PLATINUM FINANCIAL, INC.,  | **PLATINUM GROUP"**
   | K PLATINUM ASSOCIATES, INC., K
22 | PLATINUM INTERNATIONAL, INC., K    | Date: 09/05/07
   | PLATINUM INTERNATIONAL             | Time: 9:30 a.m.
23 | ASSOCIATES, INC., K PLATINUM       | Courtroom: F
   | INTERNATIONAL FINANCIAL, INC., K
24 | PLATINUM INTERNATIONAL GROUP
   | INC., K PLATINUM INTERNATIONAL
25 | REALTY, INC., K PLATINUM

LAW
OFFICES
OF
GOFORTH
& LUCAS

*LIST OF EXHIBITS TO DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF*    1
*MOTION TO REMAND*

1  PERSONNEL SERVICES, K PLATINUM
   INTERNATIONAL ASSOCIATE
2  INVESTMENT, REAL ESTATE PERSONNEL
   SERVICES a business organization
3  unknown, REALLIFE CONSULTING, a
   business organization unknown,
4  OUTERSPHERE INC., OUTERSPHERE
   LLC, OUTERSPHERE INVESTMENT
5  GROUP, LLC, BLUE SKY TRUST, a
   business organization unknown,
6  PROSPERITY MATTERS LLC, POWER OF
   SEVEN LOAN-FUND ONE LIMITED
7  PARTNERSHIP, SANFORD AND PETERSON
   INTERNATIONAL INVESTMENT GROUP,
8  INC., LAND AMERICA aka LAND
   AMERICA CAPITAL CORPORATION,
9  BRENDA ANN MICHELSON, CAROL ANN
   DICKSON, CLAYTON GRACE, THOMAS
10 JENKINS, VIKING APPRAISALS, CRAIG
   BUCCELLATO, JESSICA ARANDA,
11 and DOES 1 to 500, INCLUSIVE,

12      Defendants.
   _____/
13
14      **LIST OF EXHIBITS TO DECLARATION OF CHRISTOPHER R. LUCAS**

15      **EXHIBIT 1:** DEFENDANTS' REPORT RE REORGANIZATION OF K

16 PLATINUM GROUP, INC. Dated May 24, 2007

17      **EXHIBIT 2:** REQUEST FOR DISMISSALS BY PLAINTIFFS SEEKING

18 REMAND-JUNE 22, 2007 DISMISSAL OF RICO BY ALL

19      **EXHIBIT 3:**

20      - ORDER APPOINTING RECEIVER

21      - POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR

22         APPOINTMENT OF RECEIVER [JOINDER]

23      - DECLARATION OF PLAINTIFF CHARI OGOGO IN SUPPORT OF

24         MOTION FOR APPOINTMENT OF RECEIVER [JOINDER]

LAW
OFFICES
OF
GOFORTH
& LUCAS

*LIST OF EXHIBITS TO DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND*

2

1    - MOTION FOR APPOINTMENT OF RECEIVER; MEMORANDUM OF POINTS
2    AND AUTHORITIES; GRAYSON DECLARATION; REQUEST FOR
3    JUDICIAL NOTICE

**EXHIBIT 4:** CONTRA COSTA COUNTY CASE REPORT (DOCKET REPORT)

**EXHIBIT 5:** ORDER FOR CONSOLIDATION

**EXHIBIT 6:** PLAINTIFFS' (SEEKING REMAND) LIS PENDENS RECORDED VERSUS VARIOUS PROPERTIES BY PLAINTIFFS SEEKING REMAND

**EXHIBIT 7:** ACCUSATION BY CALIFORNIA DEPARTMENT OF REAL ESTATE

**EXHIBIT 8:** STATE OF CALIFORNIA DEPARTMENT OF REAL ESTATE DESIST AND REFRAIN ORDER VERSUS K PLATINUM, ET AL.

**EXHIBIT 9:** PROOF OF SERVICE OF SUMMONS ON DEFENDANTS WHO HAVE NOT JOINED IN REMAND

**EXHIBIT 10:** EDWARD EGAN SMITH'S LETTER DATED JULY 6, 2007

**EXHIBIT 11:** MARC L. TERBEEK'S LETTER DATED JULY 16, 2007

## PROOF OF SERVICE

I, declare that I am employed in the County of Contra Costa, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 2300 Clayton Road, Suite 1460, Concord, California 94520. Upon this day, I served the within, **LIST OF EXHIBITS TO DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND**

