**EXHIBIT 2**

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*<br>DAVID L. ROTH    SBN 85279<br>THOMAS EASTRIDGE    SBN 121718<br>One Kaiser Plaza, Suite 601<br>Oakland, California 94612<br><br>ATTORNEY FOR *(Name)* Plaintiffs Theodore Docu, Hemwattie Docu | TELEPHONE NO.:<br>**(510) 287-9651** | FOR COURT USE ONLY<br><br>𝔼𝕃𝔼ℂ𝕋ℝ𝕆ℕ𝕀ℂ𝔸𝕃𝕃𝕐<br>𝔽𝕀𝕃𝔼𝔻<br>7-10-07<br><br>K. TORRE, CLERK OF THE COURT<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF CONTRA COSTA - MARTINEZ<br>BY: C. LEE, DEPUTY CLERK |
|---|---|---|

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA, CONTRA COSTA COUNTY

PLAINTIFF/PETITIONER: HEMWATTIE DOCU, THEODORE DOCU, et al.

DEFENDANT/ RESPONDENT: KANYA TENNYSHA COLEMAN, et al.

| REQUEST FOR DISMISSAL<br>☐ **Personal Injury, Property Damage, or Wrongful Death**<br>  ☐ **Motor Vehicle**    ☐ **Other**<br>☐ **Family Law**<br>☐ **Eminent Domain**<br>☑ **Other** *(specify)* : Contract Action    [DOCU COMPLAINT ONLY] | CASE NUMBER.<br>C07-00049<br><br>C07 00080 |
|---|---|

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. **TO THE CLERK: Please dismiss** this action as follows:
   a. (1) ☑ With prejudice    (2) ☐ Without prejudice
   b. (1) ☑ Complaint    (2) ☐ Petition    **DOCU COMPLAINT ONLY**
      (3) ☐ Cross-complaint filed by *(name)*:                          on *(date)*:
      (4) ☐ Cross-complaint filed by *(name)*:                          on *(date)*:
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☑ Other *(specify)*:* ALL PARTIES REQUEST THE COURT RETAIN JURISDICTION PER CCP § 664.6.

Date: July 10, 2007

THOMAS EASTRIDGE
_____    ▶ _____
(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                                    (SIGNATURE)
*If dismissal requested is of specified parties only of specified causes of         Attorney or party without attorney for:
action only, or of specified cross-complaints only, so state and identify          ☑ Plaintiff/Petitioner    ☐ Defendant/Respondent
the parties, causes of action, or cross-complaints to be dismissed.                ☐ Cross - complainant

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
   Date:

_____    ▶ _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                                    (SIGNATURE)
** If a cross-complaint or Response (Family Law) seeking affirmative        Attorney or party without attorney for:
relief -is on file, the attorney for cross-complainant (respondent) must     ☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
sign this consent if required by Code of Civil Procedure section 581 (i)      ☐ Cross - complainant
or (j).

*(To be completed by clerk)*
3. ☒ Dismissal entered as requested on *(date)*    7-10-07
4. ☐ Dismissal entered on *(date)*:                          as to only *(name)*:
5. ☐ Dismissal **not entered** as requested for the following reasons *(specify)*:

6. ☐ a. Attorney or party without attorney notified on *(date)*:
      b. Attorney or party without attorney not notified. Filing party failed to provide
         ☐ a copy to conformed ☐ means to return conformed copy          C.LEE

Date:    7-10-07                          Clerk, by _____, Deputy

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]                    **REQUEST FOR DISMISSAL**                    Code of Civil Procedure, § 581 et seq.
                                                                                                Cal. Rules of Court, rule 3.1390
                                                                                                www.courtinfo.ca.gov

*www.accesslaw.com*

CIV-110

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>Elizabeth Grayson (122611)<br>888 Seventh Avenue, 45th Floor<br>New York, New York 10106<br><br>ATTORNEY FOR (Name):  Charmaine Bennett | TELEPHONE NO.:<br>(646) 406-1512 | FOR COURT USE ONLY |

Insert name of court and name of judicial district and branch court, if any:
Contra Costa County Superior Court, Martinez Branch

PLAINTIFF/PETITIONER:  Charmaine Bennett

DEFENDANT/ RESPONDENT:  K Platinum Group, Inc. et al.

| REQUEST FOR DISMISSAL | CASE NUMBER: |
|---|---|
| ☐ Personal Injury, Property Damage, or Wrongful Death<br>  ☐ Motor Vehicle    ☐ Other<br>☐ Family Law<br>☐ Eminent Domain<br>☑ Other (specify):  Breach of Contract | C07-01075<br>Consolidated with<br>MSC07-00049 |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☑ With prejudice    (2) ☐ Without prejudice
   b. (1) ☐ Complaint    (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name):                     on (date):
      (4) ☐ Cross-complaint filed by (name):                     on (date):
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☑ Other (specify):*  Dismissal with prejudice against New York Life Insurance Company only.

