**EXHIBIT 4**

 

# Case Report

Home  Complaints/Parties  Actions
Pending Hearings  Images  Case Report

## Case CIVMSC07-00049 - Complaints/Parties

| Complaint Number: | 1 |
|---|---|
| Complaint Type: | COMPLAINT |
| Filing Date: | 01/05/2007 |
| Complaint Status: | ACTIVE |

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 1 | PLAINTIFF | BRUCE SARUBIN | SCHWARTZ, DOUGLAS R | First Paper Fee Paid |
| 2 | DEFENDANT | K PLATINUM GROUP INC | PHAM, CHRISTOPHER Q | Answer 04/11/2007 |
| 3 | DEFENDANT | K PLANTINUM INTERNATIONAL GROUP | PHAM, CHRISTOPHER Q | Answer 04/11/2007 |
| 4 | DEFENDANT | K PLATINUM ASSOCIATES, INC | PHAM, CHRISTOPHER Q | Answer 04/11/2007 |
| 5 | DEFENDANT | K PLATINUM INTERNATIONAL ASSOCIATES, INC | PHAM, CHRISTOPHER Q | Answer 04/11/2007 |
| 6 | DEFENDANT | K PLATINUM FINANCIAL , INC | PHAM, CHRISTOPHER Q | Answer 04/11/2007 |
| 7 | DEFENDANT | K PLATINUM INTERNATIONAL FINANCIAL, INC | PHAM, CHRISTOPHER Q | Answer 04/11/2007 |
| 8 | DEFENDANT | K PLATINUM REALTY,INC | PHAM, CHRISTOPHER Q | Answer 04/11/2007 |
| 9 | DEFENDANT | K PLATINUM INTERNATIONAL REALTY, INC | PHAM, CHRISTOPHER Q | Answer 04/11/2007 |
| 10 | DEFENDANT | KANAYA TENNYSHA COLEMAN | PHAM, CHRISTOPHER Q | Answer 04/11/2007 |
| 11 | DEFENDANT | OUTERSPHERE, LLC | | Serve Required (WaitS) |
| 12 | DEFENDANT | OUTERSPHERE INVESTMENT GROUP, LLC | | Serve Required (WaitS) |
| 13 | DEFENDANT | YVONNE GAMBLE | | Serve Required (WaitS) |
| 14 | DEFENDANT | JORIE WRIGHT | | Serve Required (WaitS) |

| Complaint Number: | 2 |
|---|---|
| Complaint Type: | COMPLAINT |
| Filing Date: | 05/16/2007 |
| Complaint Status: | ACTIVE |

| Party | | | | |
|---|---|---|---|---|

| Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 15 | PLAINTIFF | CHARMAINE BENNETT | GRAYSON, V ELIZABETH | First Paper Fee Paid |
| 16 | DEFENDANT | K PLATINUM GROUP INC | | Serve Required (WaitS) |
| 17 | DEFENDANT | K PLATINUM INTERNATIONALASSOCIATES INC | | Serve Required (WaitS) |
| 18 | DEFENDANT | K PLATINUM INTERNATIONAL GROUPINC | | Serve Required (WaitS) |
| 19 | DEFENDANT | K PLATINUM REALTY INC | | Serve Required (WaitS) |
| 20 | DEFENDANT | K PLATINUM ASSOCIATES INC | | Serve Required (WaitS) |
| 21 | DEFENDANT | K PLATINUM FINANCIAL INC | | Serve Required (WaitS) |
| 22 | DEFENDANT | PERFORMANCE FINANCE INSURANCE AND CONSULTIN | | Serve Required (WaitS) |
| 23 | DEFENDANT | T.J. PANTALEAO | | Serve Required (WaitS) |
| 24 | DEFENDANT | LEN QUICK | | Serve Required (WaitS) |
| 25 | DEFENDANT | KANYA COLEMAN | | Serve Required (WaitS) |
| 26 | DEFENDANT | JORIE WRIGHT | | Serve Required (WaitS) |
| 27 | DEFENDANT | NEW YORK LIFE INSURANCE COMPANY | CAULFIELD, ANDREW T | PARTY DISMISSED 07/11/2007 |
| 28 | DEFENDANT | CRES INSURANCES SERVICES LLC | | Serve Required (WaitS) |

