**EXHIBIT 5**

1

2

3

4          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

5             IN AND FOR THE COUNTY OF CONTRA COSTA

6

7

8    K. PLATINUM GROUP CASES,            NO. C07-00049

9

10    _____/

11   including all cases listed on Exhibit A       **ORDER FOR**

12   attached hereto:                 **CONSOLIDATION**

13    _____/

14

15        Upon the stipulation of the parties made at the case management conference

16

17  on this date, IT IS HEREBY ORDERED that the actions listed on Exhibit A attached

18  hereto be consolidated for all purposes, without prejudice to the right of a party to

19  request separation for purposes of trial. The Master Case shall be case No. C07-

20  00049 and all filings shall be in that action. The Court has previously issued an order

21  for e-filing in these matters with Lexis as the designated service provider.

22

23                      Digitally signed by David Flinn

DN: cn=David Flinn, c=US, o=Superior Court, ou=Dept. 6, email=dflin@contracosta.courts.ca.gov

Reason: I am the author of this document

Location: Martinez, CA

Date: 2007.06.08 13:46:01 -07'00'

Dated: June 8, 2007

24

25                   Judge of the Superior Court

26

27

28

**EXHIBIT A**

| CASE NO. | PLAINTIFF(S) | FIRST NAMED DEFT. |
|---|---|---|
| C07-00049 | BRUCE SARUBIN | K. PLATINUM GROUP |
| C07-00080 | HEMWATTI DOCU | KANYA COLEMAN |
| C07-00106 | NEWELL WALKER | K. PLATINUM GROUP |
| C07-00454 | JIMMIE T.BRADEN | KANYA COLEMAN |
| C07-00483 | DOROTHY DANIELS | K. PLATINUM GROUP |
| C07-00484 | THEATRIS EIVAN | K. PLATINUM GROUP |
| C07-00485 | RENDY LOLA PERKINS | K. PLATINUM GROUP |
| C07-00486 | DONNA WILSON | K. PLATINUM GROUP |
| C07-01016 | DOCTOR AVIS et al | KANYA COLEMAN |
| C07-01018 | AMY LEVESQUE et al | KANYA COLEMAN |
| C07-01075 | CHARMAINE BENNETT | K. PLATINUM GROUP |