**EXHIBIT 6**

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:
Chris Lucas
2300 Clayton Road #1460
Concord CA 94520

CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
DOC- 2007-0163520-00
Check Number
Tuesday, JUN 05, 2007 09:46:05
MIC    $1.00 MOD    $4.00 REC    $8.00
FTC    $3.00
Ttl Pd    $16.00          Nbr-0003735957
                          lrc/R9/1-4

THE SPACE ABOVE IS FOR RECORDERS USE ONLY

# *DOCUMENT TITLE*

1  CHRISTOPHER R. LUCAS (SBN 95293)
   LAW OFFICES OF GOFORTH & LUCAS
2  2300 Clayton Road, Suite 1460
   Concord, California 94520
3  TELEPHONE: (925) 682-9500
   FACSIMILE: (925) 682-2353
4

5  Attorney for Plaintiffs, AVIS
   DOCTOR, CHARI OGOGO, PAULETTE
6  MAYO, KAREN SMITH, SUZETTE
   STEINBERG, THOMAS STEINBERG,

7

8           IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9               IN AND FOR THE COUNTY OF CONTRA COSTA

10                     Unlimited Civil Case

11 AVIS DOCTOR, CHARI OGOGO,          CASE NO.: C07 01016
   PAULETTE MAYO, KAREN SMITH,
12 SUZETTE STEINBERG, THOMAS          LIS PENDENS; NOTICE OF ACTION
   STEINBERG,                         PENDING
13       Plaintiffs,

14       v.
   NORTH AMERICAN TITLE COMPANY
15 INC., OLD REPUBLIC TITLE COMPANY,
   KANYA TENNYSHA COLEMAN aka KANYA
16 HILL aka KANYA MAXIMO, CHARLES E.
   COLEMAN aka CHARLES E. COLEMAN
17 SR., YVONNE E. GAMBLE, FREDERICK
   C. GAMBLE, JORIE WRIGHT, FLOYD W.
18 WATSON, FELIX GOLDEN, K PLATINUM
   GROUP, INC., K PLATINUM REALTY,
19 INC., K PLATINUM FINANCIAL, INC.,
   K PLATINUM ASSOCIATES, INC., K
20 PLATINUM INTERNATIONAL, INC., K
   PLATINUM INTERNATIONAL
21 ASSOCIATES, INC., K PLATINUM
   INTERNATIONAL FINANCIAL, INC., K
22 PLATINUM INTERNATIONAL GROUP
   INC., K PLATINUM INTERNATIONAL
23 REALTY, INC., K PLATINUM
   PERSONNEL SERVICES, K PLATINUM
24 INTERNATIONAL ASSOCIATE
   INVESTMENT, REAL ESTATE PERSONNEL
25 SERVICES a business organization

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                              1

FILED

2007 JUN -5  A 9 23

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.

BY:_____ Deputy Clerk

1  unknown, REALLIFE CONSULTING, a
   business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE
   LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a
   business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF
   SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON
   INTERNATIONAL INVESTMENT GROUP,
6  INC., LAND AMERICA aka LAND
   AMERICA CAPITAL CORPORATION,
7  BRENDA ANN MICHELSON, CAROL ANN
   DICKSON, CLAYTON GRACE, THOMAS
8  JENKINS, VIKING APPRAISALS, CRAIG
   BUCCELLATO, JESSICA ARANDA,
9  and DOES 1 to 500, INCLUSIVE,
10
11        Defendants.
    _____/
12        PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants and is now pending

14  in the above-entitled court.

15        Plaintiff seeks relief in this action affecting the right to

16  possession of real property located or commonly known as follows:

17
18  Contra Costa County:

19  1.  **3236 Reva Drive, Concord, CA 94519 APN:111-072-005** Site
    description: HOLBROOK HGTS #2 LOT 170.

20  2.  **355 Avalon Circle, Pittsburg, CA 94565 APN:085-370-120** Site
21  description: T7807 161.

22  3.  **30 Foothill Place, Pleasant Hill, CA 94523 APN:154-860-013** Site
    description: T6491 L13

23  4.  **1248 Picadilly Lane, Brentwood, CA 94513 APN:018-460-020** Site
24  description: T8561 L20

25  5.  **4858 Country Hills Drive, Antioch, CA 94531 APN:056-040-035**
    Site description: T6975 L85

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    2

6. **2100 Roper Circle, Brentwood, CA 94513 APN:019-760-046** Site description: T8603 L83

7. **24670 Marsh Creek Road, Brentwood, CA APN:011-050-034 (retired APN: 011-050-025)**

8. **4728 Hunter Peak Court, Antioch, CA 94531 APN:072-340-024** Site description: T7317 L148

9. **2861 Spanish Bay Drive, Brentwood, CA 94513 APN:007-480-003** Site description: T8485 L3

10. **160 Palm Place, Brentwood, CA 94513 APN:019-380-004** Site description: T8063 L4

11. **4421 Whitehoof Way, Antioch, CA 94531 APN:055-120-015** Site description: T7569 L397

12. **802 Redhaven Street, Brentwood, CA 94513 APN: 013-330-062** Site description: T8222 L62

The object of the action is partition, quiet title, declaratory relief, and power of sale of the subject property.

Dated: 6-4-7

LAW OFFICE OF GOFORTH & LUCAS

CHRISTOPHER R. LUCAS
Attorney for Plaintiffs, AVIS
DOCTOR, CHARI OGOGO, PAULETTE
MAYO, KAREN SMITH, SUZETTE
STEINBERG, THOMAS STEINBERG

**End of Document**

CHRISTOPHER R. LUCAS (SBN 95293)
LAW OFFICES OF GOFORTH & LUCAS
2300 Clayton Road, Suite 1460
Concord, California 94520
TELEPHONE: (925) 682-9500
FACSIMILE: (925) 682-2353

Attorney for Plaintiffs, AVIS
DOCTOR, CHARI OGOGO, PAULETTE
MAYO, KAREN SMITH, SUZETTE
STEINBERG, THOMAS STEINBERG,

FILED

2007 JUN -5  A 9: 23

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.

BY:_____ Deputy Clerk

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF CONTRA COSTA

Unlimited Civil Case

AVIS DOCTOR, CHARI OGOGO,
PAULETTE MAYO, KAREN SMITH,
SUZETTE STEINBERG, THOMAS
STEINBERG,
          Plaintiffs,

          v.

NORTH AMERICAN TITLE COMPANY
INC., OLD REPUBLIC TITLE COMPANY,
KANYA TENNYSHA COLEMAN aka KANYA
HILL aka KANYA MAXIMO, CHARLES E.
COLEMAN aka CHARLES E. COLEMAN
SR., YVONNE E. GAMBLE, FREDERICK
C. GAMBLE, JORIE WRIGHT, FLOYD W.
WATSON, FELIX GOLDEN, K PLATINUM
GROUP, INC., K PLATINUM REALTY,
INC., K PLATINUM FINANCIAL, INC.,
K PLATINUM ASSOCIATES, INC., K
PLATINUM INTERNATIONAL, INC., K
PLATINUM INTERNATIONAL
ASSOCIATES, INC., K PLATINUM
INTERNATIONAL FINANCIAL, INC., K
PLATINUM INTERNATIONAL GROUP
INC., K PLATINUM INTERNATIONAL
REALTY, INC., K PLATINUM
PERSONNEL SERVICES, K PLATINUM
INTERNATIONAL ASSOCIATE
INVESTMENT, REAL ESTATE PERSONNEL
SERVICES a business organization

CASE NO.: C07 01016

LIS PENDENS; NOTICE OF ACTION
PENDING

CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
DOC- 2007-0163520-00
Check Number
Tuesday, JUN 05, 2007 09:46:05
MIC   $1.00 MOD    $4.00 REC   $8.00
FTC   $3.00

Ttl Pd   $16.00          Nbr-0003735957
                          1rc/R9/1-4

1  unknown, REALLIFE CONSULTING, a
   business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE
   LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a
   business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF
   SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON
6  INTERNATIONAL INVESTMENT GROUP,
   INC., LAND AMERICA aka LAND
7  AMERICA CAPITAL CORPORATION,
   BRENDA ANN MICHELSON, CAROL ANN
8  DICKSON, CLAYTON GRACE, THOMAS
   JENKINS, VIKING APPRAISALS, CRAIG
9  BUCCELLATO, JESSICA ARANDA,
   and DOES 1 to 500, INCLUSIVE,
10

11       Defendants.
    _____/
12       PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants and is now pending

14  in the above-entitled court.

15       Plaintiff seeks relief in this action affecting the right to

16  possession of real property located or commonly known as follows:

17

18  Contra Costa County:

19  1. **3236 Reva Drive, Concord, CA 94519 APN:111-072-005** Site
    description: HOLBROOK HGTS #2 LOT 170.

20  2. **355 Avalon Circle, Pittsburg, CA 94565 APN:085-370-120** Site
21     description: T7807 161.

