**EXHIBIT 8**

STATE OF CALIFORNIA

BUSINESS, TRANSPORTATION AND HOUSING AGENCY

DEPARTMENT OF CORPORATIONS

TO:   Kanya T. Coleman
      K Platinum Group, Inc.
      K Platinum Associates, Inc. dba K Platinum International Associates
      1910 Olympic Blvd, Ste. 340
      Walnut Creek, CA 94596

# DESIST AND REFRAIN ORDER
(For violations of section 25110 and 25401 of the Corporations Code)

The California Corporations Commissioner finds that:

1. K Platinum Group, Inc. is a California corporation with its principal office at 1910 Olympic Blvd, Ste. 340, Walnut Creek, California. At times most relevant to this order, its president has been Kanya T. Coleman ("Coleman").

2. Kanya T. Coleman is the president and controlling person of K Platinum Group, Inc. She has also established or controls a number of other entities, including K Platinum Realty, Inc., K Platinum Financial, Inc., K Platinum Associates, Inc., K Platinum International, Inc., K Platinum International Group, Inc., K Platinum International Realty, Inc., K Platinum International Associates, Inc., and K Platinum International Financial, Inc.

3. Coleman and the above entities are believed to have raised well in excess of $10 million from investors. Some of this money has been raised by the issuance or the promise of issuance of so-called "promissory notes" issued by K Platinum Group, Inc. Initially, these notes promised a return of 25% for one month, e.g. a return of $6,250 on an investment of $25,000. Some money has been raised under a "Cash-on-Cash Investment Program", in which K Platinum Group offered to issue a single promissory note that promised to pay a 75% return on investment over a period of 7 months. In some cases, promissory notes were never provided to investors, or promissory notes signed by

investors were not executed by K Platinum Group. Money was also raised by issuing "New Investor Letters of Intent" ostensibly between the investor, K Platinum Associates, Inc. dba K Platinum International Associates, and Power of Seven Loan Fund One, a California Limited Partnership, which promised distribution of $6250 for each $25,000 invested, and represented that the money would be used for "the acquisition of real estate."

4. Investors have not received all promised payments despite assurances from K Platinum that payments would be made on time, and have not received return of their original investments.

5. At various times, the presentations, promotional materials, and website of the K Platinum entities have touted the success and expertise of Coleman in real estate and business. However, Coleman and K Platinum Group, Inc. omitted or failed to disclose to prospective investors that Coleman had filed a personal bankruptcy petition and been discharged in 1999.

6. The above-described securities have been offered and sold in California in issuer transactions. The Department of Corporations has not issued a permit or other form of qualification authorizing any person to offer and sell these securities in this state.

Based upon the foregoing findings, the California Corporations Commissioner is of the opinion that the investments offered and sold by Kanya T. Coleman, K Platinum Group, Inc., and K Platinum Associates, Inc. dba K Platinum International Associates are securities in the form of promissory notes and/or investment contracts and are subject to qualification under the California Corporate Securities Law of 1968, and that these securities have been offered and sold without being qualified in violation of Corporations Code section 25110 and are not exempt. Pursuant to section 25532 of the Corporate Securities Law of 1968, Kanya T. Coleman, K Platinum Group, Inc., and K Platinum Associates, Inc. dba K Platinum International Associates are hereby ordered to desist and refrain from the further offer or sale in the State of California of securities, including but not limited to promissory notes and/or investment contracts, unless and until qualification has been made under the law or unless exempt.

In addition, the California Corporations Commissioner is of the opinion that the securities of K Platinum Group, Inc. and K Platinum Associates, Inc. dba K Platinum International Associates were offered or sold in this state by means of written or oral communications which included an

untrue statement of a material fact or omitted to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading, in violation of section 25401 of the Corporate Securities Law of 1968. Pursuant to section 25532 of the Corporate Securities Law of 1968, Kanya T. Coleman, K Platinum Group, Inc. and K Platinum Associates, Inc. dba K Platinum International Associates are hereby ordered to desist and refrain from offering or selling or buying or offering to buy any security in the State of California, including but not limited to promissory notes and investment contracts, by means of any written or oral communication which includes an untrue statement of a material fact or omits to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading.

This Order is necessary, in the public interest, for the protection of investors and consistent with the purposes, policies, and provisions of the Corporate Securities Law of 1968.

Dated: June 1, 2007
Los Angeles, California

PRESTON DuFAUCHARD
California Corporations Commissioner

By_____
ALAN S. WEINGER
Lead Corporations Counsel

DESIST AND REFRAIN ORDER

-3-