STEVEN J. MEHLMAN, ESQ., SBN 95881
MARC L. TERBEEK, ESQ. SBN: 166098
**MEHLMAN ❖TERBEEK LLP**
350 N. WIGET LANE, SUITE 150
WALNUT CREEK, CA 94598
(925) 935-3575 (Tel)
(925) 935-1789 (Fax)

Attorneys for Brenda Michealson
and Jessica Aranda

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

AVIS DOCTOR, CHARI OGOGO, PAULETTE MAYO, KAREN SMITH, THOMAS STEINBERG AND SUZETTE STEINBERG

Plaintiffs,

vs.

NORTH AMERICAN TITLE COMPANY et al.,

Defendants.

_______________________________________/

**CASE NO: C07-03270 JL**

**ANSWER OF BRENDA MICHEALSON AND JESSICA ARANDA TO COMPLAINT OF AVIS DOCTOR, CHARI OGOGO, PAULETTE MAYO, KAREN SMITH, THOMAS STEINBERG AND SUZETTE STEINBERG**

**DEMAND FOR JURY TRIAL**

Defendant BRENDA MICHEALSON and JESSICA ARANDA (hereafter referred to as Defendants) hereby answers Plaintiffs' Unverified Complaint as follows:

1. As to the allegations set forth in paragraph 1 of Plaintiffs' Complaint, Defendants lack sufficient information to either admit or denies such allegations (except as to their own county of residence) and on that basis denies such allegations except that they each admit that they are residents of Contra Costa county.

2. As to the allegations set forth in paragraph 2 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

3. As to the allegations set forth in paragraph 3 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

4. As to the allegations set forth in paragraph 4 of Plaintiffs' Complaint, Defendants lack sufficient information to either admit or deny such allegations and on that basis denies such allegations except that they admit that they acted, from time to time, as agents of one or more of the K Platinum entities.

5. As to the allegations set forth in paragraph 5 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

6. As to the allegations set forth in paragraph 6 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

7. As to the allegations set forth in paragraph 7 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

8. As to the allegations set forth in paragraph 8 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

9. As to the allegations set forth in paragraph 9 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

10. As to the allegations set forth in paragraph 10 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

11. As to the allegations set forth in paragraph 11 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

12. As to the allegations set forth in paragraph 12 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

13. As to the allegations set forth in paragraph 13 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

14. As to the allegations set forth in paragraph 14 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

15. As to the allegations set forth in paragraph 15 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

16. As to the allegations set forth in paragraph 16 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

17. As to the allegations set forth in paragraph 17 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

18. As to the allegations set forth in paragraph 18 of Plaintiffs' Complaint, Defendants lack sufficient information to either admit or deny such allegations and on that basis denies such allegations.

19. As to the allegations set forth in paragraph 19 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

20. As to the allegations set forth in paragraph 20 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

21. As to the allegations set forth in paragraph 21 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

22. As to the allegations set forth in paragraph 22 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

23. As to the allegations set forth in paragraph 23 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

///.

24. As to the allegations set forth in paragraph 24 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

25. As to the allegations set forth in paragraph 25 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

26. Defendants hereby incorporate the admissions and denials set forth in paragraphs 1-25 of this Answer.

27. As to the allegations set forth in paragraph 27 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

28. Defendant hereby incorporates the admissions and denials set forth in paragraphs 1-27 of this Answer.

29. As to the allegations set forth in paragraph 29 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

30. As to the allegations set forth in paragraph 30 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

31. Defendants hereby incorporate the admissions and denials set forth in paragraphs 1-30 of this Answer.

///.

///.

32. As to the allegations set forth in paragraph 32 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

33. As to the allegations set forth in paragraph 33 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

34. As to the allegations set forth in paragraph 34 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

35. As to the allegations set forth in paragraph 35 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

36. As to the allegations set forth in paragraph 36 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

37. As to the allegations set forth in paragraph 37 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

38. As to the allegations set forth in paragraph 38 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

39. Defendants hereby incorporate the admissions and denials set forth in paragraphs 1-38 of this Answer.

40. As to the allegations set forth in paragraph 40 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

41. As to the allegations set forth in paragraph 41 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

42. Defendants hereby incorporate the admissions and denials set forth in paragraphs 1-41 of this Answer.

43. As to the allegations set forth in paragraph 43 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

44. As to the allegations set forth in paragraph 44 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

45. As to the allegations set forth in paragraph 45 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

46. As to the allegations set forth in paragraph 46 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

47. Defendants hereby incorporate the admissions and denials set forth in paragraphs 1-46 of this Answer.

48. As to the allegations set forth in paragraph 48 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

49. As to the allegations set forth in paragraph 49 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

50. As to the allegations set forth in paragraph 50 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

51. As to the allegations set forth in paragraph 51 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

52. As to the allegations set forth in paragraph 52 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

53. As to the allegations set forth in paragraph 53 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

///.

