

# EXHIBIT 1

RC-300

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*<br>Ronald W. Carter, Bar No. 107935<br>2201 Broadway, Suite 815<br>Oakland, CA 94612<br>TELEPHONE NO. *(Optional):* (510) 465-6500   FAX NO. *(Optional):* (510) 465-1330<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Dorothy Daniels | **FOR COURT USE ONLY**<br>FILED<br>2007 MAY 29 P 3: 12<br>K. TORRE, CLERK OF THE SUPERIOR COURT<br>COUNTY OF CONTRA COSTA, CALIF.<br>BY: _____ DEPUTY CLERK |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** CONTRA COSTA<br>STREET ADDRESS: 725 Court Street<br>MAILING ADDRESS: P. O. Box 911<br>CITY AND ZIP CODE: Martinez, CA 94553<br>BRANCH NAME: | |
| PLAINTIFF: DOROTHY DANIELS<br>DEFENDANT: K. PLATINUM GROUP, INC., et al. | |
| **ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER - RENT, ISSUES, AND PROFITS** | CASE NUMBER:<br>C07-00483 |

## NOTICE OF HEARING

Date: June 1, 2007    Time: 9:00 a.m.    Dept.: 6    Room:

The address of the court  [X] is shown above    [ ] is *(specify)*:

## ORDER TO SHOW CAUSE

1. **To defendant** *(name each)*:
   K. Platinum Group, Inc.
   Kanya Coleman

2. **THE COURT ORDERS** the defendants listed in item 1 to appear in this court at the date, time, and place shown in the box above to give any legal reason
   a. Why a receiver should not be appointed to
      (1) take possession of the property described in Attachment 2a *(attach a description of the real and personal property subject to the receivership) (the "property")*, and
      (2) manage the property as ordered by this court.
   b. Why you should not be prohibited from controlling or receiving any income from the property described in Attachment 2a.

## TEMPORARY RESTRAINING ORDER

3. **THIS COURT EXPIRES AT THE DATE AND TIME OF THE HEARING SHOWN IN THE BOX ABOVE UNLESS EXTENDED BY THE COURT.**

4. **DEFENDANT IS ORDERED** to refrain from
   a. **Committing waste.** Committing or permitting any waste on the property or any act on the property in violation of law or removing, encumbering, or otherwise disposing of any of the fixtures on the property.
   b. **Diverting rent.** Diverting any of the rents from the subject property. The defendant may collect rents, but must use them only for the purpose of paying the expenses of the subject property.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
RC-300 [Rev. January 1, 2007]

Martin Dean's
ESSENTIAL FORMS™

**ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER - RENTS, ISSUES, AND PROFITS**
*(Receivership)*

Code of Civil Procedure, §§ 527, 529, 564(b)(10);
Cal. Rules of Court, rules 3.1175, 3.1176, 3.1177
www.courtinfo.ca.gov

| PLAINTIFF (Name): DOROTHY DANIELS | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): K. PLATINUM GROUP, INC., | |

4.  c. **Selling property.** Selling, transferring, disposing, encumbering, or concealing the property without a prior court order.
    d. **Impairing interest.** Doing any act that will impair the preservation of the property or plaintiff's interest in the property.
    e. **Canceling insurance.** Canceling, reducing, or modifying the insurance coverage on the property.

5.  **PLAINTIFF IS ORDERED** to immediately file a temporary restraining order bond under Code of Civil Procedure section 529 for: $

6.  [X] **OTHER ORDERS**   [ ] are specified in Attachment 6   [X] are as follows (specify):

    Pending the hearing on June 1, 2007, K. Platinum Group, Inc., its subsidiaries, and Kanya Coleman are restrained from wasting the companies' assets and property, including any cash or monies on deposit in any bank accounts and notes receivable, from transferring or otherwise disposing of such assets and property, and from doing any act that will impair the preservation of the property or plaintiff's interest in the property.

    A copy of this order, and plaintiff's application and supporting papers shall be served by e-mail or fax no later than 5:00 p.m. on May 29, 2007. Any opposition by defendants shall be served by e-mail or fax no later than 5:00 p.m. on May 30, 2007. The hearing on the order to show cause for a preliminary injunction shall be at 9:00 a.m. on June 1, 2007 in Department 6.

**SERVICE AND BRIEFING SCHEDULE**  (see above)

7.  By (date):   **PLAINTIFF IS ORDERED** to personally serve on each defendant or counsel and any other appearing parties, and to file proof of service of, the summons and complaint, the memorandum of points and authorities, those orders, and all declarations and supporting papers.

8.  By (date):   **DEFENDANT IS ORDERED** to personally serve on each plaintiff or counsel and any other appearing parties, and to file proof of service of, any opposition to these orders.

9.  By (date):   **PLAINTIFF IS ORDERED** to personally serve on each defendant or counsel, and to file proof of service of, any reply to defendant's opposition to these orders.

10. Number of pages attached: _____

Date: MAY 29 2007

DAVID B. FLINN
JUDGE OF THE SUPERIOR COURT