

EXHIBIT 4

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| CHRISTOPHER R. LUCAS<br>LAW OFFICES OF GOFORTH & LUCAS<br>2300 Clayton Road, Suite 1460<br>Concord, CA 94520 | (925) 682-9500 | |

ATTORNEY FOR (Name): Plaintiffs, AMY LEVESQUE and GEORGE ROACH

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA

PLAINTIFF/PETITIONER: AMY LEVESQUE and GEORGE ROACH

DEFENDANT/RESPONDENT: KANYA TENNYSHA COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN, et al

**REQUEST FOR DISMISSAL**

☐ Personal Injury, Property Damage, or Wrongful Death
   ☐ Motor Vehicle    ☐ Other
☐ Family Law
☐ Eminent Domain
☒ Other (specify): Breach of Contract

CASE NUMBER: C07-01018 CONSOLIDATED

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
    a. (1) ☐ With prejudice        (2) ☒ Without prejudice
    b. (1) ☐ Complaint              (2) ☐ Petition
       (3) ☐ Cross-complaint filed by (name):                    on (date):
       (4) ☐ Cross-complaint filed by (name):                    on (date):
       (5) ☐ Entire action of all parties and all causes of action
       (6) ☒ Other: (specify): **As to paragraphs 62, 63, 64, 65, and 66. TENTH CAUSE OF ACTION ONLY. C07-01018 ONLY.**

Date: June 22, 2007

CHRISTOPHER R. LUCAS
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

\* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

▶ _(signature)_
(SIGNATURE)
Attorney or party without attorney for: Plaintiffs
☒ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross-complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.\*\*
Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

\*\* If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for the cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

▶
(SIGNATURE)
Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross-complainant

(To be completed by clerk)
3. ☐ Dismissal entered as requested on (date):
4. ☐ Dismissal entered on (date):                    as to only (name):
5. ☐ Dismissal **not** entered as requested for the following reasons (specify):
6. ☐ a. Attorney or party without attorney notified on (date):
       b. Attorney or party without attorney not notified. Filing party failed to provide
        ☐ a copy to conform    ☐ means to return conformed copy

Date:                    Clerk, by _____, Deputy

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

Martin Dean's
ESSENTIAL FORMS™