

3:07-cv-03270-MJJ    Document 16-8    Filed 07/24/2007    Page

# EXHIBIT 7



**BuchalterNemer**
A Professional Law Corporation

333 MARKET STREET, 25TH FLOOR, SAN FRANCISCO, CALIFORNIA 94105-2126
TELEPHONE (415) 227-0900 / FAX (415) 227-0770

File Number: U0940-0019
Direct Dial Number: (415) 227-3575
Direct Facsimile Number: (415) 227-3519
E-Mail Address: schristianson@buchalter.com

July 13, 2007

**VIA U.S. MAIL AND E-MAIL**

Marc L. TerBeek
Mehlman TerBeek, LLP
2125 Oak Grove Road, Suite 125
Walnut Creek, CA 94598

    Re:    K Platinum Group

Dear Marc:

    Ms. Uecker, the Receiver appointed by the Contra Costa County Superior Court regarding the referenced matter, forwarded to me your letter to her dated July 9, 2007. For clarity, given that you referenced "the input from Ms. Christianson" in your letter, I wanted to ensure there were no misunderstandings regarding my comments on the removal. While the removal as I understand it suspends jurisdiction in the state court in which the action was originally filed, it does not nullify injunctions, orders and other proceedings occurring in the state court action prior to its removal. I refer you to 28 USC §1450 which states, "All injunctions, orders, and other proceedings had in such action [removed from state court] prior to its removal shall remain in full force and effect until dissolved or modified by the district court."

    Therefore, given that the receivership and temporary restraining orders still were in effect on the date we now have been advised the Notice of Removal was filed, the Receiver is continuing in place pursuant to the order's terms, pending the outcome of court review of the removal/remand proceedings. We are not aware of any "dissol[ution] or modif[ication] by the district court" of the State Court's order appointing the Receiver.

    With that said, Ms. Uecker currently is taking only those steps absolutely necessary to comply with the order appointing her. She will await developments and/or instructions from the appropriate court upon the outcome of the removal, and any remand, proceedings initiated by the parties to this action.

    Should you have any questions regarding this letter, please feel free to telephone me at your convenience.

Very truly yours,
BUCHALTER NEMER
A Professional Corporation

By /s/ Shawn M. Christianson

Shawn M. Christianson

BN 1299089v1

Los Angeles • Orange County • Phoenix • San Francisco

Marc L. TerBeek
VIA U.S. MAIL AND E-MAIL
Page 2

SMC:hp

cc: Susan Uecker
    Chris Pham, Esq.
    Ron Carter, Esq.
    (Via U.S. Mail)