# EXHIBIT 8

1  SUSAN L. UECKER, RECEIVER
   UECKER & ASSOCIATES, INC.
2  100 PINE STREET, SUITE 475
   SAN FRANCISCO, CA 94111
3  TELEPHONE: (415) 362-3440

4

5

6

7

8                    IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                         FOR THE COUNTY OF CONTRA COSTA

10

11  DOROTHY DANIELS,                    )   Case No:  C07-00483
                                        )
12         Plaintiff,                   )
           v.                           )   OATH OF RECEIVER
13                                      )
    K. PLATINUM GROUP, INC., et al,     )
14                                      )
           Defendants.                  )
15                                      )
                                        )
16                                      )
                                        )
17                                      )
                                        )
18  _____)

19  I, Susan L. Uecker, declare:

20  That having been appointed the Receiver in the above referenced matter, I will perform

21  the duties of Receiver faithfully and observe all of the instructions of the above entitled Court.

22  I declare under penalty of perjury that the foregoing is true and correct.

23

24  Executed this 25th day of June 2007 at San Francisco, California.

25

26                                              _____
                                                SUSAN L. UECKER
27

28

 THE HARTFORD

(This is the address for service under section 995.320 C.C.P.)

IN THE Superior COURT

COUNTY OF Contra Costa

STATE OF CALIFORNIA

|  |  |
|---|---|
| **Plaintiff(s)**<br><br>Dorothy Daniels<br><br><br>VS<br><br><br>**Defendant(s)**<br>K. Platinum Group, Inc., K. Platinum<br>International Group, Inc., K. Platinum<br>Associates, Inc., K. Platinum International<br>Associates, Inc., K. Platinum<br>Financial, Inc., K. Platinum International<br>Financial, Inc., K. Platinum Realty, Inc.<br>and K. Platinum International Realty, Inc. | Case No. C07-00483<br><br>**BOND OF RECEIVER** |

KNOW ALL MEN BY THESE PRESENTS:

That we Susan L. Uecker
as Principal(s), and Hartford Fire Insurance Company        as Surety, are firmly bound unto the State Of
California as Obligee in the sum of Ten Thousand  Dollars
($10,000     ) to be paid to the said Obligee, for which payment, well and truly to be made, we bind
ourselves, our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these
presents.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH THAT,
WHEREAS by order of the above entitled Court, the Principal(s) has (have) been appointed Receiver(s)
therein and directed to file a bond according to law in the sum above named.
NOW, THEREFORE, if the said Principal(s) shall faithfully execute the duties of the trust according to
law, then this obligation shall be void; otherwise to remain in full force and effect.

Signed, sealed and dated this 26th  day of June                    2007  .

Susan L. Uecker                    Principal

By _____

Hartford Fire Insurance Company

By _____
MARY S GEE,                    Attorney-in-Fact

Bond No. 57BSBEQ4229
The premium Charged for this bond
is $100           per annum

# POWER OF ATTORNEY

*Direct Inquiries/Claims to:*

**THE HARTFORD**
BOND, T-4
P.O. BOX 2103, 690 ASYLUM AVENUE
HARTFORD, CONNECTICUT 06115
*call:* 888-266-3488 *or fax:* 860-757-5835)

### KNOW ALL PERSONS BY THESE PRESENTS THAT:

Agency Code: 57    100386

| | |
|---|---|
| X | **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| ☐ | **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| ☐ | **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut |
| ☐ | **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| ☐ | **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| ☐ | **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois |
| ☐ | **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana |
| ☐ | **Hartford Insurance Company of the Southeast**, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint,
***up to the amount of*** UNLIMITED    :

KEVIN C. LEASON, MARY S. GEE, L C. ADAMS, PIERRE LE COMPTE, BEN HOLICKY,
ALEXANDER YEATES, LISA LOTHRIDGE, ANNIE MITCHELL OF SAN FRANCISCO, CALIFORNIA

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

In Witness Whereof, and as authorized by a Resolution of the Board of Directors of the Companies on January 22, 2004, the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Paul A. Bergenholtz, Assistant Secretary                M. Ross Fisher, Assistant Vice President

**STATE OF CONNECTICUT**
}  ss.    Hartford
**COUNTY OF HARTFORD**

On this 1st day of February, 2004, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.



**CERTIFICATE**

Scott E. Paseka
Notary Public
My Commission Expires October 31, 2007

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of June 26, 2007
Signed and sealed at the City of Hartford.

       

Gary W. Stumper, Assistant Vice President

POA 2005

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __SAN FRANCISCO_____ } ss.

On __June 26, 2007___, before me, __Luci C. Adams, Notary Public__,
Date                                      Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared ___Mary S. Gee_____,
Names(s) of Signer(s)

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Luci C. Adams_
Signature of Notary Public

Place Notary Seal Above

**LUCI C. ADAMS**
**COMM. #1463819**
**NOTARY PUBLIC-CALIFORNIA**
**SAN FRANCISCO COUNTY**
**My Comm. Expires Jan. 29, 2008**

———————— *OPTIONAL* ————————
*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**
Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827