

# EXHIBIT 9

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| DAVID L. ROTH    SBN 85279<br>THOMAS EASTRIDGE    SBN 121718<br>One Kaiser Plaza, Suite 601<br>Oakland, California 94612 | (510) 287-9651 | |

ATTORNEY FOR *(Name)*  Plaintiffs Theodore Docu, Hemwattie Docu

Insert name of court and name of judicial district and branch court, if any:

SUPERIOR COURT OF CALIFORNIA, CONTRA COSTA COUNTY

PLAINTIFF/PETITIONER: HEMWATTIE DOCU, THEODORE DOCU, et al.

DEFENDANT/ RESPONDENT: KANYA TENNYSHA COLEMAN, et al.

| **REQUEST FOR DISMISSAL**<br>☐ Personal Injury, Property Damage, or Wrongful Death<br>    ☐ Motor Vehicle    ☐ Other<br>☐ Family Law<br>☐ Eminent Domain<br>☑ Other *(specify)* : Contract Action    [DOCU COMPLAINT ONLY] | CASE NUMBER:<br><br>C07 00080 |
|---|---|

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
    a. (1) ☑ With prejudice    (2) ☐ Without prejudice

    b. (1) ☑ Complaint       (2) ☐ Petition       DOCU COMPLAINT ONLY
       (3) ☐ Cross-complaint filed by *(name)*:                          on *(date)*:
       (4) ☐ Cross-complaint filed by *(name)*:                          on *(date)*:
       (5) ☐ Entire action of all parties and all causes of action
       (6) ☑ Other *(specify)*:* ALL PARTIES REQUEST THE COURT RETAIN JURISDICTION PER CCP § 664.6.

Date: July 10, 2007

THOMAS EASTRIDGE
.....................................................
(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                          (SIGNATURE)
*If dismissal requested is of specified parties only or specified causes of      Attorney or party without attorney for
action only, or of specified cross-complaints only, so state and identify        ☑ Plaintiff/Petitioner        ☐ Defendant/Respondent
the parties, causes of action, or cross-complaints to be dismissed.                    ☐ Cross - complainant

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
    Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                          (SIGNATURE)
** If a cross-complaint or Response (Family Law) seeking affirmative        Attorney or party without attorney for:
relief -is on file, the attorney for cross-complainant (respondent) must     ☐ Plaintiff/Petitioner        ☐ Defendant/Respondent
sign this consent if required by Code of Civil Procedure section 581 (i)      ☐ Cross - complainant
or (j).

*(To be completed by clerk)*
3. ☐ Dismissal entered as requested on *(date)*:
4. ☐ Dismissal entered on *(date)*:                          as to only *(name)*:
5. ☐ Dismissal **not entered** as requested for the following reasons *(specify)*:

6. ☐  a. Attorney or party without attorney notified on *(date)*:
        b. Attorney or party without attorney not notified. Filing party failed to provide
            ☐ a copy to conformed ☐ means to return conformed copy

Date:                          Clerk, by _____ , Deputy

Page 1 of 1

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov