1  Ronald W. Carter, Bar No. 107935
   2201 Broadway, Suite 815
2  Oakland, CA 94612-1604
   Telephone: (510) 465-6500
3  Facsimile: (510) 465-1330

4  Attorney for Plaintiffs
   Dorothy Daniels, et al.

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10  AVIS DOCTOR, et al.,              ) Case No. C 07-03270 JL
                                      )
11           Plaintiffs,             ) AMENDED NOTICE OF MOTION AND
                                      ) MOTION TO REMAND TO STATE
12           v.                       ) COURT
                                      )
13  NORTH AMERICAN TITLE COMPANY,    ) Date: September 5, 2007
    INC., et al.,                     ) Time: 9:30 a.m.
14                                    ) Ctrm: F
             Defendants.             )
15                                    )
                                      )
16  _____       )

17  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18       PLEASE TAKE NOTICE that on September 5, 2007 at 9:30 a.m.

19  in Courtroom F of the above-entitled court, located at 450

20  Golden Gate Avenue, San Francisco, California, plaintiffs

21  Dorothy Daniels, Theartris Ervin, Rendy Lola Perkins, and Donna

22  Wilson will move to remand to state court on the grounds that

23  plaintiffs herein have requested dismissal of the only claim

24  over which this court's original jurisdiction has been invoked,

25

1  on the grounds that the pendent state law claims substantially

2  predominate over the single federal claim, and on the grounds

3  that remanding will most sensibly accommodate the interests of

4  judicial economy, fairness, and comity.

5      This motion is and will be made pursuant to 28 U.S.C. §

6  1447(c) and is and will be based on this notice of motion, the

7  memorandum of points and authorities and declaration served and

8  filed herewith, the court's records and files in this action,

9  matters which may be judicially noticed, and any oral or

10  documentary evidence submitted at the hearing on the motion.

11

12

13  Dated: July 25, 2007

                                    Ronald W. Carter
14                                  Attorney for Plaintiffs
                                    Dorothy Daniels, et al.
15

16

17

18

19

20

21

22

23

24

25