PROOF OF SERVICE

I, the undersigned declare, that I am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within cause. My business address is 2201 Broadway, Suite 815, Oakland, California 94612-1604. On July 25, 2007, I served the within:

AMENDED NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT

[X]   BY MAIL in said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Oakland, CA addressed as shown below.

[ ]   BY HAND DELIVERY by causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

[ ]   BY OVERNIGHT DELIVERY by placing a true copy thereof, enclosed in a sealed enveloped, with delivery charges to be billed to Ronald W. Carter, to be delivered by Federal Express, to the address(es) shown below.

[ ]   BY FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile transmission from facsimile number (510) 465-1330 to the interested party to said action at the facsimile number(s) shown below.

V. Elizabeth Grayson
888 Seventh Avenue, 45th Floor
New York, NY 10106

Christopher R. Lucas
2300 Clayton Road, Suite 1460
Concord, CA 94520

Christopher Q. Pham
707 Wilshire Blvd., Suite 5300
Los Angeles, CA 90017

Jesse C. Ralph
54 Macondray Lane
San Francisco, CA 94133

David L. Roth
Real Estate Law Offices of David L. Roth
One Kaiser Plaza, Suite 601
Oakland, CA 94612

Robert J. Scott, Jr.
Schwartz & Cera LLP
44 Montgomery Street, Suite 3850
San Francisco, CA 94104

Marc TerBeek
2125 Oak Grove Road, Suite 125
Walnut Creek, CA 94598

Newell Walker
160 Delgado Court
Vallejo, CA 94591

I declare under penalty of perjury that the foregoing is true and correct.

Michael Nicoloff