UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AVIS DOCTOR

    Plaintiff(s),                              No. 07-03270 JL

   v.                                         NOTICE OF CONTINUANCE

NORTH AMERICA TITLE COMPANY, INC.

    Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on motions to remand noticed for September 5, 2007 has been continued to September 19, 2007 at 9:30 a.m., in Courtroom F, 15th Floor, before Magistrate Judge James Larson.

Dated: August 14, 2007

*Wings Hom*

_____
Wings Hom, Courtroom Deputy to
U.S. Magistrate Judge James Larson

Hearing.Not                               1