```
 1  CHRISTOPHER R. LUCAS (SBN 95293)
    LAW OFFICES OF GOFORTH & LUCAS
 2  2300 Clayton Road, Suite 1460
    Concord, California 94520
 3  TELEPHONE: (925) 682-9500
    FACSIMILE: (925) 682-2353
 4
 5  Attorney for Plaintiffs,
    AVIS DOCTOR, CHARI OGOGO,
 6  PAULETTE MAYO, KAREN SMITH,
    SUZETTE STEINBERG, THOMAS STEINBERG,
 7  AMY LEVESQUE, GEORGE ROACH,
    AMREE JOHAL, SYLVIA HERNANDEZ,
 8  DICK LING, JOHN O'BRIEN,
    KIFLAI TESFAI, LAURA ZAMORA, AND RAUL ZAMORA
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| AVIS DOCTOR, CHARI OGOGO, PAULETTE MAYO, KAREN SMITH, SUZETTE STEINBERG, THOMAS STEINBERG, <br><br>    Plaintiffs, <br><br>    v. <br><br>NORTH AMERICAN TITLE COMPANY INC., OLD REPUBLIC TITLE COMPANY, KANYA TENNYSHA COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN aka CHARLES E. COLEMAN SR., YVONNE E. GAMBLE, FREDERICK C. GAMBLE, JORIE WRIGHT, FLOYD W. WATSON, FELIX GOLDEN, K PLATINUM GROUP, INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL, INC., K PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM | FEDERAL CASE NO: C07-03270 JL <br><br>PLEASE SEE RELATED <br>FEDERAL CASE NO: C07-03269 MJJ <br><br>(Consolidated STATE CASE: MSC07-01018; MSC 07-01016) <br><br>**JOINDER TO DOROTHY DANIELS' REPLY TO OPPOSITION TO MOTION TO REMAND TO STATE COURT** <br><br>Date: 09/19/07 <br>Time: 9:30 <br>Courtroom: F |

*JOINDER TO DOROTHY DANIELS' REPLY TO OPPOSITION TO MOTION TO REMAND TO STATE COURT* [1]

1  PERSONNEL SERVICES, K PLATINUM INTERNATIONAL ASSOCIATE
2  INVESTMENT, REAL ESTATE PERSONNEL
3  SERVICES a business organization unknown, REALLIFE CONSULTING, a
4  business organization unknown, OUTERSPHERE INC., OUTERSPHERE
5  LLC, OUTERSPHERE INVESTMENT GROUP, LLC, BLUE SKY TRUST, a
6  business organization unknown, PROSPERITY MATTERS LLC, POWER OF
7  SEVEN LOAN-FUND ONE LIMITED PARTNERSHIP, SANFORD AND PETERSON
8  INTERNATIONAL INVESTMENT GROUP, INC., LAND AMERICA aka LAND
9  AMERICA CAPITAL CORPORATION, BRENDA ANN MICHELSON, CAROL ANN
10 DICKSON, CLAYTON GRACE, THOMAS JENKINS, VIKING APPRAISALS, CRAIG
11 BUCCELLATO, JESSICA ARANDA,
12 and DOES 1 to 500, INCLUSIVE,

13         Defendants.
   _____/
14
         Plaintiffs above join in the REPLY FILED BY CO PLAINTIFF,
15
16 BY RONALD CARTER, ESQ. AND FOR THE REQUEST FOR SANCTIONS;

17       1)   The KPG defendants who removed do not show agreement

18 by numerous Defendants who had been served prior to removal

19 including BLUE SKY INVESTMENT TRUST to which K PLATINUM

20 President KANYA COLEMAN TRANSFERRED NUMEROUS VALUABLE

21 PROPERTIES, nor Defendant PROPERTY MATTERS LLC, CHARLES COLEMAN,

22 FELIX GOLDEN, ROB FERGUSEN, and numerous other Defendants who

23 were served or who were being served and who did not consent to

24 REMOVAL.

25

LAW OFFICES OF GOFORTH & LUCAS

*JOINDER TO DOROTHY DANIELS' REPLY TO OPPOSITION TO MOTION TO REMAND TO STATE COURT*   2

2) REMOVING DEFENDANTS KPG ET AL concede that no excusive federal issue would compel the federal court's discretion to maintain the numerous consolidated cases in federal court, and that where ever the court proceeds, there will be no federal issue in any of the cases, which originally only involved an issue of CONCURRENT and not excusive jurisdiction.

3) The KPG removing defendants made clear on the record that the pre judgment remedies such as receiver and preliminary injunction were their impetus to remove, and Attorney PHAM even expressed a belief that the orders had expired.

4) These cases need to be consolidated, coordinated, and the plaintiffs need the state court real property remedies to continue.

5) The above Plaintiffs join in the REPLY above and further advise the court that other issues raised by the motion to remand are ignored or conceded and refer the court to the papers filed and the declaration, and in particular to the revealing transcript of the hearing attached to the KPG OPPOSITION. [Attached]

6) Please see transcript attached to Opposition, and KPG letter attached hereto which stipulates to dismissal of RICO by Plaintiffs seeking REMAND.

