**EXHIBIT 12**

**MEHLMAN ◆ TERBEEK LLP**
Attorneys & Counselors At Law
2125 Oak Grove Road, Suite 125
Walnut Creek California 94598
Tel: (925) 935-3575
Fax: (925) 935-1789
e-mail: info@mehlman-terbeek.com

Steven J Mehlman                                                                                         Marc L. TerBeek
Cynthia A. Hannon                                                                                   Leonardo J. Flores, JD
Timothy A. Walker                                                                                            Jeffrey D. Kirk

July 11, 2007

**VIA FAX [(925) 682-2353] & U.S. Mail**
Christopher Lucas, Esq.                                    *Privileged Settlement Communication*
Goforth & Lucas
One Concord Centre - 2300 Clayton Road, Suite 1460
Concord, CA 94520-2143

    Re:    *K Platinum Group.*

Dear Mr. Lucas:

We write in follow up to our telephone discussion of July 10, 2007, in which you offered, *inter alia*, to refrain from naming myself or Mr. Pham as defendants in any lawsuit against KPG if we confirm that we did not draft the attached Prosperity Matters "Equity Share Partner Program FAQ" circular.

We hereby confirm that neither myself nor Mr. Pham, nor anyone employed by either of our firms, drafted the attached Prosperity Matters circular or any part thereof. Our confirmation of this fact aside, a review of the writing style demonstrated in that circular should confirm to even a casual observer (much less an experienced attorney such as yourself who has, in this and other matters, seen my work product firsthand) that there is no "affinity" whatsoever between my writing style and the Prosperity Matters circular at issue, as you have previously claimed.[1] The same can be said of Mr. Pham's style as well.

We further confirm your agreement that you will, with the foregoing denial of authorship in hand, henceforth refrain from disparaging myself or Mr. Pham as "co-conspirators" who were "up to the hilt" in seeking to defraud any of the KPG Creditors/Equity Share Partners. As I have explained to you, we have both worked hard, against staggering odds, to salvage KPG so that it can respond to Creditor claims. This is, of course, the solemn duty with which we have been tasked, and we do not shirk from that duty because our endeavor may not ultimately be successful. While we understand that your clients are angry and desire retribution against anyone associated with Defendants KPG or Ms. Coleman (as is not uncommon with Plaintiffs in lawsuits), we trust that your professionalism will now prevail over their anger.

We also confirm that neither KPG/its affiliated business entities nor Ms. Coleman has yet filed an answer in the Federal Court under either Federal case number. We are looking into the issue of the two case numbers/two judges assigned to the matter, and will seasonably advise you of our findings in that regard.

---

    [1] For your information and that of your clients, please be advised that neither myself nor Mr. Pham represent, or have ever represented, Prosperity Matters in this or any other matter.

**MEHLMAN ◆ TERBEEK LLP**
Oakland Office: 2647 International Blvd., Suite 220, Oakland, California 94601
Tel: (510) 689-0140   Fax: (510) 689-0143

Finally, we confirm that you have advised us that you intend to dismiss, without prejudice, all pending cases involving KPG and Ms. Coleman so that you can preserve your right to bring a different action in State Court involving claims more specifically tailored to the liability of the Title Company and Lender Defendants. Our understanding of Federal Practice indicates, however, that a stipulation to this effect may be required. Please let us know if you wish us to draft such a stipulation.


Very truly yours,
MEHLMAN ❖ TERBEEK LLP

Marc L. TerBeek


cc: Chris Pham

# PROSPERITY MATTERS

# Equity Share Partner Program
# FAQ

1. **What is the Equity Share Partner Program?**
-- An investment opportunity, in which people become Real Estate Investors by **leveraging their credit, rather than cash.**

2. As an Equity Share Partner, **what am I investing?**
-- You are investing **your credit profile and work history** to purchase Real Estate.

3. **Whose name will on the property?**
-- The Property will be solely in the name of the Equity Share Partner (**Your Name**). All financial obligations that exist with the purchase, maintenance, and meliorations on the property will be the responsibility of K Platinum and Prosperity Matters. **You Pay Nothing.** K Platinum manages the tenant rentals and property upgrades!

4. **What kind of return will I receive on my investment?**
-- Initially, **you will receive a $5,000 to $10,000** payout, 45 days after the close of escrow, for the use of your credit. Secondly, at the selling of the property, **any equity that has accrued will be split 50/50 between the equity share partner and K Platinum/Prosperity Matters.**

5. **What are the qualifications?**
-- To qualify for Equity Share Partnership, you must first have at least a **660 credit score** or better. A minimum of **two active trade lines, and a good work history,** are also required as needed for the approval of your file.

6. **Who receives the tax benefits?**
-- Yes, you will be taxed at the end of year. Fortunately, you are allowed to state Prosperity Matters as your property mangers on your taxes. In addition, **you retain the power to all tax write-offs.**

7. **After the property is acquired, what is the estimated selling time?**
--We prefer to hold properties for **6 to 12 months.** If after the 6 to 12 month period the property doesn't substantially increase in equity, we have the flexibility to hold the property for anther 6 to 12 months, until it appreciates.

8. **Can I live in the property?**
-- **YES**, you can live in the property that is to be purchased. **You will only be required to pay ½ of the mortgage for 12 months,** K Platinum and Prosperity Matters will bear the other ½ of the mortgage. In the event that you choose to live in the property beyond the completion of this program, and qualify for a refinance, we will refinance the home, pull out our percentage of the equity, and you will assume complete control of the property.