On the following interested party(s) in said cause:

VIA EMAIL: cpham@gareebpham.com
VIA FACSIMILE (213) 455-2940
Christopher Q. Pham, Esq.
Alexander S. Gareeb, Esq.
GAREEB & PHAM, LLP
707 Wilshire Boulevard, Suite 5300
Los Angeles, CA 90017
(213) 455-2930
**Attorney for Defendant KANYA TENNYSKA COLEMAN**

VIA FACSIMILE (510) 465-1330
Ronald W. Carter
2201 Broadway, Ste 815
Oakland, CA 94614
(510) 465-6500
**Attorney for Plaintiffs DOROTHY DANIEL, THETRIS, ERVIN, DONNA WILSON, RENDY LOLA PERKINS**

VIA FACSIMILE (415) 438-2655
Robert J. Scott, Jr., Esq.
SCHWARTZ & CERA LLP
44 Montgomery Street, Ste 3850
San Francisco, CA 94104
**(415) 956-2600**
**Attorney for Plaintiff BRUCE SARUBIN**

VIA FACSIMILE (415) 776-1826
Jesse Clyde Ralph
54 Macondray Lane
San Francisco, CA 94133
**Attorney for Plaintiff JIMMIE T. BRADEN SR.**

VIA EMAIL: marc@mehlman-terbeek.com
VIA FACSIMILE (925) 935-1789
Marc L. TerBeek, Esq.
2125 Oak Grove Road, Suite 125
Walnut Creek, CA 94598
(925) 935-3575
**Attorney for Defendants K PLATINUM GROUP, INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM INTERNATIONAL ASSOCIATE, BRENDA ANN MICHELSON**

Newell Walker **(In Pro Per)**
160 Delgado Court
Vallejo, CA 94591

shroux1@aol.com
V. Elizaveth Grayson, Esq.
888 Seventh Avenue – 45th Floor
New York, NY 10106
(646) 406-1512
**Attorney for Plaintiff Charmaine Bennett**

VIA FACSIMILE (510) 287-9656
David L. Roth, Esq.
One Kaiser Plaza, Ste 601
Oakland, CA 94501
(510) 835-8181
**Attorney for Plaintiffs Hemwattie Docu, Theodore Docu, Hemo's House of Design, Inc.**

```
VIA FACSIMILE (415) 421-2234
Jeffrey H. Lowenthal, Esq.
Edward Egan Smith, Esq.
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Suite 300
San Francisco, CA 94111
(415) 421-3400
```

[X]   **VIA MAIL - CCP §§ 1013(a), 2015.5:**
By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United Stated Postal Service at Concord, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

[X]   **VIA ELECTRONIC TRANSMISSION - LOCAL RULE 5.5(b):**
Pursuant to Local Rule 5.5(b), the document(s) were delivered by electronic transmission.

[ ]   **VIA OVERNIGHT MAIL/COURIER - CCP §§ 1013(c), 2015.5:**
By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection by overnight mail service or overnight courier service. I am readily familiar with my firm's business practice of collection and processing of correspondence for overnight mail or overnight courier service, and any correspondence placed for collection for overnight delivery would, in the ordinary course of business, be delivered to an authorized courier or driver authorized by the overnight mail carrier to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

[ ]   **VIA FACSIMILE - CCP §§ 1013(e), 2015.5, CRC 2008:**
By arranging for facsimile transmission from facsimile number (925)682-2353 to the above listed facsimile number(s) prior to 5:00 p.m. I am readily familiar with my firm's business practice of collection and processing of correspondence via facsimile transmission(s) and any such correspondence would be transmitted in the ordinary course of business. The facsimile transmission(s) was reported as complete and without error, and a copy of the transmission report is attached.

[ ]   **VIA HAND DELIVERY - CCP §§ 1011, 2015.5:**
By placing a true copy thereof in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand-served on that day, in the ordinary course of my firm's business practice.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 19, 2007, at Concord, California.

cc: Clients

By: Liliana Rincon