Date:

Elizabeth Grayson  ...........................................          ▶ [signature] Elizabeth Grayson

(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                    (SIGNATURE)
*If dismissal requested is of specified parties only or of specified causes of   Attorney or party without attorney for:
action only, or of specified cross-complaints only, so state and identify        ☑ Plaintiff/Petitioner         ☐ Defendant/Respondent
the parties, causes of action, or cross-complaints to be dismissed.              ☐ Cross - complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

..........................................................          ▶
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                    (SIGNATURE)
** If a cross-complaint-or Response (Family Law) seeking affirmative   Attorney or party without attorney for:
relief -is on file, the attorney for cross-complainant (respondent) must        ☐ Plaintiff/Petitioner         ☐ Defendant/Respondent
sign this consent if required by Code of Civil Procedure section 581 (i)        ☐ Cross - complainant
or (j).

(To be completed by clerk)
3. ☐  Dismissal entered as requested on (date):
4. ☐  Dismissal entered on (date):                    as to only (name):
5. ☐  Dismissal **not** entered as requested for the following reasons (specify):

6. ☐  a. Attorney or party without attorney notified on (date):
       b. Attorney or party without attorney not notified. Filing party failed to provide
          ☐ a copy to conformed ☐ means to return conformed copy

Date:                                   Clerk, by _____ , Deputy

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

REQUEST FOR DISMISSAL

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| DAVID L. ROTH      SBN 85279<br>THOMAS EASTRIDGE      SBN 121718<br>One Kaiser Plaza, Suite 601<br>Oakland, California 94612 | **(510) 287-9651** | |

ATTORNEY FOR *(Name)*: Plaintiffs Theodore Docu, Hemwattie Docu

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA, CONTRA COSTA COUNTY

PLAINTIFF/PETITIONER: HEMWATTIE DOCU, THEODORE DOCU, et al.

DEFENDANT/ RESPONDENT: KANYA TENNYSHA COLEMAN, et al.

| **REQUEST FOR DISMISSAL** | CASE NUMBER. |
|---|---|
| ☐ Personal Injury, Property Damage, or Wrongful Death<br>　☐ Motor Vehicle    ☐ Other<br>☐ Family Law<br>☐ Eminent Domain<br>☑ Other *(specify)* : Contract Action | C07 00080 |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☑ With prejudice    (2) ☐ Without prejudice
   b. (1) ☐ Complaint        (2) ☐ Petition
   　 (3) ☐ Cross-complaint filed by *(name)*:　　　　　　　　　　on *(date)*:
   　 (4) ☐ Cross-complaint filed by *(name)*:　　　　　　　　　　on *(date)*:
   　 (5) ☑ Entire action of all parties and all causes of action
   　 (6) ☑ Other *(specify)*:* ALL PARTIES REQUEST THE COURT RETAIN JURISDICTION PER CCP § 664.6

Date: July 9, 2007

THOMAS EASTRIDGE

(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)　　▶　　（SIGNATURE）

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:)
☑ Plaintiff/Petitioner　　☐ Defendant/Respondent
☐ Cross - complainant

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)　　▶　　（SIGNATURE）

** If a cross-complaint or Response (Family Law) seeking affirmative relief is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner　　☐ Defendant/Respondent
☐ Cross - complainant

*(To be completed by clerk)*

3. ☐ Dismissal entered as requested on *(date)*:
4. ☐ Dismissal entered on *(date)*:　　　　　　as to only *(name)*:
5. ☐ Dismissal **not entered** as requested for the following reasons *(specify)*:

6. ☐ a. Attorney or party without attorney notified on *(date)*:
   　　 b. Attorney or party without attorney not notified. Filing party failed to provide
   　　　　 ☐ a copy to conformed ☐ means to return conformed copy