**Complaint Number:** 3
**Complaint Type:** COMPLAINT
**Filing Date:** 01/22/2007
**Complaint Status:** CONSOLIDATED 06/08/2007

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 29 | PLAINTIFF | HEMWATTIE DOCU | EASTRIDGE, THOMAS | CONSOLIDATED W/O PREJ 06/08/2007 |
| 30 | PLAINTIFF | THEODORE DOCU | EASTRIDGE, THOMAS | CONSOLIDATED W/O PREJ 06/08/2007 |
| 31 | PLAINTIFF | HEMO'S HOUSEOF DESIGN INC | EASTRIDGE, THOMAS | CONSOLIDATED W/O PREJ 06/08/2007 |
| 32 | DEFENDANT | KANYA TENNYSHA COLEMAN | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 33 | DEFENDANT | CHARLES E COLEMAN, SR | ANDREWS, TERRENCE W | CONSOLIDATED W/O PREJ 06/08/2007 |
| 34 | DEFENDANT | JORIE WRIGHT | CLARKSON, SCOTT C | CONSOLIDATED W/O PREJ 06/08/2007 |
| | | | | CONSOLIDATED W/O |

| | | | | |
|---|---|---|---|---|
| 35 | DEFENDANT | K PLATINUM GROUP INC | | PREJ 06/08/2007 |
| 36 | DEFENDANT | K PLATINUM REALTY INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 37 | DEFENDANT | K PLATINUM FINANCIAL INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 38 | DEFENDANT | PROSPERITY MATTERS | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 39 | DEFENDANT | REAL ESTATE PERSONNEL SERVICES | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 40 | DEFENDANT | K PLATINUM ASSOCIATES INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 41 | DEFENDANT | K PLATINUM INTERNATIONAL ASSOCIATES INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 42 | DEFENDANT | K PLATINUM INTERNATIONAL FINANCIAL INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 43 | DEFENDANT | K PLATINUM ITERNATIONAL GROUP INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 44 | DEFENDANT | K PLATINUM INTERNATIONAL REALTY INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 45 | DEFENDANT | YVONNE GAMBLE | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 46 | DEFENDANT | OUTERSPHERE LLC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 47 | DEFENDANT | OUTERSPHERE INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 48 | DEFENDANT | OUTERSPHERE INVESTMENT GROUP LLC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 49 | DEFENDANT | REALLIFE CONSULTING | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 50 | DEFENDANT | SANFORD & PETERSONINTERNATIONAL INVESTMENT | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 51 | DEFENDANT | POWER OF SEVEN LOAN-FUND ONE LIMITED PARTNE | | CONSOLIDATED W/O PREJ 06/08/2007 |

**Complaint Number:** 4
**Complaint Type:** COMPLAINT
**Filing Date:** 03/16/2007
**Complaint Status:** CONSOLIDATED 06/08/2007

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 52 | PLAINTIFF | JIMMIE T BRADEN SR | RALPH, JESSE C | CONSOLIDATED W/O PREJ 06/08/2007 |
| 53 | DEFENDANT | KANYA COLEMAN | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 54 | DEFENDANT | JORIE WRIGHT | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 55 | DEFENDANT | REPS REAL ESTATE PERSONNEL SERVICES | | CONSOLIDATED W/O PREJ 06/08/2007 |

| | | | | |
|---|---|---|---|---|
| 56 | DEFENDANT | K PLATINUM INTERNATIONAL GROUPINC | | DEFAULTED 05/01/2007 |
| 57 | DEFENDANT | K PLATINUM GROUP INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 58 | DEFENDANT | PROSPERITY MATTERSLLC | | DEFAULTED 04/27/2007 |
| 59 | DEFENDANT | CHARLES E COLEMAN SR | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 60 | DEFENDANT | ZACHARY ROBINSON | | CONSOLIDATED W/O PREJ 06/08/2007 |

**Complaint Number:** 5
**Complaint Type:** COMPLAINT
**Filing Date:** 03/12/2007
**Complaint Status:** CONSOLIDATED 06/08/2007

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 61 | PLAINTIFF | DOROTHY DANIELS | CARTER, RONALD W | CONSOLIDATED W/O PREJ 06/08/2007 |
| 62 | DEFENDANT | K. PLATINUM GROUP,INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 63 | DEFENDANT | KANYA COLEMAN | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 64 | DEFENDANT | JORIE WRIGHT | | CONSOLIDATED W/O PREJ 06/08/2007 |