22  3. **30 Foothill Place, Pleasant Hill, CA 94523 APN:154-860-013** Site
    description: T6491 L13

23  4. **1248 Picadilly Lane, Brentwood, CA 94513 APN:018-460-020** Site
24     description: T8561 L20

25  5. **4858 Country Hills Drive, Antioch, CA 94531 APN:056-040-035**
    Site description: T6975 L85

LAW
OFFICES
OF
GOFORTH
& LUCAS

6. **2100 Roper Circle, Brentwood, CA 94513 APN:019-760-046** Site description: T8603 L83

7. **24670 Marsh Creek Road, Brentwood, CA APN:011-050-034 (retired APN: 011-050-025)**

8. **4728 Hunter Peak Court, Antioch, CA 94531 APN:072-340-024** Site description: T7317 L148

9.. **2861 Spanish Bay Drive, Brentwood, CA 94513 APN:007-480-003** Site description: T8485 L3

10. **160 Palm Place, Brentwood, CA 94513 APN:019-380-004** Site description: T8063 L4

11. **4421 Whitehoof Way, Antioch, CA 94531 APN:055-120-015** Site description: T7569 L397

12. **802 Redhaven Street, Brentwood, CA 94513 APN: 013-330-062** Site description: T8222 L62

The object of the action is partition, quiet title, declaratory relief, and power of sale of the subject property.

Dated: 6-4-7                          LAW OFFICE OF GOFORTH & LUCAS

CHRISTOPHER R. LUCAS
Attorney for Plaintiffs, AVIS
DOCTOR, CHARI OGOGO, PAULETTE
MAYO, KAREN SMITH, SUZETTE
STEINBERG, THOMAS STEINBERG

LAW
OFFICES
OF
GOFORTH
& LUCAS

1  CHRISTOPHER R. LUCAS (SBN 95293)
   LAW OFFICES OF GOFORTH & LUCAS
2  2300 Clayton Road, Suite 1460
   Concord, California 94520
3  TELEPHONE: (925) 682-9500
   FACSIMILE: (925) 682-2353
4

5  Attorney for Plaintiffs, AVIS
   DOCTOR, CHARI OGOGO, PAULETTE
6  MAYO, KAREN SMITH, SUZETTE
   STEINBERG, THOMAS STEINBERG,

7
8          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              IN AND FOR THE COUNTY OF CONTRA COSTA

10                     Unlimited Civil Case

11 AVIS DOCTOR, CHARI OGOGO,          CASE NO.:
   PAULETTE MAYO, KAREN SMITH,
12 SUZETTE STEINBERG, THOMAS          LIS PENDENS; NOTICE OF ACTION
   STEINBERG,                         PENDING
13      Plaintiffs,

14      v.
   NORTH AMERICAN TITLE COMPANY
15 INC., OLD REPUBLIC TITLE COMPANY,
   KANYA TENNYSHA COLEMAN aka KANYA
16 HILL aka KANYA MAXIMO, CHARLES E.
   COLEMAN aka CHARLES E. COLEMAN
17 SR., YVONNE E. GAMBLE, FREDERICK
   C. GAMBLE, JORIE WRIGHT, FLOYD W.
18 WATSON, FELIX GOLDEN, K PLATINUM
   GROUP, INC., K PLATINUM REALTY,
19 INC., K PLATINUM FINANCIAL, INC.,
   K PLATINUM ASSOCIATES, INC., K
20 PLATINUM INTERNATIONAL, INC., K
   PLATINUM INTERNATIONAL
21 ASSOCIATES, INC., K PLATINUM
   INTERNATIONAL FINANCIAL, INC., K
22 PLATINUM INTERNATIONAL GROUP
   INC., K PLATINUM INTERNATIONAL
23 REALTY, INC., K PLATINUM
   PERSONNEL SERVICES, K PLATINUM
24 INTERNATIONAL ASSOCIATE
   INVESTMENT, REAL ESTATE PERSONNEL
25 SERVICES a business organization

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                          1

1  unknown, REALLIFE CONSULTING, a
business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE
LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a
business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF
SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON
INTERNATIONAL INVESTMENT GROUP,
6  INC., LAND AMERICA aka LAND
AMERICA CAPITAL CORPORATION,
7  BRENDA ANN MICHELSON, CAROL ANN
DICKSON, CLAYTON GRACE, THOMAS
8  JENKINS, VIKING APPRAISALS, CRAIG
BUCCELLATO, JESSICA ARANDA,
9  and DOES 1 to 500, INCLUSIVE,
10
11         Defendants.

_____/

12      PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants and is now pending

14  in the above-entitled court.

15      Plaintiff seeks relief in this action affecting the right to

16  possession of real property located or commonly known as follows:

17
18  Contra Costa County:

19  1. 2100 Roper Circle, Brentwood, CA 94513 APN:019-760-046

20      The object of the action is partition, quiet title,

21  declaratory relief, and power of sale of the subject property.

22  Dated:  5-23-07              LAW OFFICE OF GOFORTH & LUCAS

23
24
25  _____
                                CHRISTOPHER R. LUCAS
                                Attorney for Plaintiffs, AVIS
                                DOCTOR, CHARI OGOGO, PAULETTE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MAYO, KAREN SMITH, SUZETTE
STEINBERG, THOMAS STEINBERG

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS

3

1  CHRISTOPHER R. LUCAS (SBN 95293)
   LAW OFFICES OF GOFORTH & LUCAS
2  2300 Clayton Road, Suite 1460
   Concord, California 94520
3  TELEPHONE: (925) 682-9500
   FACSIMILE: (925) 682-2353
4

5  Attorney for Plaintiffs, AVIS
   DOCTOR, CHARI OGOGO, PAULETTE
6  MAYO, KAREN SMITH, SUZETTE
   STEINBERG, THOMAS STEINBERG,

7

8              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                 IN AND FOR THE COUNTY OF CONTRA COSTA

10                       Unlimited Civil Case

11  AVIS DOCTOR, CHARI OGOGO,          CASE NO.: C07 01016
    PAULETTE MAYO, KAREN SMITH,
12  SUZETTE STEINBERG, THOMAS          LIS PENDENS; NOTICE OF ACTION
    STEINBERG,                         PENDING
13        Plaintiffs,

14        v.
    NORTH AMERICAN TITLE COMPANY
15  INC., OLD REPUBLIC TITLE COMPANY,
    KANYA TENNYSHA COLEMAN aka KANYA
16  HILL aka KANYA MAXIMO, CHARLES E.
    COLEMAN aka CHARLES E. COLEMAN
17  SR., YVONNE E. GAMBLE, FREDERICK
    C. GAMBLE, JORIE WRIGHT, FLOYD W.
18  WATSON, FELIX GOLDEN, K PLATINUM
    GROUP, INC., K PLATINUM REALTY,
19  INC., K PLATINUM FINANCIAL, INC.,
    K PLATINUM ASSOCIATES, INC., K
20  PLATINUM INTERNATIONAL, INC., K
    PLATINUM INTERNATIONAL
21  ASSOCIATES, INC., K PLATINUM
    INTERNATIONAL FINANCIAL, INC., K
22  PLATINUM INTERNATIONAL GROUP
    INC., K PLATINUM INTERNATIONAL
23  REALTY, INC., K PLATINUM
    PERSONNEL SERVICES, K PLATINUM
24  INTERNATIONAL ASSOCIATE
    INVESTMENT, REAL ESTATE PERSONNEL
25  SERVICES a business organization

FILED

2007 JUN -5  A 9: 23

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.

BY_____ S. LAURA, Deputy Clerk

CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
DOC- 2007-0163520-00
Check Number
Tuesday, JUN 05, 2007 09:46:05
MIC   $1.00 MOD    $4.00 REC    $8.00
FTC   $3.00

Ttl Pd   $16.00       Nbr-0003735957
                      lrc/R9/1-4

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    1

unknown, REALLIFE CONSULTING, a
business organization unknown,
OUTERSPHERE INC., OUTERSPHERE
LLC, OUTERSPHERE INVESTMENT
GROUP, LLC, BLUE SKY TRUST, a
business organization unknown,
PROSPERITY MATTERS LLC, POWER OF
SEVEN LOAN-FUND ONE LIMITED
PARTNERSHIP, SANFORD AND PETERSON
INTERNATIONAL INVESTMENT GROUP,
INC., LAND AMERICA aka LAND
AMERICA CAPITAL CORPORATION,
BRENDA ANN MICHELSON, CAROL ANN
DICKSON, CLAYTON GRACE, THOMAS
JENKINS, VIKING APPRAISALS, CRAIG
BUCCELLATO, JESSICA ARANDA,
and DOES 1 to 500, INCLUSIVE,

 Defendants.
_____/

 PLEASE TAKE NOTICE that this action was commenced on

May 11, 2007 by Plaintiffs against Defendants and is now pending

in the above-entitled court.

 Plaintiff seeks relief in this action affecting the right to

possession of real property located or commonly known as follows:

Contra Costa County:

1. **3236 Reva Drive, Concord, CA 94519 APN:111-072-005** Site
description: HOLBROOK HGTS #2 LOT 170.

2. **355 Avalon Circle, Pittsburg, CA 94565 APN:085-370-120** Site
description: T7807 161.