///.

54. As to the allegations set forth in paragraph 54 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations. .

55. Defendant hereby incorporates the admissions and denials set forth in paragraphs 1-54 of this Answer.

56. As to the allegations set forth in paragraph 56 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

57. As to the allegations set forth in paragraph 57 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

58. Defendant hereby incorporates the admissions and denials set forth in paragraphs 1-57 of this Answer.

59. As to the allegations set forth in paragraph 59 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

60. As to the allegations set forth in paragraph 60 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

61. As to the allegations set forth in paragraph 61 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

62. As to the allegations set forth in paragraph 62 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

63. As to the allegations set forth in paragraph 63 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

64 Defendants hereby incorporate the admissions and denials set forth in paragraphs 1-63 of this Answer.

65. As to the allegations set forth in paragraph 65 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

66. As to the allegations set forth in paragraph 66 of Plaintiffs' Complaint, Defendants lack sufficient information to either admit or deny such allegations as to persons other than themselves and on that basis denies such allegations. As to themselves, Defendants deny such allegations.

67. As to the allegations set forth in paragraph 67 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

68. As to the allegations set forth in paragraph 68 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

69. Defendants hereby incorporate the admissions and denials set forth in paragraphs 1-68 of this Answer.

70. As to the allegations set forth in paragraph 70 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

71. As to the allegations set forth in paragraph 71 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

72. As to the allegations set forth in paragraph 72 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

73. As to the allegations set forth in paragraph 73 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

74. As to the allegations set forth in paragraph 74 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

75. As to the allegations set forth in paragraph 75 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

76. As to the allegations set forth in paragraph 76 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

77. As to the allegations set forth in paragraph 77 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

78. As to the allegations set forth in paragraph 78 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

79. As to the allegations set forth in paragraph 79 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

80. As to the allegations set forth in paragraph 80 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

81. As to the allegations set forth in paragraph 81 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

82. As to the allegations set forth in paragraph 82 of Plaintiffs' Complaint, Defendants lack sufficient information as to other persons to either admit or deny such allegations and on that basis denies such allegations as to such other persons. As to themselves, Defendants deny such allegations.

**AFFIRMATIVE DEFENSES**

AS A FIRST SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION, Defendants allege that the Complaint fails to state a cause of action against them.

///.

AS A SECOND SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION, Defendants allege that the Complaint is uncertain and ambiguous as to what cause(s) of action Plaintiffs are asserting.

AS A THIRD SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF AS ACTION, Defendants allege that at all times and places mentioned in the Complaint, Plaintiffs failed to mitigate the amount of damages, if any there be, alleged in the Complaint.

AS A FOURTH SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF AS ACTION, Defendants allege that at all times and places mentioned in the Complaint, Plaintiffs by virtue of their own conduct and omissions, caused, or enhanced, or materially contributed to the damages, if any there by, alleged in the Complaint.

AS A FIFTH SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION, Defendants allege that the sole proximate cause of the damage, if any, allegedly suffered by Plaintiffs was the negligence and/or fault and/or breach and/or conduct of persons other than Defendant.

AS A SIXTH SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION, Defendants allege that Plaintiffs come to this Court with unclean hands.

AS A SEVENTH SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION, Defendants allege that Plaintiffs have unduly and unfairly delayed in bringing this action, thereby prejudicing Defendants.

AS AN EIGHTH SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION, Defendants allege that Plaintiff are estopped from obtaining the relief requested due to their own fraud or other wrongful conduct.

AS A NINTH SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION, Defendants allege that Plaintiffs suffered no damages as a result of the acts and omissions alleged in their Complaint.

AS A TENTH SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION Defendants allege that Plaintiffs failed to timely commence their action within the applicable statute of limitations, to wit: CCP Section 337, 338, 339, 343, 344, 359.5, or 360.