> "We also confirm that neither KPG/its affiliated business entities nor Ms. Coleman has yet filed an answer in the Federal Court under either Federal case

1  number. We are looking into the issue of the two case
2  numbers/two judges assigned to the matter, and will
   seasonably advise you of our findings in that regard."

3  DATED: August 15, 2007          LAW OFFICE OF GOFORTH & LUCAS

4

5  _____
   
6  CHRISTOPHER R. LUCAS
   Attorney for Plaintiffs,
7  AVIS DOCTOR, CHARI OGOGO,
   PAULETTE MAYO, KAREN SMITH,
8  SUZETTE STEINBERG, THOMAS
   STEINBERG, AMY LEVESQUE, GEORGE
9  ROACH, AMREE JOHAL, SYLVIA
   HERNANDEZ, DICK LING, JOHN
10 O'BRIEN, KIFLAI TESFAI, LAURA
   ZAMORA, AND RAUL ZAMORA

## PROOF OF SERVICE

I, declare that I am employed in the County of Contra Costa, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 2300 Clayton Road, Suite 1460, Concord, California 94520. Upon this day, I served the within, **JOINDER TO DOROTHY DANIELS' REPLY TO OPPOSITION TO MOTION TO REMAND TO STATE COURT**

On the following interested party(s) in said cause:

VIA EMAIL: cpham@gareebpham.com
VIA FACSIMILE (213) 455-2940
Christopher Q. Pham, Esq.
Alexander S. Gareeb, Esq.
GAREEB & PHAM, LLP
707 Wilshire Boulevard, Suite 5300
Los Angeles, CA 90017
(213) 455-2930
*Attorney for Defendant*
*KANYA TENNYSKA COLEMAN*

VIA FACSIMILE (510) 465-1330
Ronald W. Carter
2201 Broadway, Ste 815
Oakland, CA 94614
(510) 465-6500
*Attorney for Plaintiffs DOROTHY DANIEL, THETRIS, ERVIN, DONNA WILSON, RENDY LOLA PERKINS*

VIA FACSIMILE (415) 438-2655
Robert J. Scott, Jr., Esq.
SCHWARTZ & CERA LLP
44 Montgomery Street, Ste 3850
San Francisco, CA 94104
**(415) 956-2600**
*Attorney for Plaintiff BRUCE SARUBIN*

VIA FACSIMILE (415) 776-1826
Jesse Clyde Ralph
54 Macondray Lane
San Francisco, CA 94133
*Attorney for Plaintiff JIMMIE T. BRADEN SR.*

VIA EMAIL: marc@mehlman-terbeek.com
VIA FACSIMILE (925) 935-1789
Marc L. TerBeek, Esq.
2125 Oak Grove Road, Suite 125
Walnut Creek, CA 94598
(925) 935-3575
*Attorney for Defendants K PLATINUM GROUP, INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM INTERNATIONAL ASSOCIATE, BRENDA ANN MICHELSON*

Newell Walker *(In Pro Per)*
160 Delgado Court
Vallejo, CA 94591

shroux1@aol.com
V. Elizaveth Grayson, Esq.
888 Seventh Avenue – 45th Floor
New York, NY 10106
(646) 406-1512
*Attorney for Plaintiff Charmaine Bennett*

VIA FACSIMILE (415) 421-2234
Jeffrey H. Lowenthal, Esq.
Edward Egan Smith, Esq.
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
One California Street, Suite 300
San Francisco, CA 94111
(415) 421-3400

LAW OFFICES OF GOFORTH & LUCAS

*JOINDER TO DOROTHY DANIELS' REPLY TO OPPOSITION TO MOTION TO REMAND TO STATE COURT* 5

[X] **VIA MAIL – CCP §§ 1013(a), 2015.5:**
By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United Stated Postal Service at Concord, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

[X] **VIA ELECTRONIC TRANSMISSION – LOCAL RULE 5.5(b):**
Pursuant to Local Rule 5.5(b), the document(s) were delivered by electronic transmission.

[ ] **VIA OVERNIGHT MAIL/COURIER – CCP §§ 1013(c), 2015.5:**
By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection by overnight mail service or overnight courier service. I am readily familiar with my firm's business practice of collection and processing of correspondence for overnight mail or overnight courier service, and any correspondence placed for collection for overnight delivery would, in the ordinary course of business, be delivered to an authorized courier or driver authorized by the overnight mail carrier to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

[ ] **VIA FACSIMILE – CCP §§ 1013(e), 2015.5, CRC 2008:**
By arranging for facsimile transmission from facsimile number (925)682-2353 to the above listed facsimile number(s) prior to 5:00 p.m. I am readily familiar with my firm's business practice of collection and processing of correspondence via facsimile transmission(s) and any such correspondence would be transmitted in the ordinary course of business. The facsimile transmission(s) was reported as complete and without error, and a copy of the transmission report is attached.

[ ] **VIA HAND DELIVERY – CCP §§ 1011, 2015.5:**
By placing a true copy thereof in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand-served on that day, in the ordinary course of my firm's business practice.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 15, 2007, at Concord, California.

cc: Clients

By: Liliana Rincon

LAW OFFICES OF GOFORTH & LUCAS

*JOINDER TO DOROTHY DANIELS' REPLY TO OPPOSITION TO MOTION TO REMAND TO STATE COURT*    6