Date:　　　　　　　　　　　　　Clerk, by _____, Deputy

Page 1 of 1

Form Adopted for Mandatory use<br>Judicial Council of California<br>CIV-110 [Rev January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;<br>Cal. Rules of Court, rule 3.1390<br>www.courtinfo.ca.gov

Case 3:07-cv-03270-MJJ   Document 11-3   Filed 07/19/2007   Page 5 of 6

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

CHRISTOPHER R. LUCAS
LAW OFFICES OF GOFORTH & LUCAS
2300 Clayton Road, Suite 1460
Concord, CA 94520

TELEPHONE NO.: (925) 682-9500

ATTORNEY FOR *(Name)*:  Plaintiffs, AMREE JOHAL, SYLVIA HERNANDEZ, et al.

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA

PLAINTIFF/PETITIONER: AMREE JOHAL, SYLVIA HERNANDEZ, DICK LING,
JOHN O'BRIEN, KIFLAI TESFAI, et al.
DEFENDANT/RESPONDENT: NORTH AMERICAN TITLE COMPANY INC., KANYA
TENNYSHA COLEMAN aka KANYA HILL, et al.

F I L E D

JUN 2 2 2007

K. TORRE, CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA - MARTINEZ

By_____, Deputy Clerk

### REQUEST FOR DISMISSAL

- [ ] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle    [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [X] Other *(specify)*:    Breach of Contract

CASE NUMBER:
C07-01244

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

**1. TO THE CLERK:** Please **dismiss** this action as follows:

a. (1) [ ] With prejudice    (2) [X] Without prejudice

b. (1) [ ] Complaint    (2) [ ] Petition
   (3) [ ] Cross-complaint filed by *(name)*:                                    on *(date)*:
   (4) [ ] Cross-complaint filed by *(name)*:                                    on *(date)*:
   (5) [ ] Entire action of all parties and all causes of action
   (6) [X] Other: *(specify):** **As to paragraphs 64, 65, 66, 67, and 68. TENTH CAUSE OF ACTION ONLY. C07-01244 ONLY.**

Date: June 22, 2007

CHRISTOPHER R. LUCAS
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

* If dismissal requested is of specified parties only, of specified causes of
action only, or of specified cross-complaints only, so state and identify
the parties, causes of action, or cross-complaints to be dismissed.

(SIGNATURE)

Attorney or party without attorney for:

[X] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-complainant

**2. TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

** If a cross-complaint - or Response (Family Law) seeking affirmative
relief - is on file, the attorney for the cross-complainant (respondent) must
sign this consent if required by Code of Civil Procedure section 581(i)
or (j).

(SIGNATURE)

Attorney or party without attorney for:  Plaintiffs
[ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-complainant

*(To be completed by clerk)*

3. [X] Dismissal entered as requested on *(date)*:  JUN 22 2007
4. [ ] Dismissal entered on *(date)*:                            as to only *(name)*:
5. [ ] Dismissal **not entered** as requested for the following reasons *(specify)*:

6. [ ] a. Attorney or party without attorney notified on *(date)*:
      b. Attorney or party without attorney not notified.  Filing party failed to provide
         [ ] a copy to conform    [ ] means to return conformed copy

Date:  JUN 22 2007                    Clerk, by  CWeber                    , Deputy

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]
Martin Dean's
ESSENTIAL FORMS™

### REQUEST FOR DISMISSAL

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

CIV-110

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
CHRISTOPHER R. LUCAS
LAW OFFICES OF GOFORTH & LUCAS
2300 Clayton Road, Suite 1460
Concord, CA 94520

TELEPHONE NO.: (925) 682-9500

ATTORNEY FOR (Name): Plaintiffs, AMY LEVESQUE and GEORGE ROACH

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA

PLAINTIFF/PETITIONER: AMY LEVESQUE and GEORGE ROACH

DEFENDANT/RESPONDENT: KANYA TENNYSHA COLEMAN aka KANYA
HILL aka KANYA MAXIMO, CHARLES E. COLEMAN, et al

**ELECTRONICALLY FILED**

06-22-07

K. TORRE, CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA - MARTINEZ
BY: C. GREEN, DEPUTY CLERK

## REQUEST FOR DISMISSAL

- [ ] **Personal Injury, Property Damage, or Wrongful Death**
  - [ ] **Motor Vehicle**  [ ] **Other**
- [ ] **Family Law**
- [ ] **Eminent Domain**
- [X] **Other** *(specify):*   Breach of Contract