**Complaint Number:** 6
**Complaint Type:** COMPLAINT
**Filing Date:** 03/12/2007
**Complaint Status:** CONSOLIDATED 06/08/2007

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 65 | PLAINTIFF | THEATRIS ERVIN | CARTER, RONALD W | CONSOLIDATED W/O PREJ 06/08/2007 |
| 66 | DEFENDANT | K. PLATINUM GROUP,INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 67 | DEFENDANT | KANYA COLEMAN | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 68 | DEFENDANT | JORIE WRIGHT | | CONSOLIDATED W/O PREJ 06/08/2007 |

**Complaint Number:** 7
**Complaint Type:** COMPLAINT
**Filing Date:** 03/12/2007
**Complaint Status:** CONSOLIDATED 06/08/2007

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 69 | PLAINTIFF | RENDY LOLA PERKINS | CARTER, RONALD W | CONSOLIDATED W/O PREJ 06/08/2007 |
| 70 | DEFENDANT | K. PLATINUM GROUP,INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 71 | DEFENDANT | KANYA COLEMAN | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 72 | DEFENDANT | JORIE WRIGHT | | CONSOLIDATED W/O PREJ 06/08/2007 |

**Complaint Number:** 8
**Complaint Type:** COMPLAINT
**Filing Date:** 03/12/2007
**Complaint Status:** CONSOLIDATED 06/08/2007

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 73 | PLAINTIFF | DONNA WILSON | CARTER, RONALD W | CONSOLIDATED W/O PREJ 06/08/2007 |
| 74 | DEFENDANT | K. PLATINUM GROUP,INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 75 | DEFENDANT | KANYA COLEMAN | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 76 | DEFENDANT | JORIE WRIGHT | | CONSOLIDATED W/O PREJ 06/08/2007 |

**Complaint Number:** 9
**Complaint Type:** COMPLAINT
**Filing Date:** 05/15/2007
**Complaint Status:** CONSOLIDATED 06/08/2007

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 77 | PLAINTIFF | AMY LEVESQUE | LUCAS, CHRISTOPHER R | CONSOLIDATED W/O PREJ 06/08/2007 |
| 78 | PLAINTIFF | GEORGE ROACH | LUCAS, CHRISTOPHER R | CONSOLIDATED W/O PREJ 06/08/2007 |
| 79 | DEFENDANT | KANYA TENNYSHA COLEMAN | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 80 | DEFENDANT | CHARLES E COLEMAN | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 81 | DEFENDANT | YVONNE E GAMBLE | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 82 | DEFENDANT | FREDERICK C GAMBLE | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 83 | DEFENDANT | JORIE WRIGHT | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 84 | DEFENDANT | FLOYD W WATSON | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 85 | DEFENDANT | K PLATINUM GROUP, INC | | CONSOLIDATED W/O PREJ 06/08/2007 |

| | | | | |
|---|---|---|---|---|
| 86 | DEFENDANT | K PLATINUM FINANCIAL, INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 87 | DEFENDANT | K PLATINUM REALTY, INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 88 | DEFENDANT | K PLATINUM ASSOCIATES, INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 89 | DEFENDANT | K PLATINUM INTERNATIONAL, INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 90 | DEFENDANT | K PLATINUM INTERNATIONAL ASSOCIATES, INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 91 | DEFENDANT | K PLATINUM INTERNATIONAL FINANCIAL, INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 92 | DEFENDANT | K PLATINUM INTERNATIONAL GROUPINC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 93 | DEFENDANT | K PLATINUM INTERNATIONAL REALTY, INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 94 | DEFENDANT | K PLATINUM PERSONNEL SERVICES | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 95 | DEFENDANT | K PLATINUM INTERNATIONAL ASSOCIATE | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 96 | DEFENDANT | REAL ESTATE PERSONNEL SERVICES | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 97 | DEFENDANT | REALLIFE CONSULTING | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 98 | DEFENDANT | OUTERSPHERE INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 99 | DEFENDANT | OUTERSPHERE LLC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 100 | DEFENDANT | OUTERSPHERE INVESTMENT GROUP, LLC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 101 | DEFENDANT | BLUE SKY TRUST | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 102 | DEFENDANT | PROSPERITY MATTERSLLC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 103 | DEFENDANT | POWER OF SEVEN LOAN-FUND ONE LIMITED | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 104 | DEFENDANT | SANFORD AND PETERSON INTERNATIONAL | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 105 | DEFENDANT | LAND AMERICA | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 106 | DEFENDANT | BRENDA ANN MICHELSON | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 107 | DEFENDANT | CAROL ANN DICKSON | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 108 | DEFENDANT | CLAYTON GRACE | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 109 | DEFENDANT | NEW YORK LIFE INSURANCE COMPANY | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 110 | DEFENDANT | ROB FERGUSON | | CONSOLIDATED W/O PREJ 06/08/2007 |

| | | | | |
|---|---|---|---|---|
| 111 | DEFENDANT | CRES INSURANE SERVICES LLC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 112 | DEFENDANT | ANTHONY QUATRONE | | CONSOLIDATED W/O PREJ 06/08/2007 |

**Complaint Number:** 10
**Complaint Type:** COMPLAINT
**Filing Date:** 05/11/2007
**Complaint Status:** CONSOLIDATED 06/08/2007

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 113 | PLAINTIFF | AVIS DOCTOR | LUCAS, CHRISTOPHER R | CONSOLIDATED W/O PREJ 06/08/2007 |
| 114 | PLAINTIFF | CHARI OGOGO | LUCAS, CHRISTOPHER R | CONSOLIDATED W/O PREJ 06/08/2007 |
| 115 | PLAINTIFF | PAULETTE MAYO | LUCAS, CHRISTOPHER R | CONSOLIDATED W/O PREJ 06/08/2007 |
| 116 | PLAINTIFF | KAREN SMITH | LUCAS, CHRISTOPHER R | CONSOLIDATED W/O PREJ 06/08/2007 |
| 117 | PLAINTIFF | SUZETTE STEINBERG | LUCAS, CHRISTOPHER R | CONSOLIDATED W/O PREJ 06/08/2007 |
| 118 | PLAINTIFF | THOMAS STEINBERG | LUCAS, CHRISTOPHER R | CONSOLIDATED W/O PREJ 06/08/2007 |
| 119 | DEFENDANT | NORTH AMERICA TITLE COMPANY INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 120 | DEFENDANT | OLD REPUBLIC TITLECOMPANY | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 121 | DEFENDANT | KANYA TENNYSHA COLEMAN | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 122 | DEFENDANT | CHARLES E COLEMAN | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 123 | DEFENDANT | FREDERICK C GAMBLE | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 124 | DEFENDANT | JORIE WRIGHT | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 125 | DEFENDANT | FLOYD W WATSON | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 126 | DEFENDANT | FELIX GOLDEN | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 127 | DEFENDANT | K PLATINUM GROUP, INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 128 | DEFENDANT | K PLATINUM REALTY INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 129 | DEFENDANT | K PLATINUM FINANCIAL, INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 130 | DEFENDANT | K PLATINUM ASSOCIATES, INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 131 | DEFENDANT | K PLATINUM INTERNATIONAL, INC | | CONSOLIDATED W/O PREJ 06/08/2007 |

| 132 | DEFENDANT | K PLATINUM INTERNATIONALASSOCIATES, INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
|---|---|---|---|---|
| 133 | DEFENDANT | K PLATINUM INTERNATIONAL FINANCIAL, INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 134 | DEFENDANT | K PLATINUM INTERNATIONAL GROUPINC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 135 | DEFENDANT | K PLATINUM INTERNATIONAL REALTY, INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 136 | DEFENDANT | K PLATINUM PERSONNEL SERVICES | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 137 | DEFENDANT | K PLATINUM INTERNATIONAL ASSOCIATE | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 138 | DEFENDANT | REAL ESTATE PERSONNEL SERVICES | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 139 | DEFENDANT | REALLIFE CONSULTING | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 140 | DEFENDANT | OUTERSPHERE INC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 141 | DEFENDANT | OUTERSPHERE LLC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 142 | DEFENDANT | OUTERSPHERE INVESTMENT GROUP LLC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 143 | DEFENDANT | BLUE SKY TRUST | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 144 | DEFENDANT | PROSPERITY MATTERSLLC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 145 | DEFENDANT | POWER OF SEVEN LOAN-FUND ONE LIMITED | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 146 | DEFENDANT | SANFORD AND PETERSON INTERNATIONAL | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 147 | DEFENDANT | LAND AMERICA | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 148 | DEFENDANT | BRENDA ANN MICHELSON | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 149 | DEFENDANT | CAROL ANN DICKSON | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 150 | DEFENDANT | CLAYTON GRACE | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 151 | DEFENDANT | THOMAS JENKINS | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 152 | DEFENDANT | VIKING APPRAISALS | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 153 | DEFENDANT | CRAIG BUCCELLATO | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 154 | DEFENDANT | JESSICA ARANDA | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 155 | DEFENDANT | NEW YORK LIFE INSURANCE COMPANY | | CONSOLIDATED W/O PREJ 06/08/2007 |
| 156 | DEFENDANT | ROB FERGUSON | | CONSOLIDATED W/O PREJ 06/08/2007 |

| 157 | DEFENDANT | CRES INSURANCE SERVICES LLC | | CONSOLIDATED W/O PREJ 06/08/2007 |
| --- | --- | --- | --- | --- |
| 158 | DEFENDANT | ANTHONY QUATRONE | | CONSOLIDATED W/O PREJ 06/08/2007 |

## Case CIVMSC07-00049 - Actions

| Viewed | Date | Action Text | Disposition |
| --- | --- | --- | --- |
| | 07/23/2007 9:00 AM DEPT. 06 | SPECIAL SET HEARING ON: DEMURRER TO BENNETT COMPLAINT BY NEW YORK LIFE SET BY THE COURT, PER MANUAL FILING ORDER ON 6/22/07 | |
| | 07/11/2007 | ELECTRONIC FILING TRANSACTION FEE COLLECTED | Not Applicable |
| N | 07/11/2007 | REQUEST FILED & DISMISSAL ENTERED COMPLAINT OF CHARMAINE BENNETT AS TO DEFENDANT NEW YORK LIFE INSURANCE COMPANY WITH PREJUDICE | Not Applicable |
| N | 07/10/2007 | REQ FOR DISM/COMPLAINT OF DOCU/ WITH PREJ | Not Applicable |
| | 06/25/2007 10:00 AM DEPT. 06 | FURTHER CASE MANAGEMENT CONFERENCE | COMPLETED |
| | 06/22/2007 | ELECTRONIC FILING TRANSACTION FEE COLLECTED | Not Applicable |
| N | 06/22/2007 | REQUEST FOR DISMISSAL OF 10TH CAUSE OF ACTION IN LEVESQUE COMPLAINT | Not Applicable |
| | 06/22/2007 | ELECTRONIC FILING TRANSACTION FEE COLLECTED | Not Applicable |
| N | 06/22/2007 | DISMISSAL AS TO 10TH CAUSE OF ACTION IN DOCTOR COMPLAINT (C-07-01016) | Not Applicable |
| | 06/22/2007 | ORDER ALLOWING MANUAL FILING OF DEMURRER BY NEW YORK LIFE INS CO, FILED | Not Applicable |
| | 06/21/2007 | ELECTRONIC FILING TRANSACTION FEE COLLECTED | Not Applicable |
| N | 06/21/2007 | DECLARATION OF RONALD W CARVER FILED RE: IN SUPPORT OF EPLY TO OPPOSITION TO ORDER APPOINTING RECEIVER OSC & TRO | Not Applicable |
| N | 06/21/2007 | REPLY OF DOROTHY DANIELS TO OPPOSITION TO ORDER APPOINTING RECEIVER FILED | Not Applicable |
| | 06/20/2007 | PROOF OF SERVICE BY OVERNIGHT SERVICE OF NTC OF DEMURRER, TO GRAYSON, ESQ, ON 06/20/07 | Not Applicable |
| | 06/20/2007 | REQUEST OF NEW YORK LIFE INSURANCE COMPANY FOR JUDICIAL NOTICE FILED | Not Applicable |
| | 06/20/2007 | MEMORANDUM OF LAW IN SUPPORT OF DEMURRER TO BENNETT COMPLAINT BY NEW YORK LIFE INS CO | Not Applicable |
| | 06/20/2007 | SPECIAL SET HEARING WAS SET FOR 7/23/07 AT 9:00 IN DEPT. 06 | |
| | 06/20/2007 | DEMURRER TO COMPLAINT OF CHARMAINE BENNETT FILED BY NEW YORK LIFE INSURANCE COMPANY | Not Applicable |
| | 06/20/2007 | ELECTRONIC FILING TRANSACTION FEE COLLECTED | Not Applicable |

| | | | |
|---|---|---|---|
| N | 06/20/2007 | REPLY IN SUPPORT OF APPT OF RECEIVER BY CHARMAINE BENNETT | Not Applicable |
| | 06/20/2007 | COPIES | Not Applicable |
| | 06/15/2007 | COPIES | Not Applicable |
| | 06/14/2007 | COPIES | Not Applicable |
| | 06/14/2007 | COPIES | Not Applicable |
| | 06/14/2007 | COPIES | Not Applicable |
| | 06/12/2007 | ** VOID ** GC 70627(A) COPY/COPIES | Not Applicable |
| | 06/12/2007 | COPIES | Not Applicable |
| | 06/12/2007 | COPIES | Not Applicable |
| | 06/12/2007 | COPIES | Not Applicable |
| | 06/11/2007 | ORDER FOR CONSOLIDATION FILED | Not Applicable |
| N | 06/11/2007 | ORDER FOR CONSOLIDATION | Not Applicable |
| N | 06/11/2007 | ORDER APPOINTING RECEIVER SUSAN L UECKER | Not Applicable |
| | 06/08/2007 | DISPOSITION OF "CONSOL" SET ASIDE ON PARTIES AND SUBORDINATE COMPLAINT FILED 05/16/07, TO ENABLE CONTINUED LITIGATION | Not Applicable |
| | 06/08/2007 9:30 AM DEPT. 06 | FURTHER CASE MANAGEMENT CONFERENCE | Complete |
| | 06/01/2007 9:30 AM DEPT. 06 | SPECIAL SET HEARING ON: APPOINTMENT OF RECEIVER SET BY DEPT. 06 | COMPLETED |
| | 05/31/2007 | DEFT K PLATINUM GROUP INCS NOT OF JOINDER IN OPPO S TO MOT FOR APPT OF RECEIVER & MOT FOR OSC/TRO | Not Applicable |
| | 05/31/2007 | DEFT KANYA COLEMANS OPPOS TO MOT FOR APPT OF RECEI ER AND MOT FOR OSC AND TEMP REST ORDER | Not Applicable |
| | 05/31/2007 | NOTICE OF/TO TYPOGRAPHICAL ERROR OF FAX NUMBER FILED ON BEHALF OF K PLATINUM GROUP INC, K PLANTINUM INTERNATIONAL GROUP, K PLATINUM ASSOCIATES, INC, K PLATINUM INTERNATIONAL ASSOCIATES, INC, K PLATINUM FINANCIAL , INC | Not Applicable |
| | 05/31/2007 | DEC IN OPPO TO TRO PENDING HEARING ON OSC RE APPTMNT OF RECVR FILED | Not Applicable |
| | 05/31/2007 | DEFT KANYA COLEMANS OPPOS TO MOT FOR APPT OF RECEIVER | Not Applicable |
| | 05/24/2007 | ORDER MANDATING ELECTRONIC FILING AND SERVICE FILED | Not Applicable |
| | 05/24/2007 | ORDER RE ELECTRONIC CASE FILING STANDARD ORDER FILED | Not |

| | | | |
|---|---|---|---|
| | | | Applicable |
| | 05/24/2007 | UPDATE TRACK ASSIGNMENT TO ELECRONIC FAST TRACK | Not Applicable |
| | 05/24/2007 9:00 AM DEPT. 06 | FURTHER CASE MANAGEMENT CONFERENCE | Complete |
| | 05/21/2007 | DEFTS REPORT RE REORGANIZATION OF K PLATINUM GROU P INC | Not Applicable |
| | 04/27/2007 9:00 AM DEPT. 06 | FURTHER CASE MANAGEMENT CONFERENCE | Complete |
| | 04/24/2007 | CASE MANAGEMENT CONFERENCE STATEMENT FILED BY DEFT S | Not Applicable |
| | 04/11/2007 | (U.J.) ANSWER TO 1ST AMENDED COMPLAINT OF BRUCE SARUBIN FILED BY K PLATINUM GROUP INC, K PLANTINUM INTERNATIONAL GROUP, K PLATINUM ASSOCIATES, INC, K PLATINUM INTERNATIONAL ASSOCIATES, INC, K PLATINUM FINANCIAL , INC, K PLATINUM INTERNATIONAL FINANCIAL, INC, K PLATINUM REALTY,INC, K PLATINUM INTERNATIONAL REALTY, INC, KANAYA TENNYSHA COLEMAN | Not Applicable |
| | 03/29/2007 | PROOF OF SERVICE BY MAIL W/NOTICE & ACKNOWLEDGEMENT OF RECEIPT OF 1ST AMENDED COMPLAINT OF BRUCE SARUBIN SIGNED BY KANAYA TENNYSHA COLEMAN ON 02/20/07 FILED | Not Applicable |
| | 03/20/2007 8:30 AM DEPT. 06 | CASE MANAGEMENT CONFERENCE | CONTINUED |
| | 03/16/2007 | CASE MANAGEMENT CONFERENCE STATEMENT FILED BY BRUCE SARUBIN | Not Applicable |
| | 03/13/2007 7:00 AM DEPT. 06 | CHECK FOR PROOF OF SERVICE | |
| | 02/02/2007 | SUMMONS ISSUED ON THE 1ST AMENDED COMPLAINT OF BRUCE SARUBIN | Not Applicable |
| | 02/02/2007 | ORIGINAL SUMMONS ON 1ST AMENDED COMPLAINT OF BRUCE SARUBIN FILED | Not Applicable |
| | 02/02/2007 | (U.J.) 1ST AMENDED COMPLAINT OF BRUCE SARUBIN FILED | Not Applicable |
| | 02/02/2007 | NEW PARTY(IES) ADDED TO THIS COMPLAINT IS/ARE: OUTERSPHERE, LLC, OUTERSPHERE INVESTMENT GROUP, LLC, YVONNE GAMBLE, JORIE WRIGHT | Not Applicable |
| | 01/11/2007 | COPIES | Not Applicable |
| | 01/08/2007 | DECLARATION OF BRUCE SARUBIN FILED RE: IN SUPPORT OF EXPARTE APP FOR RIGHT TO ATTACH ORDE AND WRIT OF ATTACHMENT | Not Applicable |
| | 01/08/2007 | EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER FILED | |
| | 01/08/2007 | EXPARTE APPLICATION FOR RIGHT TO ATTACH ORDER FILED | |
| | 01/08/2007 | RIGHT TO ATTACH ORDER AFTER HEARING, ORDER FOR ISSUANCE OF WRIT ATTACHMENT AFTER HEARING FILED | Not Applicable |
| | 01/08/2007 | WRIT OF ATTACHMENT ISSUED TO CONTRA COSTA TO SECURE 300,000.00 | Not Applicable |
| | | RIGHT TO ATTACH ORDER AFTER HEARING, ORDER FOR | Not |

| | | | |
|---|---|---|---|
| | 01/08/2007 | ISSUANCE OF WRIT ATTACHMENT AFTER HEARING FILED | Applicable |
| | 01/08/2007 | WRIT OF ATTACHMENT ISSUED TO CONTRA COSTA TO SECURE 300,000.00 | Not Applicable |
| | 01/08/2007 | EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER FILED | |
| | 01/08/2007 | EXPARTE APPLICATION FOR RIGHT TO ATTACH ORDER FILED | |
| | 01/08/2007 | EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER FILED | |
| | 01/08/2007 | EXPARTE APPLICATION FOR RIGHT TO ATTACH ORDER FILED | |
| | 01/08/2007 | RIGHT TO ATTACH ORDER AFTER HEARING, ORDER FOR ISSUANCE OF WRIT ATTACHMENT AFTER HEARING FILED | Not Applicable |
| | 01/08/2007 | WRIT OF ATTACHMENT ISSUED TO CONTRA COSTA TO SECURE 300,000.00 | Not Applicable |
| | 01/08/2007 | EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER FILED | |
| | 01/08/2007 | EXPARTE APPLICATION FOR RIGHT TO ATTACH ORDER FILED | |
| | 01/08/2007 | RIGHT TO ATTACH ORDER AFTER HEARING, ORDER FOR ISSUANCE OF WRIT ATTACHMENT AFTER HEARING FILED | Not Applicable |
| | 01/08/2007 | WRIT OF ATTACHMENT ISSUED TO CONTRA COSTA TO SECURE 3000,000.00 | Not Applicable |
| | 01/08/2007 | EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER FILED | |
| | 01/08/2007 | EXPARTE APPLICATION FOR RIGHT TO ATTACH ORDER FILED | |
| | 01/08/2007 | RIGHT TO ATTACH ORDER AFTER HEARING, ORDER FOR ISSUANCE OF WRIT ATTACHMENT AFTER HEARING FILED | Not Applicable |
| | 01/08/2007 | WRIT OF ATTACHMENT ISSUED TO CONTRA COSTA TO SECURE 300000.00 | Not Applicable |
| | 01/08/2007 | WRIT OF ATTACHMENT ISSUED TO CONTRA COSTA TO SECURE 300,000.00 | Not Applicable |
| | 01/08/2007 | EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER FILED | |
| | 01/08/2007 | EXPARTE APPLICATION FOR RIGHT TO ATTACH ORDER FILED | |
| | 01/08/2007 | RIGHT TO ATTACH ORDER AFTER HEARING, ORDER FOR ISSUANCE OF WRIT ATTACHMENT AFTER HEARING FILED | Not Applicable |
| | 01/08/2007 | WRIT OF ATTACHMENT ISSUED TO CONTRA COSTA TO SECURE 300,000.00 | Not Applicable |
| | 01/08/2007 | EX PARTE FEE COLLECTED FOR EXPARTE APP FOR RIGHT TO ATTACH | Not Applicable |
| | 01/08/2007 | (CIVIL) EXPARTE FEE COLLECTED FOR EXPARTE APP FOR RIGHT TO ATTACH | Not Applicable |
| | 01/08/2007 | APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT FILED | |
| | 01/08/2007 | WRIT OF ATTACHMENT ISSUED TO CONTRA COSTA TO SECURE 300,000. | Not Applicable |
| | 01/08/2007 | EX-PARTE APPLICATION FOR RIGHT TO ATTACH AND ORDER FOR ISSUANCE OF WRIT FILED BY BRUCE SARUBIN | Not Applicable |
| | 01/08/2007 | EX-PARTE APPLICATION RIGHT TO ATTACH AND ORDER FOR ISSUANCE OF WRIT FILED BY BRUCE SARUBIN | Not Applicable |
| | 01/08/2007 | APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT FILED | |
| | 01/08/2007 | RIGHT TO ATTACH ORDER AFTER HEARING, ORDER FOR ISSUANCE OF WRIT ATTACHMENT AFTER HEARING FILED | Not Applicable |
| | 01/05/2007 | CASE ENTRY COMPLETE | Not |

|  |  |  | Applicable |
|---|---|---|---|
|  | 01/05/2007 | ORIGINAL SUMMONS ON COMPLAINT OF BRUCE SARUBIN FILED | Not Applicable |
|  | 01/05/2007 | COLOR OF FILE IS GOLDEN ROD | Not Applicable |
|  | 01/05/2007 | CLERK`S TICKLER TO CHECK FOR PROOF OF SERVICE WAS SET FOR 3/13/07 AT 7:00 IN DEPT. 06 |  |
|  | 01/05/2007 | COMPLAINT FILED. SUMMONS IS ISSUED | Not Applicable |
|  | 01/05/2007 | CASE HAS BEEN ASSIGNED TO DEPT. 06 |  |
|  | 01/05/2007 | CASE MANAGEMENT CONFERENCE WAS SET FOR 3/20/07 AT 8:30 IN DEPT. 06 |  |
|  | 01/05/2007 | K PLANTINUM INTERNATIONAL GROUP, K PLATINUM ASSOCIATES, INC, K PLATINUM INTERNATIONAL ASSOCIATES, INC, K PLATINUM FINANCIAL , INC, K PLATINUM INTERNATIONAL FINANCIAL, INC, K PLATINUM REALTY,INC, K PLATINUM INTERNATIONAL REALTY, INC, KANAYA TENNYSHA COLEMAN ADDED AS A PARTY | Not Applicable |

## Case CIVMSC07-00049 - Pending Hearings

| Date | Action Text | Disposition |
|---|---|---|
| 07/23/2007 9:00 AM DEPT. 06 | SPECIAL SET HEARING ON: DEMURRER TO BENNETT COMPLAINT BY NEW YORK LIFE SET BY THE COURT, PER MANUAL FILING ORDER ON 6/22/07 |  |