3. **30 Foothill Place, Pleasant Hill, CA 94523 APN:154-860-013** Site
description: T6491 L13

4. **1248 Picadilly Lane, Brentwood, CA 94513 APN:018-460-020** Site
description: T8561 L20

5. **4858 Country Hills Drive, Antioch, CA 94531 APN:056-040-035**
Site description: T6975 L85

LAW
OFFICES
OF
GOFORTH
& LUCAS

1   6. **2100 Roper Circle, Brentwood, CA 94513 APN:019-760-046** Site
2   description: T8603 L83

3   7. **24670 Marsh Creek Road, Brentwood, CA APN:011-050-034 (retired
    APN: 011-050-025)**

4   8. **4728 Hunter Peak Court, Antioch, CA 94531 APN:072-340-024** Site
5   description: T7317 L148

6   9.. **2861 Spanish Bay Drive, Brentwood, CA 94513 APN:007-480-003**
    Site description: T8485 L3

7   10. **160 Palm Place, Brentwood, CA 94513 APN:019-380-004** Site
8   description: T8063 L4

9   11. **4421 Whitehoof Way, Antioch, CA 94531 APN:055-120-015** Site
    description: T7569 L397
10
    12. **802 Redhaven Street, Brentwood, CA 94513 APN: 013-330-062** Site
11  description: T8222 L62

12      The object of the action is partition, quiet title,

13  declaratory relief, and power of sale of the subject property.

14
    Dated: 6-4-7                          LAW OFFICE OF GOFORTH & LUCAS
15

16

17                                        CHRISTOPHER R. LUCAS
                                          Attorney for Plaintiffs, AVIS
18                                        DOCTOR, CHARI OGOGO, PAULETTE
                                          MAYO, KAREN SMITH, SUZETTE
19                                        STEINBERG, THOMAS STEINBERG

20

21

22

23

24

25

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    3

1   CHRISTOPHER R. LUCAS (SBN 95293)
    LAW OFFICES OF GOFORTH & LUCAS
2   2300 Clayton Road, Suite 1460
    Concord, California 94520
3   TELEPHONE: (925) 682-9500
    FACSIMILE: (925) 682-2353
4

5   Attorney for Plaintiffs, AVIS
    DOCTOR, CHARI OGOGO, PAULETTE
6   MAYO, KAREN SMITH, SUZETTE
    STEINBERG, THOMAS STEINBERG,

7

8              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                IN AND FOR THE COUNTY OF CONTRA COSTA

10                        Unlimited Civil Case

11  AVIS DOCTOR, CHARI OGOGO,          CASE NO.: C07 01016
    PAULETTE MAYO, KAREN SMITH,
12  SUZETTE STEINBERG, THOMAS          LIS PENDENS; NOTICE OF ACTION
    STEINBERG,                         PENDING
13         Plaintiffs,

14         v.
    NORTH AMERICAN TITLE COMPANY
15  INC., OLD REPUBLIC TITLE COMPANY,
    KANYA TENNYSHA COLEMAN aka KANYA
16  HILL aka KANYA MAXIMO, CHARLES E.
    COLEMAN aka CHARLES E. COLEMAN
17  SR., YVONNE E. GAMBLE, FREDERICK
    C. GAMBLE, JORIE WRIGHT, FLOYD W.
18  WATSON, FELIX GOLDEN, K PLATINUM
    GROUP, INC., K PLATINUM REALTY,
19  INC., K PLATINUM FINANCIAL, INC.,
    K PLATINUM ASSOCIATES, INC., K
20  PLATINUM INTERNATIONAL, INC., K
    PLATINUM INTERNATIONAL
21  ASSOCIATES, INC., K PLATINUM
    INTERNATIONAL FINANCIAL, INC., K
22  PLATINUM INTERNATIONAL GROUP
    INC., K PLATINUM INTERNATIONAL
23  REALTY, INC., K PLATINUM
    PERSONNEL SERVICES, K PLATINUM
24  INTERNATIONAL ASSOCIATE
    INVESTMENT, REAL ESTATE PERSONNEL
25  SERVICES a business organization

FILED

2007 JUN -5  A 9: 23

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.
BY: _____
              Deputy Clerk

LAW
OFFICES
OF
GOFORTH
& LUCAS

1  unknown, REALLIFE CONSULTING, a
   business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE
   LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a
   business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF
   SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON
6  INTERNATIONAL INVESTMENT GROUP,
   INC., LAND AMERICA aka LAND
7  AMERICA CAPITAL CORPORATION,
   BRENDA ANN MICHELSON, CAROL ANN
8  DICKSON, CLAYTON GRACE, THOMAS
   JENKINS, VIKING APPRAISALS, CRAIG
9  BUCCELLATO, JESSICA ARANDA,
   and DOES 1 to 500, INCLUSIVE,
10

11         Defendants.
   _____/

12         PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants and is now pending

14  in the above-entitled court.

15       Plaintiff seeks relief in this action affecting the right to

16  possession of real property located or commonly known as follows:

17

18  Contra Costa County:

19  1. **3236 Reva Drive, Concord, CA 94519 APN:111-072-005** Site
    description: HOLBROOK HGTS #2 LOT 170.

20  2. **355 Avalon Circle, Pittsburg, CA 94565 APN:085-370-120** Site
21  description: T7807 161.

22  3. **30 Foothill Place, Pleasant Hill, CA 94523 APN:154-860-013** Site
    description: T6491 L13

23  4. **1248 Picadilly Lane, Brentwood, CA 94513 APN:018-460-020** Site
24  description: T8561 L20

25  5. **4858 Country Hills Drive, Antioch, CA 94531 APN:056-040-035**
    Site description: T6975 L85

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    2

1   6. **2100 Roper Circle, Brentwood, CA 94513 APN:019-760-046** Site
    description: T8603 L83

2

3   7. **24670 Marsh Creek Road, Brentwood, CA APN:011-050-034 (retired
    APN: 011-050-025)**

4   8. **4728 Hunter Peak Court, Antioch, CA 94531 APN:072-340-024** Site
    description: T7317 L148

5

6   9.. **2861 Spanish Bay Drive, Brentwood, CA 94513 APN:007-480-003**
    Site description: T8485 L3

7

8   10. **160 Palm Place, Brentwood, CA 94513 APN:019-380-004** Site
    description: T8063 L4

9   11. **4421 Whitehoof Way, Antioch, CA 94531 APN:055-120-015** Site
    description: T7569 L397

10

11  12. **802 Redhaven Street, Brentwood, CA 94513 APN: 013-330-062** Site
    description: T8222 L62

12      The object of the action is partition, quiet title,

13  declaratory relief, and power of sale of the subject property.

14  Dated: 6-4-7                      LAW OFFICE OF GOFORTH & LUCAS

15

16

17                                   _____
                                     CHRISTOPHER R. LUCAS
18                                   Attorney for Plaintiffs, AVIS
                                     DOCTOR, CHARI OGOGO, PAULETTE
19                                   MAYO, KAREN SMITH, SUZETTE
                                     STEINBERG, THOMAS STEINBERG
20

21

22

23

24

25

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                               3

1  CHRISTOPHER R. LUCAS (SBN 95293)
2  LAW OFFICES OF GOFORTH & LUCAS
   2300 Clayton Road, Suite 1460
3  Concord, California 94520
   TELEPHONE: (925) 682-9500
4  FACSIMILE: (925) 682-2353

COPY of Document Recorded
on ___ JUN 0 1 2007
as No. 2007207278
Has not been compared with Original.
ALAMEDA COUNTY RECORDER

5  Attorney for Plaintiffs, AVIS
   DOCTOR, CHARI OGOGO, PAULETTE
6  MAYO, KAREN SMITH, SUZETTE
   STEINBERG, THOMAS STEINBERG,

7

           IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
8
               IN AND FOR THE COUNTY OF CONTRA COSTA
9
                        Unlimited Civil Case
10
11  AVIS DOCTOR, CHARI OGOGO,           CASE NO.: C 07  0101 6
    PAULETTE MAYO, KAREN SMITH,
12  SUZETTE STEINBERG, THOMAS           LIS PENDENS; NOTICE OF ACTION
    STEINBERG,                          PENDING
13       Plaintiffs,

14       v.
    NORTH AMERICAN TITLE COMPANY
15  INC., OLD REPUBLIC TITLE COMPANY,
    KANYA TENNYSHA COLEMAN aka KANYA
16  HILL aka KANYA MAXIMO, CHARLES E.
    COLEMAN aka CHARLES E. COLEMAN
17  SR., YVONNE E. GAMBLE, FREDERICK
    C. GAMBLE, JORIE WRIGHT, FLOYD W.
18  WATSON, FELIX GOLDEN, K PLATINUM
    GROUP, INC., K PLATINUM REALTY,
19  INC., K PLATINUM FINANCIAL, INC.,
    K PLATINUM ASSOCIATES, INC., K
20  PLATINUM INTERNATIONAL, INC., K
    PLATINUM INTERNATIONAL
21  ASSOCIATES, INC., K PLATINUM
    INTERNATIONAL FINANCIAL, INC., K
22  PLATINUM INTERNATIONAL GROUP
    INC., K PLATINUM INTERNATIONAL
23  REALTY, INC., K PLATINUM
    PERSONNEL SERVICES, K PLATINUM
24  INTERNATIONAL ASSOCIATE
    INVESTMENT, REAL ESTATE PERSONNEL
25  SERVICES a business organization

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    1

1  unknown, REALLIFE CONSULTING, a
business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE
LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a
business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF
SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON
INTERNATIONAL INVESTMENT GROUP,
6  INC., LAND AMERICA aka LAND
AMERICA CAPITAL CORPORATION,
7  BRENDA ANN MICHELSON, CAROL ANN
DICKSON, CLAYTON GRACE, THOMAS
8  JENKINS, VIKING APPRAISALS, CRAIG
BUCCELLATO, JESSICA ARANDA,
9  and DOES 1 to 500, INCLUSIVE,
10

11     Defendants.
_____/
12     PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants NORTH AMERICAN

14  TITLE COMPANY INC., OLD REPUBLIC TITLE COMPANY, KANYA TENNYSHA

15  COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN aka

16  CHARLES E. COLEMAN SR., YVONNE E. GAMBLE, FREDERICK C. GAMBLE,

17  JORIE WRIGHT, FLOYD W. WATSON, FELIX GOLDEN, K PLATINUM GROUP,

18  INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K

19  PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL, INC., K

20  PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM

21  INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP

22  INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM

23  PERSONNEL SERVICES, K PLATINUM INTERNATIONAL ASSOCIATE

24  INVESTMENT, REAL ESTATE PERSONNEL SERVICES a business

25  organization unknown, REALLIFE CONSULTING, a business

organization unknown, OUTERSPHERE INC., OUTERSPHERE LLC,

LAW
OFFICES
OF
GOFORTH
& LUCAS

1  OUTERSPHERE INVESTMENT GROUP, LLC, BLUE SKY TRUST, a business

2  organization unknown, PROSPERITY MATTERS LLC, POWER OF SEVEN

3  LOAN-FUND ONE LIMITED PARTNERSHIP, SANFORD AND PETERSON

4  INTERNATIONAL INVESTMENT GROUP, INC., LAND AMERICA aka LAND

5  AMERICA CAPITAL CORPORATION, BRENDA ANN MICHELSON, CAROL ANN

6  DICKSON, CLAYTON GRACE, THOMAS JENKINS, VIKING APPRAISALS CRAIG

7  BUCCELLATO, JESSICA ARANDA, and DOES 1 to 500, INCLUSIVE, and is

8  now pending in the above-entitled court.

9      Plaintiff seeks relief in this action affecting the right to

10 possession of real property located or commonly known as follows:

11 

12 Alameda County:

13 1843 Sannita Place, Pleasanton, CA APN 950-0029-039, Lot 35, as
   shown on map of Tract 7156 (the "map") recorded on June 27, 2000
14 in Book 251 of Maps at Pages 57 through 62, inclusive, in the
   official records of the County of Alameda, State of California.

15 Contra Costa County:

16 1. 5046 Nortonville Way, Antioch, CA 94531 APN 075-500-028-8, Lot
17 117 as shown on the Map of SUBDIVISION 8064, FILED August 12, 1997
   in Map Book 393 Page 32 Contra Costa County Records as amended
18 March 29, 2001 in Map Book 429, Page 45 Contra Costa County
   Records.

19 2. 5004 Nortonville Court, Antioch, CA 94531 APN 075-530-062-1

20 

21 3. 3236 Reva Drive, Concord, CA 94519 APN 111-072-005-7, Lot 170,
   as shown on the Map of HOLBROOK HEIGHTS UNIT NO.2, filed February
   24, 1953, in Book 49 of Maps, Page 27, et seq., in the Office of
22 the County Recorder of Contra Costa County.

23 4. 4437 Palisades Way, Antioch, CA 94531 APN 053-393-004-2

24 5. 4200 Limestone Drive, Antioch, CA 94509 APN 072-272-015-3, Lot
   292, as shown on the Map Subdivision 6163, filed November 2, 1984,
25 in Map Book 284, Page 33, Contra Costa Records.

6. 2107 Fuente Court, Antioch, CA 94509 APN 075-244-013-1, PARCEL ONE: LOT 93, SUBDIVISION 4605 FILED APRIL 10, 1974, IN BOOK 168 OF MAPS, PAGE 1, CONTRA COSTA RECORDS.

The object of the action is partition, quiet title, declaratory relief, and power of sale of the subject property.

Dated:   5-11-07                    LAW OFFICE OF GOFORTH & LUCAS


                                   _____
                                   CHRISTOPHER R. LUCAS
                                   Attorney for Plaintiffs, AVIS
                                   DOCTOR, CHARI OGOGO, PAULETTE
                                   MAYO, KAREN SMITH, SUZETTE
                                   STEINBERG, THOMAS STEINBERG

1  CHRISTOPHER R. LUCAS (SBN 95293)
   LAW OFFICES OF GOFORTH & LUCAS
2  2300 Clayton Road, Suite 1460
   Concord, California 94520
3  TELEPHONE: (925) 682-9500
   FACSIMILE: (925) 682-2353
4

05/23/2007 ,20070151205

5  Attorney for Plaintiffs, AVIS
   DOCTOR, CHARI OGOGO, PAULETTE
6  MAYO, KAREN SMITH, SUZETTE
   STEINBERG, THOMAS STEINBERG,
7

8          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9             IN AND FOR THE COUNTY OF CONTRA COSTA

10                        Unlimited Civil Case

11 AVIS DOCTOR, CHARI OGOGO,              CASE NO.:
   PAULETTE MAYO, KAREN SMITH,
12 SUZETTE STEINBERG, THOMAS              LIS PENDENS; NOTICE OF ACTION
   STEINBERG,                            PENDING
13       Plaintiffs,

14       v.
   NORTH AMERICAN TITLE COMPANY
15 INC., OLD REPUBLIC TITLE COMPANY,
   KANYA TENNYSHA COLEMAN aka KANYA
16 HILL aka KANYA MAXIMO, CHARLES E.
   COLEMAN aka CHARLES E. COLEMAN
17 SR., YVONNE E. GAMBLE, FREDERICK
   C. GAMBLE, JORIE WRIGHT, FLOYD W.
18 WATSON, FELIX GOLDEN, K PLATINUM
   GROUP, INC., K PLATINUM REALTY,
19 INC., K PLATINUM FINANCIAL, INC.,
   K PLATINUM ASSOCIATES, INC., K
20 PLATINUM INTERNATIONAL, INC., K
   PLATINUM INTERNATIONAL
21 ASSOCIATES, INC., K PLATINUM
   INTERNATIONAL FINANCIAL, INC., K
22 PLATINUM INTERNATIONAL GROUP
   INC., K PLATINUM INTERNATIONAL
23 REALTY, INC., K PLATINUM
   PERSONNEL SERVICES, K PLATINUM
24 INTERNATIONAL ASSOCIATE
   INVESTMENT, REAL ESTATE PERSONNEL
25 SERVICES a business organization

1  unknown, REALLIFE CONSULTING, a
   business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE
   LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a
   business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF
   SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON
   INTERNATIONAL INVESTMENT GROUP,
6  INC., LAND AMERICA aka LAND
   AMERICA CAPITAL CORPORATION,
7  BRENDA ANN MICHELSON, CAROL ANN
   DICKSON, CLAYTON GRACE, THOMAS
8  JENKINS, VIKING APPRAISALS, CRAIG
   BUCCELLATO, JESSICA ARANDA,
9  and DOES 1 to 500, INCLUSIVE,
10
11        Defendants.
   _____/
12        PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants and is now pending

14  in the above-entitled court.

15        Plaintiff seeks relief in this action affecting the right to

16  possession of real property located or commonly known as follows:

17
   Contra Costa County:
18
   1. 2100 Roper Circle, Brentwood, CA 94513 APN:019-760-046
19
        The object of the action is partition, quiet title,
20
   declaratory relief, and power of sale of the subject property.
21

22  Dated:   5-23-07            LAW OFFICE OF GOFORTH & LUCAS

23

24

25                             _____
                               CHRISTOPHER R. LUCAS
                               Attorney for Plaintiffs, AVIS
                               DOCTOR, CHARI OGOGO, PAULETTE

1   MAYO, KAREN SMITH, SUZETTE
2   STEINBERG, THOMAS STEINBERG
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE OF ACTION PENDING; LIS PENDENS                                    3

1  CHRISTOPHER R. LUCAS (SBN 95293)
   LAW OFFICES OF GOFORTH & LUCAS
2  2300 Clayton Road, Suite 1460
   Concord, California 94520
3  TELEPHONE: (925) 682-9500
   FACSIMILE: (925) 682-2353
4



FILED

2007 MAY 11  P 12:29

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.

BY: _____
S. Ayala, Deputy Clerk

5  Attorney for Plaintiffs, AVIS
   DOCTOR, CHARI OGOGO, PAULETTE
6  MAYO, KAREN SMITH, SUZETTE
   STEINBERG, THOMAS STEINBERG,
7

8        IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9           IN AND FOR THE COUNTY OF CONTRA COSTA

10                  Unlimited Civil Case

11 AVIS DOCTOR, CHARI OGOGO,              CASE NO. C 07·01016
   PAULETTE MAYO, KAREN SMITH,
12 SUZETTE STEINBERG, THOMAS           LIS PENDENS; NOTICE OF ACTION
   STEINBERG,                          PENDING
13      Plaintiffs,

14      v.
   NORTH AMERICAN TITLE COMPANY
15 INC., OLD REPUBLIC TITLE COMPANY,
   KANYA TENNYSHA COLEMAN aka KANYA
16 HILL aka KANYA MAXIMO, CHARLES E.
   COLEMAN aka CHARLES E. COLEMAN
17 SR., YVONNE E. GAMBLE, FREDERICK
   C. GAMBLE, JORIE WRIGHT, FLOYD W.
18 WATSON, FELIX GOLDEN, K PLATINUM
   GROUP, INC., K PLATINUM REALTY,
19 INC., K PLATINUM FINANCIAL, INC.,
   K PLATINUM ASSOCIATES, INC., K
20 PLATINUM INTERNATIONAL, INC., K
   PLATINUM INTERNATIONAL
21 ASSOCIATES, INC., K PLATINUM
   INTERNATIONAL FINANCIAL, INC., K
22 PLATINUM INTERNATIONAL GROUP
   INC., K PLATINUM INTERNATIONAL
23 REALTY, INC., K PLATINUM
   PERSONNEL SERVICES, K PLATINUM
24 INTERNATIONAL ASSOCIATE
   INVESTMENT, REAL ESTATE PERSONNEL
25 SERVICES a business organization



CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
DOC- 2007-0139984-00

Check Number
Friday, MAY 11, 2007 13:04:31
MIC    $1.00:MOD    $9.00
FTC    $4.00:
       $5.00:REC    $9.00
Ttl Pd    $19.00

Nbr-0003708507
rrc/R9/1-5

LAW
OFFICES
OF
GOFORTH
& LUCAS

1   unknown, REALLIFE CONSULTING, a
business organization unknown,
2   OUTERSPHERE INC., OUTERSPHERE
LLC, OUTERSPHERE INVESTMENT
3   GROUP, LLC, BLUE SKY TRUST, a
business organization unknown,
4   PROSPERITY MATTERS LLC, POWER OF
SEVEN LOAN-FUND ONE LIMITED
5   PARTNERSHIP, SANFORD AND PETERSON
INTERNATIONAL INVESTMENT GROUP,
6   INC., LAND AMERICA aka LAND
AMERICA CAPITAL CORPORATION,
7   BRENDA ANN MICHELSON, CAROL ANN
DICKSON, CLAYTON GRACE, THOMAS
8   JENKINS, VIKING APPRAISALS, CRAIG
BUCCELLATO, JESSICA ARANDA,
9   and DOES 1 to 500, INCLUSIVE,
10
11          Defendants.
_____/
12          PLEASE TAKE NOTICE that this action was commenced on

13   May 11, 2007 by Plaintiffs against Defendants NORTH AMERICAN

14   TITLE COMPANY INC., OLD REPUBLIC TITLE COMPANY, KANYA TENNYSHA

15   COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN aka

16   CHARLES E. COLEMAN SR., YVONNE E. GAMBLE, FREDERICK C. GAMBLE,

17   JORIE WRIGHT, FLOYD W. WATSON, FELIX GOLDEN, K PLATINUM GROUP,

18   INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K

19   PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL, INC., K

20   PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM

21   INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP

22   INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM

23   PERSONNEL SERVICES, K PLATINUM INTERNATIONAL ASSOCIATE

24   INVESTMENT, REAL ESTATE PERSONNEL SERVICES a business

25   organization unknown, REALLIFE CONSULTING, a business

organization unknown, OUTERSPHERE INC., OUTERSPHERE LLC,

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    2

1  OUTERSPHERE INVESTMENT GROUP, LLC, BLUE SKY TRUST, a business

2  organization unknown, PROSPERITY MATTERS LLC, POWER OF SEVEN

3  LOAN-FUND ONE LIMITED PARTNERSHIP, SANFORD AND PETERSON

4  INTERNATIONAL INVESTMENT GROUP, INC., LAND AMERICA aka LAND

5  AMERICA CAPITAL CORPORATION, BRENDA ANN MICHELSON, CAROL ANN

6  DICKSON, CLAYTON GRACE, THOMAS JENKINS, VIKING APPRAISALS CRAIG

7  BUCCELLATO, JESSICA ARANDA, and DOES 1 to 500, INCLUSIVE, and is

8  now pending in the above-entitled court.

9      Plaintiff seeks relief in this action affecting the right to

10  possession of real property located or commonly known as follows:

11

12  Alameda County:

13  1843 Sannita Place, Pleasanton, CA APN 950-0029-039, Lot 35, as
    shown on map of Tract 7156 (the "map") recorded on June 27, 2000

14  in Book 251 of Maps at Pages 57 through 62, inclusive, in the
    official records of the County of Alameda, State of California.

15
    Contra Costa County:
16
    1. 5046 Nortonville Way, Antioch, CA 94531 APN 075-500-028-8, Lot
17  117 as shown on the Map of SUBDIVISION 8064, FILED August 12, 1997
    in Map Book 393 Page 32 Contra Costa County Records as amended
18  March 29, 2001 in Map Book 429, Page 45 Contra Costa County
    Records.
19
    2. 5004 Nortonville Court, Antioch, CA 94531 APN 075-530-062-1
20
    3. 3236 Reva Drive, Concord, CA 94519 APN 111-072-005-7, Lot 170,
21  as shown on the Map of HOLBROOK HEIGHTS UNIT NO.2, filed February
    24, 1953, in Book 49 of Maps, Page 27, et seq., in the Office of
22  the County Recorder of Contra Costa County.

23  4. 4437 Palisades Way, Antioch, CA 94531 APN 053-393-004-2

24  5. 4200 Limestone Drive, Antioch, CA 94509 APN 072-272-015-3, Lot
    292, as shown on the Map Subdivision 6163, filed November 2, 1984,
25  in Map Book 284, Page 33, Contra Costa Records.

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    3

6. 2107 Fuente Court, Antioch, CA 94509 APN 075-244-013-1, PARCEL ONE: LOT 93, SUBDIVISION 4605 FILED APRIL 10, 1974, IN BOOK 168 OF MAPS, PAGE 1, CONTRA COSTA RECORDS.

The object of the action is partition, quiet title, declaratory relief, and power of sale of the subject property.

Dated:    5-11-07                    LAW OFFICE OF GOFORTH & LUCAS


CHRISTOPHER R. LUCAS
Attorney for Plaintiffs, AVIS
DOCTOR, CHARI OGOGO, PAULETTE
MAYO, KAREN SMITH, SUZETTE
STEINBERG, THOMAS STEINBERG

1   CHRISTOPHER R. LUCAS (SBN 95293)
    LAW OFFICES OF GOFORTH & LUCAS
2   2300 Clayton Road, Suite 1460
    Concord, California 94520
3   TELEPHONE: (925) 682-9500
    FACSIMILE: (925) 682-2353
4



2007207278    06/01/2007 09:59 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:         20.00

                                    4    PGS

5   Attorney for Plaintiffs, AVIS
    DOCTOR, CHARI OGOGO, PAULETTE
6   MAYO, KAREN SMITH, SUZETTE
    STEINBERG, THOMAS STEINBERG,
7

8          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              IN AND FOR THE COUNTY OF CONTRA COSTA

10                    Unlimited Civil Case

11  AVIS DOCTOR, CHARI OGOGO,           CASE NO.: C07  01016
    PAULETTE MAYO, KAREN SMITH,
12  SUZETTE STEINBERG, THOMAS           LIS PENDENS; NOTICE OF ACTION
    STEINBERG,                          PENDING
13       Plaintiffs,

14          v.
    NORTH AMERICAN TITLE COMPANY
15  INC., OLD REPUBLIC TITLE COMPANY,
    KANYA TENNYSHA COLEMAN aka KANYA
16  HILL aka KANYA MAXIMO, CHARLES E.
    COLEMAN aka CHARLES E. COLEMAN
17  SR., YVONNE E. GAMBLE, FREDERICK
    C. GAMBLE, JORIE WRIGHT, FLOYD W.
18  WATSON, FELIX GOLDEN, K PLATINUM
    GROUP, INC.; K PLATINUM REALTY,
19  INC., K PLATINUM FINANCIAL, INC.,
    K PLATINUM ASSOCIATES, INC., K
20  PLATINUM INTERNATIONAL, INC., K
    PLATINUM INTERNATIONAL
21  ASSOCIATES, INC., K PLATINUM
    INTERNATIONAL FINANCIAL, INC., K
22  PLATINUM INTERNATIONAL GROUP
    INC., K PLATINUM INTERNATIONAL
23  REALTY, INC., K PLATINUM
    PERSONNEL SERVICES, K PLATINUM
24  INTERNATIONAL ASSOCIATE
    INVESTMENT, REAL ESTATE PERSONNEL
25  SERVICES a business organization

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    1

1    unknown, REALLIFE CONSULTING, a
business organization unknown,
2    OUTERSPHERE INC., OUTERSPHERE
LLC, OUTERSPHERE INVESTMENT
3    GROUP, LLC, BLUE SKY TRUST, a
business organization unknown,
4    PROSPERITY MATTERS LLC, POWER OF
SEVEN LOAN-FUND ONE LIMITED
5    PARTNERSHIP, SANFORD AND PETERSON
6    INTERNATIONAL INVESTMENT GROUP,
INC., LAND AMERICA aka LAND
7    AMERICA CAPITAL CORPORATION,
BRENDA ANN MICHELSON, CAROL ANN
8    DICKSON, CLAYTON GRACE, THOMAS
JENKINS, VIKING APPRAISALS, CRAIG
9    BUCCELLATO, JESSICA ARANDA,
and DOES 1 to 500, INCLUSIVE,
10

11          Defendants.
                                        /
12          PLEASE TAKE NOTICE that this action was commenced on

13    May 11, 2007 by Plaintiffs against Defendants NORTH AMERICAN

14    TITLE COMPANY INC., OLD REPUBLIC TITLE COMPANY, KANYA TENNYSHA

15    COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN aka

16    CHARLES E. COLEMAN SR., YVONNE E. GAMBLE, FREDERICK C. GAMBLE,

17    JORIE WRIGHT, FLOYD W. WATSON, FELIX GOLDEN, K PLATINUM GROUP,

18    INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K

19    PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL, INC., K

20    PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM

21    INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP

22    INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM

23    PERSONNEL SERVICES, K PLATINUM INTERNATIONAL ASSOCIATE

24    INVESTMENT, REAL ESTATE PERSONNEL SERVICES a business

25    organization unknown, REALLIFE CONSULTING, a business

organization unknown, OUTERSPHERE INC., OUTERSPHERE LLC,

LAW
OFFICES
OF
GOFORTH
& LUCAS

1  OUTERSPHERE INVESTMENT GROUP, LLC, BLUE SKY TRUST, a business

2  organization unknown, PROSPERITY MATTERS LLC, POWER OF SEVEN

3  LOAN-FUND ONE LIMITED PARTNERSHIP, SANFORD AND PETERSON

4  INTERNATIONAL INVESTMENT GROUP, INC., LAND AMERICA aka LAND

5  AMERICA CAPITAL CORPORATION, BRENDA ANN MICHELSON, CAROL ANN

6  DICKSON, CLAYTON GRACE, THOMAS JENKINS, VIKING APPRAISALS CRAIG

7  BUCCELLATO, JESSICA ARANDA, and DOES 1 to 500, INCLUSIVE, and is

8  now pending in the above-entitled court.

9     Plaintiff seeks relief in this action affecting the right to

10 possession of real property located or commonly known as follows:

11
12 Alameda County:

13 1843 Sannita Place, Pleasanton, CA APN 950-0029-039, Lot 35, as
   shown on map of Tract 7156 (the "map") recorded on June 27, 2000
14 in Book 251 of Maps at Pages 57 through 62, inclusive, in the
   official records of the County of Alameda, State of California.

15
   Contra Costa County:
16
17 1. 5046 Nortonville Way, Antioch, CA 94531 APN 075-500-028-8, Lot
   117 as shown on the Map of SUBDIVISION 8064, FILED August 12, 1997
   in Map Book 393 Page 32 Contra Costa County Records as amended
18 March 29, 2001 in Map Book 429, Page 45 Contra Costa County
   Records.
19
20 2. 5004 Nortonville Court, Antioch, CA 94531 APN 075-530-062-1

21 3. 3236 Reva Drive, Concord, CA 94519 APN 111-072-005-7, Lot 170,
   as shown on the Map of HOLBROOK HEIGHTS UNIT NO.2, filed February
22 24, 1953, in Book 49 of Maps, Page 27, et seq., in the Office of
   the County Recorder of Contra Costa County.

23 4. 4437 Palisades Way, Antioch, CA 94531 APN 053-393-004-2

24 5. 4200 Limestone Drive, Antioch, CA 94509 APN 072-272-015-3, Lot
   292, as shown on the Map Subdivision 6163, filed November 2, 1984,
25 in Map Book 284, Page 33, Contra Costa Records.

LAW
OFFICES
OF
GOFORTH
& LUCAS

6. 2107 Fuente Court, Antioch, CA 94509 APN 075-244-013-1, PARCEL ONE: LOT 93, SUBDIVISION 4605 FILED APRIL 10, 1974, IN BOOK 168 OF MAPS, PAGE 1, CONTRA COSTA RECORDS.

The object of the action is partition, quiet title, declaratory relief, and power of sale of the subject property.

Dated:    5-11-07                    LAW OFFICE OF GOFORTH & LUCAS

_____
CHRISTOPHER R. LUCAS
Attorney for Plaintiffs, AVIS
DOCTOR, CHARI OGOGO, PAULETTE
MAYO, KAREN SMITH, SUZETTE
STEINBERG, THOMAS STEINBERG

3

*WHEN RECORDED MAIL TO:*

1  CHRISTOPHER R. LUCAS (SBN 95293)
   LAW OFFICES OF GOFORTH & LUCAS
2  2300 Clayton Road, Suite 1460
   Concord, California 94520
3  TELEPHONE: (925) 682-9500
   FACSIMILE: (925) 682-2353
4

5  Attorney for Plaintiffs, AVIS
   DOCTOR, CHARI OGOGO, PAULETTE
6  MAYO, KAREN SMITH, SUZETTE
   STEINBERG, THOMAS STEINBERG,

CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
**DOC- 2007-0151285-00**
Check Number 23039
Wednesday, MAY 23, 2007 11:46:25
MIC  $1.00 MOD    $3.00 REC    $7.00
FTC  $2.00
Ttl Pd   $13.00          Nbr-0003721812
                                lrc/R9/1-3

7

8     IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9       IN AND FOR THE COUNTY OF CONTRA COSTA

10           Unlimited Civil Case

11  AVIS DOCTOR, CHARI OGOGO,     CASE NO.:
   PAULETTE MAYO, KAREN SMITH,
12  SUZETTE STEINBERG, THOMAS    LIS PENDENS; NOTICE OF ACTION
   STEINBERG,                           PENDING
13     Plaintiffs,

14     v.
   NORTH AMERICAN TITLE COMPANY
15  INC., OLD REPUBLIC TITLE COMPANY,
   KANYA TENNYSHA COLEMAN aka KANYA
16  HILL aka KANYA MAXIMO, CHARLES E.
   COLEMAN aka CHARLES E. COLEMAN
17  SR., YVONNE E. GAMBLE, FREDERICK
   C. GAMBLE, JORIE WRIGHT, FLOYD W.
18  WATSON, FELIX GOLDEN, K PLATINUM
   GROUP, INC., K PLATINUM REALTY,
19  INC., K PLATINUM FINANCIAL, INC.,
   K PLATINUM ASSOCIATES, INC., K
20  PLATINUM INTERNATIONAL, INC., K
   PLATINUM INTERNATIONAL
21  ASSOCIATES, INC., K PLATINUM
   INTERNATIONAL FINANCIAL, INC., K
22  PLATINUM INTERNATIONAL GROUP
   INC., K PLATINUM INTERNATIONAL
23  REALTY, INC., K PLATINUM
   PERSONNEL SERVICES, K PLATINUM
24  INTERNATIONAL ASSOCIATE
   INVESTMENT, REAL ESTATE PERSONNEL
25  SERVICES a business organization

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                    1

1  unknown, REALLIFE CONSULTING, a business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON INTERNATIONAL INVESTMENT GROUP,
6  INC., LAND AMERICA aka LAND AMERICA CAPITAL CORPORATION,
7  BRENDA ANN MICHELSON, CAROL ANN DICKSON, CLAYTON GRACE, THOMAS
8  JENKINS, VIKING APPRAISALS, CRAIG BUCCELLATO, JESSICA ARANDA,
9  and DOES 1 to 500, INCLUSIVE,
10

11          Defendants.

    _____/

12          PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants and is now pending

14  in the above-entitled court.

15          Plaintiff seeks relief in this action affecting the right to

16  possession of real property located or commonly known as follows:

17

18  Contra Costa County:

19  1. 2100 Roper Circle, Brentwood, CA 94513 APN:019-760-046

20          The object of the action is partition, quiet title,

21  declaratory relief, and power of sale of the subject property.

22  Dated:  5-23-07                    LAW OFFICE OF GOFORTH & LUCAS

23

24

25                                     CHRISTOPHER R. LUCAS
                                       Attorney for Plaintiffs, AVIS
                                       DOCTOR, CHARI OGOGO, PAULETTE

LAW
OFFICES
OF
GOFORTH
& LUCAS

1 MAYO, KAREN SMITH, SUZETTE
2 STEINBERG, THOMAS STEINBERG

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

END OF DOCUMENT

1   CHRISTOPHER R. LUCAS (SBN 95293)
2   LAW OFFICES OF GOFORTH & LUCAS
    2300 Clayton Road, Suite 1460
3   Concord, California 94520
    TELEPHONE: (925) 682-9500
4   FACSIMILE: (925) 682-2353

5   Attorney for Plaintiffs, AVIS
    DOCTOR, CHARI OGOGO, PAULETTE
6   MAYO, KAREN SMITH, SUZETTE
    STEINBERG, THOMAS STEINBERG,
7

FILED

2007 MAY 25  A 9: 52

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.
BY
K. MITCHELL

8        IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9           IN AND FOR THE COUNTY OF CONTRA COSTA

10                    Unlimited Civil Case

11  AVIS DOCTOR, CHARI OGOGO,          CASE NO.:  C07 - 01016
    PAULETTE MAYO, KAREN SMITH,
12  SUZETTE STEINBERG, THOMAS          LIS PENDENS; NOTICE OF ACTION
    STEINBERG,                          PENDING
13       Plaintiffs,

14       v.
    NORTH AMERICAN TITLE COMPANY
15  INC., OLD REPUBLIC TITLE COMPANY,
    KANYA TENNYSHA COLEMAN aka KANYA
16  HILL aka KANYA MAXIMO, CHARLES E.
    COLEMAN aka CHARLES E. COLEMAN
17  SR., YVONNE E. GAMBLE, FREDERICK
    C. GAMBLE, JORIE WRIGHT, FLOYD W.
18  WATSON, FELIX GOLDEN, K PLATINUM
    GROUP, INC., K PLATINUM REALTY,
19  INC., K PLATINUM FINANCIAL, INC.,
    K PLATINUM ASSOCIATES, INC., K
20  PLATINUM INTERNATIONAL, INC., K
    PLATINUM INTERNATIONAL
21  ASSOCIATES, INC., K PLATINUM
    INTERNATIONAL FINANCIAL, INC., K
22  PLATINUM INTERNATIONAL GROUP
    INC., K PLATINUM INTERNATIONAL
23  REALTY, INC., K PLATINUM
    PERSONNEL SERVICES, K PLATINUM
24  INTERNATIONAL ASSOCIATE
    INVESTMENT, REAL ESTATE PERSONNEL
25  SERVICES a business organization

LAW
OFFICES
OF
GOFORTH
& LUCAS

1  unknown, REALLIFE CONSULTING, a
business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE
LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a
business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF
SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON
INTERNATIONAL INVESTMENT GROUP,
6  INC., LAND AMERICA aka LAND
AMERICA CAPITAL CORPORATION,
7  BRENDA ANN MICHELSON, CAROL ANN
DICKSON, CLAYTON GRACE, THOMAS
8  JENKINS, VIKING APPRAISALS, CRAIG
BUCCELLATO, JESSICA ARANDA,
9  and DOES 1 to 500, INCLUSIVE,
10
11          Defendants.
                                    /
12          PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants and is now pending

14  in the above-entitled court.

15          Plaintiff seeks relief in this action affecting the right to

16  possession of real property located or commonly known as follows:

17
Contra Costa County:
18
1. 2100 Roper Circle, Brentwood, CA 94513 APN:019-760-046
19
        The  object  of  the  action  is  partition,  quiet  title,
20
declaratory relief, and power of sale of the subject property.
21
22  Dated:   5-23-07                    LAW OFFICE OF GOFORTH & LUCAS

23

24                            _____
25                            CHRISTOPHER R. LUCAS
                              Attorney for Plaintiffs, AVIS
                              DOCTOR, CHARI OGOGO, PAULETTE

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    2

1    MAYO, KAREN SMITH, SUZETTE
2    STEINBERG, THOMAS STEINBERG

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                    3

5

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:
CHRIS LUCAS
2300 Clayton Rd #1460
Concord CA 94520

CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
DOC- 2007-0139984-00
Check Number
Friday, MAY 11, 2007 13:04:31
MIC   $1.00 MOD   $5.00 REC   $9.00
FTC   $4.00
Ttl Pd   $19.00      Nbr-0003708507
                      rrc/R9/1-5

THE SPACE ABOVE IS FOR RECORDERS USE ONLY

# DOCUMENT TITLE

Lis Pendens; notice of action pending

1   CHRISTOPHER R. LUCAS (SBN 95293)
    LAW OFFICES OF GOFORTH & LUCAS
2   2300 Clayton Road, Suite 1460
    Concord, California 94520
3   TELEPHONE: (925) 682-9500
    FACSIMILE: (925) 682-2353
4



2007 MAY 11 P 12. 29

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.

BY:_____
        S. Ayala, Deputy Clerk

5   Attorney for Plaintiffs, AVIS
    DOCTOR, CHARI OGOGO, PAULETTE
6   MAYO, KAREN SMITH, SUZETTE
    STEINBERG, THOMAS STEINBERG,
7

8           IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              IN AND FOR THE COUNTY OF CONTRA COSTA

10                      Unlimited Civil Case

11  AVIS DOCTOR, CHARI OGOGO,          CASE NO.: C 07·01016
    PAULETTE MAYO, KAREN SMITH,
12  SUZETTE STEINBERG, THOMAS          LIS PENDENS; NOTICE OF ACTION
    STEINBERG,                         PENDING
13          Plaintiffs,

14          v.
    NORTH AMERICAN TITLE COMPANY
15  INC., OLD REPUBLIC TITLE COMPANY,
    KANYA TENNYSHA COLEMAN aka KANYA
16  HILL aka KANYA MAXIMO, CHARLES E.
    COLEMAN aka CHARLES E. COLEMAN
17  SR., YVONNE E. GAMBLE, FREDERICK
    C. GAMBLE, JORIE WRIGHT, FLOYD W.
18  WATSON, FELIX GOLDEN, K PLATINUM
    GROUP, INC., K PLATINUM REALTY,
19  INC., K PLATINUM FINANCIAL, INC.,
    K PLATINUM ASSOCIATES, INC., K
20  PLATINUM INTERNATIONAL, INC., K
    PLATINUM INTERNATIONAL
21  ASSOCIATES, INC., K PLATINUM
    INTERNATIONAL FINANCIAL, INC., K
22  PLATINUM INTERNATIONAL GROUP
    INC., K PLATINUM INTERNATIONAL
23  REALTY, INC., K PLATINUM
    PERSONNEL SERVICES, K PLATINUM
24  INTERNATIONAL ASSOCIATE
    INVESTMENT, REAL ESTATE PERSONNEL
25  SERVICES a business organization

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    1

1  unknown, REALLIFE CONSULTING, a
   business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE
   LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a
   business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF
   SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON
   INTERNATIONAL INVESTMENT GROUP,
6  INC., LAND AMERICA aka LAND
   AMERICA CAPITAL CORPORATION,
7  BRENDA ANN MICHELSON, CAROL ANN
   DICKSON, CLAYTON GRACE, THOMAS
8  JENKINS, VIKING APPRAISALS, CRAIG
   BUCCELLATO, JESSICA ARANDA,
9  and DOES 1 to 500, INCLUSIVE,

10

11       Defendants.
   _____/

12       PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants NORTH AMERICAN

14  TITLE COMPANY INC., OLD REPUBLIC TITLE COMPANY, KANYA TENNYSHA

15  COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN aka

16  CHARLES E. COLEMAN SR., YVONNE E. GAMBLE, FREDERICK C. GAMBLE,

17  JORIE WRIGHT, FLOYD W. WATSON, FELIX GOLDEN, K PLATINUM GROUP,

18  INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K

19  PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL, INC., K

20  PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM

21  INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP

22  INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM

23  PERSONNEL SERVICES, K PLATINUM INTERNATIONAL ASSOCIATE

24  INVESTMENT, REAL ESTATE PERSONNEL SERVICES a business

25  organization unknown, REALLIFE CONSULTING, a business

    organization unknown, OUTERSPHERE INC., OUTERSPHERE LLC,

1  OUTERSPHERE INVESTMENT GROUP, LLC, BLUE SKY TRUST, a business

2  organization unknown, PROSPERITY MATTERS LLC, POWER OF SEVEN

3  LOAN-FUND ONE LIMITED PARTNERSHIP, SANFORD AND PETERSON

4  INTERNATIONAL INVESTMENT GROUP, INC., LAND AMERICA aka LAND

5  AMERICA CAPITAL CORPORATION, BRENDA ANN MICHELSON, CAROL ANN

6  DICKSON, CLAYTON GRACE, THOMAS JENKINS, VIKING APPRAISALS CRAIG

7  BUCCELLATO, JESSICA ARANDA, and DOES 1 to 500, INCLUSIVE, and is

8  now pending in the above-entitled court.

9      Plaintiff seeks relief in this action affecting the right to

10  possession of real property located or commonly known as follows:

11

12  Alameda County:

13  1843 Sannita Place, Pleasanton, CA APN 950-0029-039, Lot 35, as
    shown on map of Tract 7156 (the "map") recorded on June 27, 2000
14  in Book 251 of Maps at Pages 57 through 62, inclusive, in the
    official records of the County of Alameda, State of California.

15

16  Contra Costa County:

17  1. 5046 Nortonville Way, Antioch, CA 94531 APN 075-500-028-8, Lot
    117 as shown on the Map of SUBDIVISION 8064, FILED August 12, 1997
18  in Map Book 393 Page 32 Contra Costa County Records as amended
    March 29, 2001 in Map Book 429, Page 45 Contra Costa County
19  Records.

20  2. 5004 Nortonville Court, Antioch, CA 94531 APN 075-530-062-1

21  3. 3236 Reva Drive, Concord, CA 94519 APN 111-072-005-7, Lot 170,
    as shown on the Map of HOLBROOK HEIGHTS UNIT NO.2, filed February
22  24, 1953, in Book 49 of Maps, Page 27, et seq., in the Office of
    the County Recorder of Contra Costa County.

23  4. 4437 Palisades Way, Antioch, CA 94531 APN 053-393-004-2

24  5. 4200 Limestone Drive, Antioch, CA 94509 APN 072-272-015-3, Lot
    292, as shown on the Map Subdivision 6163, filed November 2, 1984,
25  in Map Book 284, Page 33, Contra Costa Records.

LAW
OFFICES
OF
GOFORTH
& LUCAS

6. 2107 Fuente Court, Antioch, CA 94509 APN 075-244-013-1, PARCEL ONE: LOT 93, SUBDIVISION 4605 FILED APRIL 10, 1974, IN BOOK 168 OF MAPS, PAGE 1, CONTRA COSTA RECORDS.

The object of the action is partition, quiet title, declaratory relief, and power of sale of the subject property.

Dated:  5-11-07                    LAW OFFICE OF GOFORTH & LUCAS

_____
CHRISTOPHER R LUCAS
Attorney for Plaintiffs, AVIS
DOCTOR, CHARI OGOGO, PAULETTE
MAYO, KAREN SMITH, SUZETTE
STEINBERG, THOMAS STEINBERG

NOTICE OF ACTION PENDING; LIS PENDENS                    END OF DOCUMENT          4

1  CHRISTOPHER R. LUCAS (SBN 95293)
   LAW OFFICES OF GOFORTH & LUCAS
2  2300 Clayton Road, Suite 1460
   Concord, California 94520
3  TELEPHONE: (925) 682-9500
   FACSIMILE: (925) 682-2353
4



2007 MAY 11 P 12· 29

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.

BY_____
                Deputy Clerk

5  Attorney for Plaintiffs, AVIS
   DOCTOR, CHARI OGOGO, PAULETTE
6  MAYO, KAREN SMITH, SUZETTE
   STEINBERG, THOMAS STEINBERG,

7

8        IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9           IN AND FOR THE COUNTY OF CONTRA COSTA

10                    Unlimited Civil Case

11 AVIS DOCTOR, CHARI OGOGO,            CASE NO.: **C 07·01**016
   PAULETTE MAYO, KAREN SMITH,
12 SUZETTE STEINBERG, THOMAS           LIS PENDENS; NOTICE OF ACTION
   STEINBERG,                          PENDING
13       Plaintiffs,

14       v.
   NORTH AMERICAN TITLE COMPANY
15 INC., OLD REPUBLIC TITLE COMPANY,
   KANYA TENNYSHA COLEMAN aka KANYA
16 HILL aka KANYA MAXIMO, CHARLES E.
   COLEMAN aka CHARLES E. COLEMAN
17 SR., YVONNE E. GAMBLE, FREDERICK
   C. GAMBLE, JORIE WRIGHT, FLOYD W.
18 WATSON, FELIX GOLDEN, K PLATINUM
   GROUP, INC., K PLATINUM REALTY,
19 INC., K PLATINUM FINANCIAL, INC.,
   K PLATINUM ASSOCIATES, INC., K
20 PLATINUM INTERNATIONAL, INC., K
   PLATINUM INTERNATIONAL
21 ASSOCIATES, INC., K PLATINUM
   INTERNATIONAL FINANCIAL, INC., K
22 PLATINUM INTERNATIONAL GROUP
   INC., K PLATINUM INTERNATIONAL
23 REALTY, INC., K PLATINUM
   PERSONNEL SERVICES, K PLATINUM
24 INTERNATIONAL ASSOCIATE
   INVESTMENT, REAL ESTATE PERSONNEL
25 SERVICES a business organization

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                          1

1    unknown, REALLIFE CONSULTING, a
business organization unknown,
2    OUTERSPHERE INC., OUTERSPHERE
LLC, OUTERSPHERE INVESTMENT
3    GROUP, LLC, BLUE SKY TRUST, a
business organization unknown,
4    PROSPERITY MATTERS LLC, POWER OF
SEVEN LOAN-FUND ONE LIMITED
5    PARTNERSHIP, SANFORD AND PETERSON
INTERNATIONAL INVESTMENT GROUP,
6    INC., LAND AMERICA aka LAND
AMERICA CAPITAL CORPORATION,
7    BRENDA ANN MICHELSON, CAROL ANN
DICKSON, CLAYTON GRACE, THOMAS
8    JENKINS, VIKING APPRAISALS, CRAIG
BUCCELLATO, JESSICA ARANDA,
9    and DOES 1 to 500, INCLUSIVE,
10
      Defendants.
11   _____/

12        PLEASE TAKE NOTICE that this action was commenced on

13   May 11, 2007 by Plaintiffs against Defendants NORTH AMERICAN

14   TITLE COMPANY INC., OLD REPUBLIC TITLE COMPANY, KANYA TENNYSHA

15   COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN aka

16   CHARLES E. COLEMAN SR., YVONNE E. GAMBLE, FREDERICK C. GAMBLE,

17   JORIE WRIGHT, FLOYD W. WATSON, FELIX GOLDEN, K PLATINUM GROUP,

18   INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K

19   PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL, INC., K

20   PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM

21   INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP

22   INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM

23   PERSONNEL SERVICES, K PLATINUM INTERNATIONAL ASSOCIATE

24   INVESTMENT, REAL ESTATE PERSONNEL SERVICES a business

25   organization unknown, REALLIFE CONSULTING, a business

organization unknown, OUTERSPHERE INC., OUTERSPHERE LLC,

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    2

1  OUTERSPHERE INVESTMENT GROUP, LLC, BLUE SKY TRUST, a business

2  organization unknown, PROSPERITY MATTERS LLC, POWER OF SEVEN

3  LOAN-FUND ONE LIMITED PARTNERSHIP, SANFORD AND PETERSON

4  INTERNATIONAL INVESTMENT GROUP, INC., LAND AMERICA aka LAND

5  AMERICA CAPITAL CORPORATION, BRENDA ANN MICHELSON, CAROL ANN

6  DICKSON, CLAYTON GRACE, THOMAS JENKINS, VIKING APPRAISALS CRAIG

7  BUCCELLATO, JESSICA ARANDA, and DOES 1 to 500, INCLUSIVE, and is

8  now pending in the above-entitled court.

9        Plaintiff seeks relief in this action affecting the right to

10 possession of real property located or commonly known as follows:

11

12 Alameda County:

13 1843 Sannita Place, Pleasanton, CA APN 950-0029-039, Lot 35, as
   shown on map of Tract 7156 (the "map") recorded on June 27, 2000
14 in Book 251 of Maps at Pages 57 through 62, inclusive, in the
   official records of the County of Alameda, State of California.

15

16 Contra Costa County:

17 1. 5046 Nortonville Way, Antioch, CA 94531 APN 075-500-028-8, Lot
   117 as shown on the Map of SUBDIVISION 8064, FILED August 12, 1997
   in Map Book 393 Page 32 Contra Costa County Records as amended
18 March 29, 2001 in Map Book 429, Page 45 Contra Costa County
   Records.

19

20 2. 5004 Nortonville Court, Antioch, CA 94531 APN 075-530-062-1

21 3. 3236 Reva Drive, Concord, CA 94519 APN 111-072-005-7, Lot 170,
   as shown on the Map of HOLBROOK HEIGHTS UNIT NO.2, filed February
   24, 1953, in Book 49 of Maps, Page 27, et seq., in the Office of
22 the County Recorder of Contra Costa County.

23 4. 4437 Palisades Way, Antioch, CA 94531 APN 053-393-004-2

24 5. 4200 Limestone Drive, Antioch, CA 94509 APN 072-272-015-3, Lot
   292, as shown on the Map Subdivision 6163, filed November 2, 1984,
25 in Map Book 284, Page 33, Contra Costa Records.

LAW
OFFICES
OF
GOFORTH
& LUCAS

6. 2107 Fuente Court, Antioch, CA 94509 APN 075-244-013-1, PARCEL ONE: LOT 93, SUBDIVISION 4605 FILED APRIL 10, 1974, IN BOOK 168 OF MAPS, PAGE 1, CONTRA COSTA RECORDS.

The object of the action is partition, quiet title, declaratory relief, and power of sale of the subject property.

Dated:  5-11-07                          LAW OFFICE OF GOFORTH & LUCAS



CHRISTOPHER R. LUCAS
Attorney for Plaintiffs, AVIS
DOCTOR, CHARI OGOGO, PAULETTE
MAYO, KAREN SMITH, SUZETTE
STEINBERG, THOMAS STEINBERG

This document is a correct copy
of the original on file in this office.

ATTEST:
MAY 1 1 2007

K. TORRE
SUPERIOR C. . . CALIFORNIA
COUNTY . . CONTRA COSTA

By _____ Deputy Clerk

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    4