AS A TWENTIETH SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION Defendants allege that Plaintiffs have otherwise waived any rights to pursue the claims alleged in the Complaint and/or waived any remedies to which they may otherwise have been entitled.

AS A TWENTY-FIRST SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION Defendants allege that the liability of the persons ultimately determined to be responsible for Plaintiffs' damages, if any, shall be comparative, and the damages, if any, awarded to Plaintiffs shall be apportioned accordingly pursuant to the provisions of Prop. 51.

AS A TWENTY-SECOND SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION Defendants allege that they are entitled to an offset from Plaintiffs.

AS A TWENTY-THIRD SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION Defendants allege that she so entitled to indemnity and/or contribution from any other entity or defendant in this action found to be responsible, in whole or in part, for any damages Plaintiffs be awarded.

AS A TWENTY-FOURTH SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION Defendants allege any alleged misstatements are actually mutual mistake of fact on the part of the contracting parties, or a unilateral mistake of fact on the part of Plaintiffs.

**ANSWER TO PRAYER**

WHEREFORE Defendants respectfully request as follows:

1. That Plaintiffs take nothing by this action;
2. That a dismissal be entered in favor of Defendants;
3. That Defendants be awarded all costs of suit incurred in defense of this action;
4. That Defendants be awarded reasonable attorney fees according to proof; and
5. That Defendants be awarded such other relief that the Court deems proper.

**DEMAND FOR JURY TRIAL**

Defendants hereby demand a trial by jury of each of the causes of action set forth in Plaintiffs' Unverified Complaint.

Dated: July 19, 2004

MEHLMAN ❖TERBEEK LLP

By:____________________
Marc L. TerBeek
Attorneys for Brenda Michaelson/Jessica Aranda

**PROOF OF SERVICE**
[C.C.P. §§ 1013, 2015.5, 2008]

Re: Avis Doctor, et al. v. Northern American Title Co., et al.
United States District Court - Northern District of California Case No. C07-03270 JL

I, Phyllis L. Thomas, am a citizen of the United States and employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within action. My business address is 2125 Oak Grove Road, Suite 125, Walnut Creek, CA 94598. On July 20, 2007 I served:

Answer of Brenda Michelson and Jessica Aranda to Complaint of Avis Doctor, Chari Ogogo, Paulette Mayo, Karen 'Smith, Thomas Steinberg and Suzette Steinberg

__ by MAIL as follows: by causing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, to be placed in the United States Post Office mail box at Walnut Creek, California, addressed as indicated below. (I am readily familiar with this business' practice of collecting and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business).

__ by OVERNIGHT MAIL causing a true copy thereof to be placed in FEDERAL EXPRESS MAIL on Oak Grove Road, in Walnut Creek, CA before the final collection time, addressed as indicated below following ordinary business practice, said practice being that in the ordinary course of business, correspondence is deposited in the Federal Express Depository on the same day as it is placed for processing.

__ by FACSIMILE as follows: I caused the said document to be transmitted by Facsimile machine to the addressee(s) at their fax numbers indicated below. The Facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(i), I caused the machine to print a transmission record of the transmission.

__ By HAND DELIVERY as follows: by causing a true copy thereof enclosed in a sealed envelope and hand delivered on this date as set forth below upon said person.

_X_ By ELECTRONIC FILING TRANSMISSION LexisNexis as follows: by causing a true copy of said document to be transmitted by electronic transmission to the addressee(s) at their address as stated therein on this date as set forth below upon said person.

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on July 20, 2007, at Walnut Creek, California.

**Phyllis L. Thomas**

Service List

Ronald W Carter
2201 Broadway, Suite 815
Oakland, CA 94614

Rober J Scott Jr
SCHWARTZ & CERA LLP
44 Montgomery St., Suite 3850
San Francisco, CA 94104

Jesse Clyde Ralph
54 Macondray Lane
San Francisco CA 94133

Newell Walker
160 Delgado Court
Vallejo CA 94591

Christopher R Lucas
Law Offices of Goforth & Lucas
2300 Clayton Road, Suite 1460
Concord, CA 94520

V Elizabeth Grayson
888 Seventh Avenue 45th Fl
New York NY 10106

David L. Roth
Law Offices of David L. Roth
One Kaiser Plaza, Suite 601
Oakland CA 94501