CASE NUMBER:
C07-01018
CONSOLIDATED

C07-00049

*- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -*

**1. TO THE CLERK:** Please **dismiss** this action as follows:

a. (1) [ ] With prejudice    (2) [X] Without prejudice

b. (1) [ ] Complaint    (2) [ ] Petition
   (3) [ ] Cross-complaint filed by *(name):*                        on *(date):*
   (4) [ ] Cross-complaint filed by *(name):*                        on *(date):*
   (5) [ ] Entire action of all parties and all causes of action
   (6) [X] Other: *(specify):* **As to paragraphs 62, 63, 64, 65, and 66. TENTH CAUSE OF ACTION ONLY.  C07-01018 ONLY.**

Date: June 22, 2007

CHRISTOPHER R. LUCAS
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶ _____ (SIGNATURE)

Attorney or party without attorney for: Plaintiffs

[X] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-complainant

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

**2. TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

▶

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

(SIGNATURE)

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-complainant

** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for the cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

*(To be completed by clerk)*

3. [X] Dismissal entered as requested on *(date):*  06-22-07
4. [ ] Dismissal entered on *(date):*            as to only *(name):*
5. [ ] Dismissal **not entered** as requested for the following reasons *(specify):*

6. [ ] a. Attorney or party without attorney notified on *(date):*
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conform    [ ] means to return conformed copy

C GREEN

Date: 06-22-07         Clerk, by _____, Deputy

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

Martin Dean's
ESSENTIAL FORMS™

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):

— CHRISTOPHER R. LUCAS
LAW OFFICES OF GOFORTH & LUCAS
2300 Clayton Road, Suite 1460
Concord, CA 94520

TELEPHONE NO.: (925) 682-9500

ATTORNEY FOR (Name): Plaintiffs, AVIS DOCTOR, CHAIR OGOGO, et al.

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA

PLAINTIFF/PETITIONER: AVIS DOCTOR, CHAIR OGOGO, PAULETTE MAYO, KAREN SMITH, SUZETTE STEINBERG, et al.

DEFENDANT/RESPONDENT: NORTH AMERICAN TITLE COMPANY INC., OLD REPUBLIC TITLE COMPANY, et al.

**REQUEST FOR DISMISSAL**

- [ ] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle      [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [X] Other (specify):    Breach of Contract

ELECTRONICALLY
FILED

06-22-07

K. TORRE, CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA - MARTINEZ
BY: C. GREEN, DEPUTY CLERK

CASE NUMBER:
C07-01016
CONSOLIDATED

MSC07-00049

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

**1. TO THE CLERK:** Please **dismiss** this action as follows:
- a. (1) [ ] With prejudice   (2) [X] Without prejudice
- b. (1) [ ] Complaint   (2) [ ] Petition
  - (3) [ ] Cross-complaint filed by (name):                                    on (date):
  - (4) [ ] Cross-complaint filed by (name):                                    on (date):
  - (5) [ ] Entire action of all parties and all causes of action
  - (6) [X] Other: (specify):* **As to paragraphs 64, 65, 66, 67, and 68. TENTH CAUSE OF ACTION ONLY.   C07-01016 ONLY.**

Date: June 22, 2007

CHRISTOPHER R. LUCAS
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

(SIGNATURE)
Attorney or party without attorney for: Plaintiffs
[X] Plaintiff/Petitioner        [ ] Defendant/Respondent
[ ] Cross-complainant

**2. TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for the cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

(SIGNATURE)
Attorney or party without attorney for:
[ ] Plaintiff/Petitioner        [ ] Defendant/Respondent
[ ] Cross-complainant

(To be completed by clerk)
3. [X] Dismissal entered as requested on (date): 06-22-07
4. [ ] Dismissal entered on (date):                     as to only (name):
5. [ ] Dismissal **not entered** as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date):
        b. Attorney or party without attorney not notified. Filing party failed to provide
           [ ] a copy to conform   [ ] means to return conformed copy        C GREEN

Date: 06-22-07                    Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]
Martin Dean's
ESSENTIAL FORMS™

Page 1 of 1

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov