1  **GAREEB │ PHAM, LLP**
2  CHRISTOPHER Q. PHAM, Bar No. 206697
   ALEXANDER S. GAREEB, Bar No. 207473
3  707 Wilshire Boulevard. Suite 5300
4  Los Angeles, California 90017
   Telephone: (213) 455-2930
5  Facsimile: (213) 455-2940
6  Email: cpham@gareebpham.com

7  Attorneys for Defendant
8  KANYA TENNYSHA COLEMAN

9  **MEHLMAN & TERBEEK, LLP**
10 MARC TERBEEK, Bar No. 166098
   2125 Oak Grove Road, Suite 125
11 Walnut Creek, California  94598
12 Telephone: (925) 935-3575
   Facsimile:  (925) 935-1798
13 Email: marc@mehlman-terbeek.com

14
   Attorneys for Defendants
15 K PLATINUM GROUP, INC.; K PLATINUM
16 INTERNATIONAL GROUP, INC.; K PLATINUM
   ASSOCIATES, INC.; K PLATINUM INTERNATIONAL
17 ASSOCIATES, INC.; K PLATINUM FINANCIAL, INC.;
18 K PLATINUM INTERNATIONAL FINANCIAL, INC.;
   K PLATINUM REALTY, INC.; K PLATINUM INTERNATIONAL
19 REALTY, INC.; AND BRENDA ANN MICHELSON

20

21                 UNITED STATES DISTRICT COURT -

22               NORTHERN DISTRICT OF CALIFORNIA

23
   AVIS DOCTOR, CHARI OGOGO,          Federal Case No:  C07-03270 JL
24 PAULETTE MAYO, KAREN SMITH,
25 SUZETTE STEINBERG, THOMAS          Please See Related:
   STEINBERG,                         Federal Case No. C07-03269 MJJ
26
27              Plaintiffs,
           vs.
28

                          - 1 -
                         ANSWER

| | |
|---|---|
| 1 | KANYA TENNYSHA COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN aka CHARLES E. COLEMAN SR., YVONNE E. GAMBLE, FREDERICK C. GAMBLE, JORIE WRIGHT, FLOYD W. WATSON, FELIX GOLDEN, K PLATINUM GROUP, INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL, INC., K PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM PERSONNEL SERVICES, , K PLATINUM INTERNATIONAL ASSOCIATE INVESTMENT, REAL ESTATE PERSONNEL SERVICES a business organization unknown, REAL LIFE CONSULTING, a business organization unknown, OUTERSPHERE INC., OUTERSPHERE LLC, OUTERSPHERE INVESTMENT GROUP, LLC, BLUE SKY TRUST, a business organization unknown, PROSPERITY MATTERS LLC, POWER OF SEVEN LOAN-FUND ONE LIMITED PARTNERSHIP, SANFORD AND PETERSON INTERNATIONAL INVESTMENT GROUP, INC., LAND AMERICA aka LAND AMERICA CAPITAL CORPORATION, BRENDA ANN MICHELSON L. CAROL ANN DICKSON, CLAYTON GRACE, THOMAS JENKINS, VIKING APPRAISALS, CRAIG BUCCELLATO, JESSICA ARANDA, | **ANSWER OF DEFENDANTS K PLATINUM ENTITIES, KANYA TENNYSHA COLEMAN, AND BRENDA ANN MICHELSON TO COMPLAINT BY PLAINTIFFS AVIS DOCTOR, et al.; DEMAND FOR JURY TRIAL** |

- 2 -
ANSWER

1   and DOES 1 to 500, INCLUSIVE,

2                   Defendants.

3

4          COMES NOW Defendants K Platinum Group, Inc.; K Platinum

5   International Group, Inc.; K Platinum Associates, Inc.; K Platinum International

6   Associates, Inc.; K Platinum Financial, Inc.; K Platinum International Financial,

7   Inc.; K Platinum Realty, Inc.; K Platinum International Realty, Inc. (collectively,

8   "K Platinum entities"); Kanya Tennysha Coleman ("Coleman"); and Brenda Ann

9   Michelson ("Michelson"), for themselves and for no other Defendants, Answer the

10  Complaint for Fraud by Intentional Misrepresentation, Fraud by Negligent

11  Misrepresentation, Fraud by Concealment, Fraud by Promise made without Intent

12  to Perform, Constructive Fraud by Fiduciary, Breach of Contract, Negligent

13  Performance of Investment Advisor Services, Unlawful Sale of Securities,

14  Negligent Performance of Real Estate Broker Services, Violation of Racketeer

15  Influenced and Corrupt Organizations Act (18 U.S.C. Section 1961 *et seq.*), Set

16  Aside of Fraudulent Transfer ("Complaint"), originally filed in the Superior Court

17  of the State of California for the County of Contra Costa and thereafter removed to

18  this Court, as follows:

19                  **RESPONSES TO ALLEGATIONS**

20  **Answer to First Cause of Action for Fraud by Intentional Misrepresentation**

21  1.      Answering Paragraph 1 of the Complaint, Answering Defendants admit that

22  Kanya Coleman was formerly known by her maiden name, Kanya Hill, as well as

23  her name through her first marriage, Kanya Maximo, and that at the times alleged

24  in Plaintiffs' Complaint, she was a resident of the Contra Costa County.  In further

25  Answering Paragraph 1 of the Complaint, Answering Defendants admit that at the

26  times alleged in Plaintiffs' Complaint Brenda Ann Michelson was a resident of the

27  Contra Costa County.  Subject to the foregoing, Answering Defendants are without

28  knowledge or information sufficient to form a belief as the truth of the allegations

1  contained in said paragraph, and on that basis deny each and every allegation
2  contained therein.

3  2.      Answering Paragraph 2 of the Complaint, Answering Defendants admit that
4  at the times alleged in Plaintiffs' Complaint the principal place of business for the
5  K Platinum entities was located in Contra Costa County.  Subject to the foregoing,
6  Answering Defendants are without knowledge or information sufficient to form a
7  belief as the truth of the allegations contained in said paragraph, and on that basis
8  deny each and every allegation contained therein.

9  3.      Answering Paragraph 3 of the Complaint, Answering Defendants are
10  without knowledge or information sufficient to form a belief as the truth of the
11  allegations contained in said paragraph, and on that basis deny each and every
12  allegation contained therein.

13  4.      Answering Paragraph 4 of the Complaint, Answering Defendants are
14  without knowledge or information sufficient to form a belief as the truth of the
15  allegations contained in said paragraph, and on that basis deny each and every
16  allegation contained therein.

17  5.      Answering Paragraph 5 of the Complaint, Answering Defendants admit that
18  at the times alleged in Plaintiffs' Complaint the K Platinum entities were
19  corporations existing under the laws of the State of California, with their principal
20  place of business located at 1910 Olympic Boulevard, Suite 151, Walnut Creek,
21  Contra Costa County, California.  Subject to the foregoing admissions, Answering
22  Defendants are without knowledge or information sufficient to form a belief as the
23  truth of the allegations contained in said paragraph, and on that basis deny each
24  and every allegation contained therein.

25  6.      Answering Paragraph 6 of the Complaint, Answering Defendants deny each
26  and every allegation contained therein.

27  7.      Answering Paragraph 7 of the Complaint, Answering Defendants deny each
28  and every allegation contained therein.

1    8.      Answering Paragraph 8 of the Complaint, Answering Defendants are

2   without knowledge or information sufficient to form a belief as the truth of the

3   allegations contained in said paragraph, and on that basis deny each and every

4   allegation contained therein.

5    9.      Answering Paragraph 9 of the Complaint, Answering Defendants deny each

6   and every allegation contained therein.

7   10.      Answering Paragraph 10 of the Complaint, Answering Defendants deny

8   each and every allegation contained therein.

9   11.      Answering Paragraph 11 of the Complaint, Answering Defendants deny

10   each and every allegation contained therein.

11   12.      Answering Paragraph 12 of the Complaint, Answering Defendants deny

12   each and every allegation contained therein.

13   13.      Answering Paragraph 13 of the Complaint, Answering Defendants deny

14   each and every allegation contained therein as it pertains to Defendant Coleman.

15   Subject to the foregoing, Answering Defendants are without knowledge or

16   information sufficient to form a belief as the truth of the allegations contained in

17   said paragraph, and on that basis deny each and every allegation contained therein.

18   14.      Answering Paragraph 14 of the Complaint, Answering Defendants deny

19   each and every allegation contained therein.

20   15.      Answering Paragraph 15 of the Complaint, Answering Defendants deny

21   each and every allegation contained therein.

22   16.      Answering Paragraph 16 of the Complaint, Answering Defendants deny

23   each and every allegation contained therein.

24   17.      Answering Paragraph 17 of the Complaint, Answering Defendants deny

25   each and every allegation contained therein as it pertains to Defendant Coleman.

26   Subject to the foregoing, Answering Defendants are without knowledge or

27   information sufficient to form a belief as the truth of the allegations contained in

28   said paragraph, and on that basis deny each and every allegation contained therein.

1   18.   Answering Paragraph 18 of the Complaint, Answering Defendants deny

2   each and every allegation contained therein as it pertains to Defendant Coleman.

3   Subject to the foregoing, Answering Defendants are without knowledge or

4   information sufficient to form a belief as the truth of the allegations contained in

5   said paragraph, and on that basis deny each and every allegation contained therein.

6        a.   Answering Paragraph 18a of the Complaint, Answering Defendants

7   deny each and every allegation contained therein.

8        b.   Answering Paragraph 18b of the Complaint, Answering Defendants

9   deny each and every allegation contained therein.

10       c.   Answering Paragraph 18c of the Complaint, Answering Defendants

11  deny each and every allegation contained therein.

12       d.   Answering Paragraph 18d of the Complaint, Answering Defendants

13  deny each and every allegation contained therein.

14       e.   Answering Paragraph 18e of the Complaint, Answering Defendants

15  deny each and every allegation contained therein.

16       f.   Answering Paragraph 18f of the Complaint, Answering Defendants

17  deny each and every allegation contained therein.

18       g.   Answering Paragraph 18g of the Complaint, Answering Defendants

19  deny each and every allegation contained therein.

20  19.   Answering Paragraph 19 of the Complaint, Answering Defendants deny

21  each and every allegation contained therein as it pertains to Defendant Coleman.

22  Subject to the foregoing, Answering Defendants are without knowledge or

23  information sufficient to form a belief as the truth of the allegations contained in

24  said paragraph, and on that basis deny each and every allegation contained therein.

25       a.   Answering Paragraph 19a of the Complaint, Answering Defendants

26  deny each and every allegation contained therein.

27       b.   Answering Paragraph 19b of the Complaint, Answering Defendants

28  deny each and every allegation contained therein.

1        c.    Answering Paragraph 19c of the Complaint, Answering Defendants
2   deny each and every allegation contained therein.

3        d.    Answering Paragraph 19d of the Complaint, Answering Defendants
4   deny each and every allegation contained therein.

5        e.    Answering Paragraph 19a of the Complaint, Answering Defendants
6   deny each and every allegation contained therein.

7        f.    Answering Paragraph 19a of the Complaint, Answering Defendants
8   deny each and every allegation contained therein.

9        g.    Answering Paragraph 19a of the Complaint, Answering Defendants
10  deny each and every allegation contained therein.

11  20.   Answering Paragraph 20 of the Complaint, Answering Defendants deny
12  each and every allegation contained therein.

13  21.   Answering Paragraph 21 of the Complaint, Answering Defendants are
14  without knowledge or information sufficient to form a belief as the truth of the
15  allegations contained in said paragraph, and on that basis deny each and every
16  allegation contained therein.

17  22.   Answering Paragraph 22 of the Complaint, Answering Defendants are
18  without knowledge or information sufficient to form a belief as the truth of the
19  allegations contained in said paragraph, and on that basis deny each and every
20  allegation contained therein.

21  23.   Answering Paragraph 23 of the Complaint, Answering Defendants deny
22  each and every allegation contained therein.

23  24.   Answering Paragraph 24 of the Complaint, Answering Defendants deny
24  each and every allegation contained therein.

25       1.    Answering Paragraph 24(1) of the Complaint, Answering Defendants
26  deny each and every allegation contained therein.

27       2.    Answering Paragraph 24(2) of the Complaint, Answering Defendants
28  deny each and every allegation contained therein.

1    3.    Answering Paragraph 24(3) of the Complaint, Answering Defendants
2  deny each and every allegation contained therein.

3    4.    Answering Paragraph 24(4) of the Complaint, Answering Defendants
4  deny each and every allegation contained therein.

5    5.    Answering Paragraph 24(5) of the Complaint, Answering Defendants
6  deny each and every allegation contained therein.

7  25.    Answering Paragraph 25 of the Complaint, Answering Defendants deny
8  each and every allegation contained therein as they pertain to Defendants K
9  Platinum Entities, Ms. Coleman, and Ms. Michelson.  Subject to the foregoing,
10  Answering Defendants are without knowledge or information sufficient to form a
11  belief as the truth of the allegations contained in said paragraph, and on that basis
12  deny each and every allegation contained therein.

13  **Answer to Second Cause of Action for Fraud by Negligent Misrepresentation**

14  26.    Answering Paragraph 26 of the Complaint, Answering Defendants deny
15  each and every allegation contained in the referenced paragraphs of the Complaint,
16  except to the extent that such allegations were expressly admitted.

17  27.    Answering Paragraph 27 of the Complaint, Answering Defendants deny
18  each and every allegation contained therein.

19              **Answer to Third Cause of Action for Fraud by Concealment**

20  28.    Answering Paragraph 28 of the Complaint, Answering Defendants deny
21  each and every allegation contained in the referenced paragraphs of the Complaint,
22  except to the extent that such allegations were expressly admitted.

23  29.    Answering Paragraph 29 of the Complaint, Answering Defendants deny
24  each and every allegation contained therein as they pertain to Defendants K
25  Platinum Entities, Ms. Coleman, and Ms. Michelson.  Subject to the foregoing,
26  Answering Defendants are without knowledge or information sufficient to form a
27  belief as the truth of the allegations contained in said paragraph, and on that basis
28  deny each and every allegation contained therein.

1    a.    Answering Paragraph 29a of the Complaint, Answering Defendants
2  deny each and every allegation contained therein.

3    b.    Answering Paragraph 29b of the Complaint, Answering Defendants
4  deny each and every allegation contained therein.

5    c.    Answering Paragraph 29c of the Complaint, Answering Defendants
6  admit that Defendant Coleman filed for Bankruptcy on May 19, 1999, which was
7  discharged and terminated on August 17, 1999.

8    d.    Answering Paragraph 29d of the Complaint, Answering Defendants
9  are without knowledge or information sufficient to form a belief as the truth of the
10  allegations contained in said paragraph, and on that basis deny each and every
11  allegation contained therein.

12    e.    Answering Paragraph 29e of the Complaint, Answering Defendants
13  deny each and every allegation contained therein.

14    f.    Answering Paragraph 29f of the Complaint, Answering Defendants
15  admit that Defendant Coleman owed a judgment to CBSJ Financial Corp. relating
16  to unpaid medical bills.  Except as so admitted, Answering Defendants deny each
17  and every allegation contained therein.

18    g.    Answering Paragraph 29g of the Complaint, Answering Defendants
19  admit that Defendant Coleman was involved in a lawsuit with CBSJ Financial
20  Corp. relating to unpaid medical bills.  Except as so admitted, Answering
21  Defendants deny each and every allegation contained therein.

22    h.    Answering Paragraph 29h of the Complaint, Answering Defendants
23  deny each and every allegation contained therein.

24    i.    Answering Paragraph 29i of the Complaint, Answering Defendants
25  deny each and every allegation contained therein.

26  30.    Answering Paragraph 30 of the Complaint, Answering Defendants deny
27  each and every allegation contained therein.

28

**Answer to Fourth Cause of Action for Fraud by Promise Made without Intent to Perform**

31.    Answering Paragraph 31 of the Complaint, Answering Defendants deny each and every allegation contained in the referenced paragraphs of the Complaint, except to the extent that such allegations were expressly admitted.

32.    Answering Paragraph 32 of the Complaint, Answering Defendants deny each and every allegation contained therein as they pertain to Defendant Coleman. Subject to the foregoing, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

33.    Answering Paragraph 33 of the Complaint, Answering Defendants deny each and every allegation contained therein as they pertain to Defendant Coleman. Subject to the foregoing, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

34.    Answering Paragraph 34 of the Complaint, Answering Defendants deny each and every allegation contained therein as they pertain to Defendant Coleman. Subject to the foregoing, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

35.    Answering Paragraph 35 of the Complaint, Answering Defendants deny each and every allegation contained therein as they pertain to Defendant Coleman. Subject to the foregoing, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

36.    Answering Paragraph 36 of the Complaint, Answering Defendants deny each and every allegation contained therein as they pertain to Defendant Coleman. Subject to the foregoing, Answering Defendants are without knowledge or

1  information sufficient to form a belief as the truth of the allegations contained in

2  said paragraph, and on that basis deny each and every allegation contained therein.

3  37.    Answering Paragraph 37 of the Complaint, Answering Defendants deny

4  each and every allegation contained therein.

5  38.    Answering Paragraph 38 of the Complaint, Answering Defendants are

6  without knowledge or information sufficient to form a belief as the truth of the

7  allegations contained in said paragraph, and on that basis deny each and every

8  allegation contained therein.

9      **Answer to Fifth Cause of Action for Constructive Fraud by Fiduciary**

10  39.    Answering Paragraph 39 of the Complaint, Answering Defendants deny

11  each and every allegation contained in the referenced paragraphs of the Complaint,

12  except to the extent that such allegations were expressly admitted.

13  40.    Answering Paragraph 40 of the Complaint, Answering Defendants deny

14  each and every allegation contained therein as they pertain to Defendant Coleman.

15  Subject to the foregoing, Answering Defendants are without knowledge or

16  information sufficient to form a belief as the truth of the allegations contained in

17  said paragraph, and on that basis deny each and every allegation contained therein.

18  41.    Answering Paragraph 41 of the Complaint, Answering Defendants deny

19  each and every allegation contained therein as they pertain to Defendant Coleman

20  and Defendant Michelson.  Subject to the foregoing, Answering Defendants are

21  without knowledge or information sufficient to form a belief as the truth of the

22  allegations contained in said paragraph, and on that basis deny each and every

23  allegation contained therein.

24      **Answer to Sixth Cause of Action for Breach of Contract**

25  42.    Answering Paragraph 42 of the Complaint, Answering Defendants deny

26  each and every allegation contained in the referenced paragraphs of the Complaint,

27  except to the extent that such allegations were expressly admitted.

28

43.    Answering Paragraph 43 of the Complaint, Answering Defendants deny each and every allegation contained therein.

44.    Answering Paragraph 44 of the Complaint, Answering Defendants deny each and every allegation contained therein.

45.    Answering Paragraph 45 of the Complaint, Answering Defendants deny each and every allegation contained therein.

46.    Answering Paragraph 46 of the Complaint, Answering Defendants deny each and every allegation contained therein.

**Answer to Seventh Cause of Action for Negligent Performance of Investment Services**

47.    Answering Paragraph 47 of the Complaint, Answering Defendants deny each and every allegation contained in the referenced paragraphs of the Complaint, except to the extent that such allegations were expressly admitted.

48.    Answering Paragraph 48 of the Complaint, Answering Defendants deny each and every allegation contained therein as they pertain to Defendant Coleman. Subject to the foregoing, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

49.    Answering Paragraph 49 of the Complaint, Answering Defendants deny each and every allegation contained therein as they pertain to Defendant Coleman and Defendant Michelson. Subject to the foregoing, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

50.    Answering Paragraph 50 of the Complaint, Answering Defendants deny each and every allegation contained therein as they pertain to Defendant Coleman and Defendant Michelson. Subject to the foregoing, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the

1  allegations contained in said paragraph, and on that basis deny each and every
2  allegation contained therein.

3  51.    Answering Paragraph 51 of the Complaint, Answering Defendants deny
4  each and every allegation contained therein as they pertain to Defendant Coleman
5  and Defendant Michelson.  In furthering Answering Paragraph 51 of the
6  Complaint, Answering Defendants admit that Defendants Michelson and the K
7  Platinum entities were not engaged in the purchase or sale of tangible personal
8  property for their account.

9  52.    Answering Paragraph 52 of the Complaint, Answering Defendants deny
10  each and every allegation contained therein as they pertain to Defendant Coleman
11  and Defendant Michelson.  Subject to the foregoing, Answering Defendants are
12  without knowledge or information sufficient to form a belief as the truth of the
13  allegations contained in said paragraph, and on that basis deny each and every
14  allegation contained therein.

15  53.    Answering Paragraph 53 of the Complaint, Answering Defendants are
16  without knowledge or information sufficient to form a belief as the truth of the
17  allegations contained in said paragraph, and on that basis deny each and every
18  allegation contained therein.

19  54.    Answering Paragraph 54 of the Complaint, Answering Defendants are
20  without knowledge or information sufficient to form a belief as the truth of the
21  allegations contained in said paragraph, and on that basis deny each and every
22  allegation contained therein.

23          **Answer to Eighth Cause of Action for Unlawful Sates of Securities**

24  55.    Answering Paragraph 55 of the Complaint, Answering Defendants deny
25  each and every allegation contained in the referenced paragraphs of the Complaint,
26  except to the extent that such allegations were expressly admitted.

27  56.    Answering Paragraph 56 of the Complaint, Answering Defendants are
28  without knowledge or information sufficient to form a belief as the truth of the

1  allegations contained in said paragraph, and on that basis deny each and every

2  allegation contained therein.

3  57.    Answering Paragraph 57 of the Complaint, Answering Defendants are

4  without knowledge or information sufficient to form a belief as the truth of the

5  allegations contained in said paragraph, and on that basis deny each and every

6  allegation contained therein.

7  **Answer to Ninth Cause of Action for Negligent Performance of Real Estate**

8  **Broker Services**

9  58.    Answering Paragraph 58 of the Complaint, Answering Defendants deny

10  each and every allegation contained in the referenced paragraphs of the Complaint,

11  except to the extent that such allegations were expressly admitted.

12  59.    Answering Paragraph 59 of the Complaint, Answering Defendants admit

13  that, at the time of the Incident that is the subject matter of Plaintiffs' Complaint,

14  Defendant Coleman was a licensed California real estate broker.

15  60.    Answering Paragraph 60 of the Complaint, Answering Defendants deny

16  each and every allegation contained therein.

17  61.    Answering Paragraph 61 of the Complaint, Answering Defendants deny

18  each and every allegation contained therein.

19  62.    Answering Paragraph 62 of the Complaint, Answering Defendants are

20  without knowledge or information sufficient to form a belief as the truth of the

21  allegations contained in said paragraph, and on that basis deny each and every

22  allegation contained therein.

23      a.    Answering Paragraph 62a of the Complaint, Answering Defendants

24  admit the allegations contained in said paragraph.

25      b.    Answering Paragraph 62b of the Complaint, Answering Defendants

26  are without knowledge or information sufficient to form a belief as the truth of the

27  allegations contained in said paragraph, and on that basis deny each and every

28  allegation contained therein.

1    c.    Answering Paragraph 62c of the Complaint, Answering Defendants

2 are without knowledge or information sufficient to form a belief as the truth of the

3 allegations contained in said paragraph, and on that basis deny each and every

4 allegation contained therein.

5    d.    Answering Paragraph 62d of the Complaint, Answering Defendants

6 are without knowledge or information sufficient to form a belief as the truth of the

7 allegations contained in said paragraph, and on that basis deny each and every

8 allegation contained therein.

9    e.    Answering Paragraph 62e of the Complaint, Answering Defendants

10 are without knowledge or information sufficient to form a belief as the truth of the

11 allegations contained in said paragraph, and on that basis deny each and every

12 allegation contained therein.

13 63.    Answering Paragraph 63 of the Complaint, Answering Defendants deny

14 each and every allegation contained therein.

15 **Tenth Cause of Action for Violation of Racketeer Influenced and Corrupt**

16 **Organizations Act**

17 64.    Answering Paragraph 64 of the Complaint, Answering Defendants deny

18 each and every allegation contained in the referenced paragraphs of the Complaint,

19 except to the extent that such allegations were expressly admitted.

20 65.    Answering Paragraph 65 of the Complaint, Answering Defendants are

21 without knowledge or information sufficient to form a belief as the truth of the

22 allegations contained in said paragraph, and on that basis deny each and every

23 allegation contained therein.

24 66.    Answering Paragraph 66 of the Complaint, Answering Defendants deny

25 each and every allegation contained therein.

26 ///

27 ///

28 ///

1   67.    Answering Paragraph 67 of the Complaint, Answering Defendants are

2   without knowledge or information sufficient to form a belief as the truth of the

3   allegations contained in said paragraph, and on that basis deny each and every

4   allegation contained therein.

5   68.    Answering Paragraph 68 of the Complaint, Answering Defendants deny

6   each and every allegation contained therein.

7   **<u>Eleventh Cause of Action for Set Aside of Fraudulent Transfer</u>**

8   69.    Answering Paragraph 69 of the Complaint, Answering Defendants deny

9   each and every allegation contained in the referenced paragraphs of the Complaint,

10  except to the extent that such allegations were expressly admitted.

11  70.    Answering Paragraph 70 of the Complaint, Answering Defendants deny

12  each and every allegation contained therein.

13  71.    Answering Paragraph 71 of the Complaint, Answering Defendants deny

14  each and every allegation contained therein.

15  72.    Answering Paragraph 72 of the Complaint, Answering Defendants deny

16  each and every allegation contained therein.

17  73.    Answering Paragraph 73 of the Complaint, Answering Defendants deny

18  each and every allegation contained therein.

19  74.    Answering Paragraph 74 of the Complaint, Answering Defendants are

20  without knowledge or information sufficient to form a belief as the truth of the

21  allegations contained in said paragraph, and on that basis deny each and every

22  allegation contained therein.

23  75.    Answering Paragraph 75 of the Complaint, Answering Defendants deny

24  each and every allegation contained therein.

25  76.    Answering Paragraph 76 of the Complaint, Answering Defendants deny

26  each and every allegation contained therein.

27  77.    Answering Paragraph 77 of the Complaint, Answering Defendants deny

28  each and every allegation contained therein as they pertain to Defendant Coleman.

1   Subject to the foregoing, Answering Defendants are without knowledge or

2   information sufficient to form a belief as the truth of the allegations contained in

3   said paragraph, and on that basis deny each and every allegation contained therein.

4   78.    Answering Paragraph 78 of the Complaint, Answering Defendants deny

5   each and every allegation contained therein.

6   79.    Answering Paragraph 79 of the Complaint, Answering Defendants deny

7   each and every allegation contained therein as they pertain to Defendant Coleman.

8   Subject to the foregoing, Answering Defendants are without knowledge or

9   information sufficient to form a belief as the truth of the allegations contained in

10  said paragraph, and on that basis deny each and every allegation contained therein.

11  80.    Answering Paragraph 80 of the Complaint, Answering Defendants are

12  without knowledge or information sufficient to form a belief as the truth of the

13  allegations contained in said paragraph, and on that basis deny each and every

14  allegation contained therein.

15  81.    Answering Paragraph 81 of the Complaint, Answering Defendants are

16  without knowledge or information sufficient to form a belief as the truth of the

17  allegations contained in said paragraph, and on that basis deny each and every

18  allegation contained therein.

19  82.    Answering Paragraph 82 of the Complaint, Answering Defendants deny

20  each and every allegation contained therein.

21              **RESPONSES TO PLAINTIFFS' PRAYER FOR RELIEF**

22                        **On the First Cause of Action**

23  1.     Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the first cause of

24  action, Answering Defendants are without knowledge or information sufficient to

25  form a belief as the truth of the allegations contained in said paragraph, and on that

26  basis deny each and every allegation contained therein.

27  2.     Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the first cause of

28  action, Answering Defendants are without knowledge or information sufficient to

1  form a belief as the truth of the allegations contained in said paragraph, and on that
2  basis deny each and every allegation contained therein.

3  3.    Answering Paragraph 3 of Plaintiffs' Prayer for Relief on the first cause of
4  action, Answering Defendants are without knowledge or information sufficient to
5  form a belief as the truth of the allegations contained in said paragraph, and on that
6  basis deny each and every allegation contained therein.

7  ### On the Second Cause of Action

8  1.    Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the second cause
9  of action, Answering Defendants are without knowledge or information sufficient
10  to form a belief as the truth of the allegations contained in said paragraph, and on
11  that basis deny each and every allegation contained therein.

12  2.    Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the second cause
13  of action, Answering Defendants are without knowledge or information sufficient
14  to form a belief as the truth of the allegations contained in said paragraph, and on
15  that basis deny each and every allegation contained therein.

16  ### On the Third Cause of Action

17  1.    Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the third cause of
18  action, Answering Defendants are without knowledge or information sufficient to
19  form a belief as the truth of the allegations contained in said paragraph, and on that
20  basis deny each and every allegation contained therein.

21  2.    Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the third cause of
22  action, Answering Defendants are without knowledge or information sufficient to
23  form a belief as the truth of the allegations contained in said paragraph, and on that
24  basis deny each and every allegation contained therein.

25  ### On the Fourth Cause of Action

26  1.    Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the fourth cause of
27  action, Answering Defendants are without knowledge or information sufficient to

28

1   form a belief as the truth of the allegations contained in said paragraph, and on that

2   basis deny each and every allegation contained therein.

3   2.      Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the fourth cause of

4   action, Answering Defendants are without knowledge or information sufficient to

5   form a belief as the truth of the allegations contained in said paragraph, and on that

6   basis deny each and every allegation contained therein.

7                           **On the Fifth Cause of Action**

8   1.      Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the fifth cause of

9   action, Answering Defendants are without knowledge or information sufficient to

10  form a belief as the truth of the allegations contained in said paragraph, and on that

11  basis deny each and every allegation contained therein.

12  2.      Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the fifth cause of

13  action, Answering Defendants are without knowledge or information sufficient to

14  form a belief as the truth of the allegations contained in said paragraph, and on that

15  basis deny each and every allegation contained therein.

16                          **On the Sixth Cause of Action**

17  1.      Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the sixth cause of

18  action, Answering Defendants are without knowledge or information sufficient to

19  form a belief as the truth of the allegations contained in said paragraph, and on that

20  basis deny each and every allegation contained therein.

21  2.      Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the sixth cause of

22  action, Answering Defendants are without knowledge or information sufficient to

23  form a belief as the truth of the allegations contained in said paragraph, and on that

24  basis deny each and every allegation contained therein.

25                          **On the Seventh Cause of Action**

26  1.      Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the seventh cause

27  of action, Answering Defendants are without knowledge or information sufficient

28

1  to form a belief as the truth of the allegations contained in said paragraph, and on

2  that basis deny each and every allegation contained therein.

3  2.      Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the seventh cause

4  of action, Answering Defendants are without knowledge or information sufficient

5  to form a belief as the truth of the allegations contained in said paragraph, and on

6  that basis deny each and every allegation contained therein.

7                      **On the Eighth Cause of Action**

8  1.      Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the eighth cause of

9  action, Answering Defendants are without knowledge or information sufficient to

10  form a belief as the truth of the allegations contained in said paragraph, and on that

11  basis deny each and every allegation contained therein.

12  2.      Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the eighth cause of

13  action, Answering Defendants are without knowledge or information sufficient to

14  form a belief as the truth of the allegations contained in said paragraph, and on that

15  basis deny each and every allegation contained therein.

16  3.      Answering Paragraph 3 of Plaintiffs' Prayer for Relief on the eighth cause of

17  action, Answering Defendants are without knowledge or information sufficient to

18  form a belief as the truth of the allegations contained in said paragraph, and on that

19  basis deny each and every allegation contained therein.

20  4.      Answering Paragraph 4 of Plaintiffs' Prayer for Relief on the eighth cause of

21  action, Answering Defendants are without knowledge or information sufficient to

22  form a belief as the truth of the allegations contained in said paragraph, and on that

23  basis deny each and every allegation contained therein.

24                      **On the Ninth Cause of Action**

25  1.      Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the ninth cause of

26  action, Answering Defendants are without knowledge or information sufficient to

27  form a belief as the truth of the allegations contained in said paragraph, and on that

28  basis deny each and every allegation contained therein.

2.       Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the ninth cause of action, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

3.       Answering Paragraph 3 of Plaintiffs' Prayer for Relief on the ninth cause of action, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

## On the Tenth Cause of Action

1.       Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the tenth cause of action, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

2.       Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the tenth cause of action, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

3.       Answering Paragraph 3 of Plaintiffs' Prayer for Relief on the tenth cause of action, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

## On the Eleventh Cause of Action

1.       Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the eleventh cause of action, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

2.       Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the eleventh cause of action, Answering Defendants are without knowledge or information sufficient

1  to form a belief as the truth of the allegations contained in said paragraph, and on

2  that basis deny each and every allegation contained therein.

3  3.    Answering Paragraph 3 of Plaintiffs' Prayer for Relief on the eleventh cause

4  of action, Answering Defendants are without knowledge or information sufficient

5  to form a belief as the truth of the allegations contained in said paragraph, and on

6  that basis deny each and every allegation contained therein.

7  4.    Answering Paragraph 4 of Plaintiffs' Prayer for Relief on the eleventh cause

8  of action, Answering Defendants are without knowledge or information sufficient

9  to form a belief as the truth of the allegations contained in said paragraph, and on

10  that basis deny each and every allegation contained therein.

11  5.    Answering Paragraph 5 of Plaintiffs' Prayer for Relief on the eleventh cause

12  of action, Answering Defendants are without knowledge or information sufficient

13  to form a belief as the truth of the allegations contained in said paragraph, and on

14  that basis deny each and every allegation contained therein.

15  6.    Answering Paragraph 6 of Plaintiffs' Prayer for Relief on the eleventh cause

16  of action, Answering Defendants are without knowledge or information sufficient

17  to form a belief as the truth of the allegations contained in said paragraph, and on

18  that basis deny each and every allegation contained therein.

19  7.    Answering Paragraph 7 of Plaintiffs' Prayer for Relief on the eleventh cause

20  of action, Answering Defendants are without knowledge or information sufficient

21  to form a belief as the truth of the allegations contained in said paragraph, and on

22  that basis deny each and every allegation contained therein.

23  8.    Answering Paragraph 8 of Plaintiffs' Prayer for Relief on the eleventh cause

24  of action, Answering Defendants are without knowledge or information sufficient

25  to form a belief as the truth of the allegations contained in said paragraph, and on

26  that basis deny each and every allegation contained therein.

27  9.    Answering Paragraph 9 of Plaintiffs' Prayer for Relief on the eleventh cause

28  of action, Answering Defendants are without knowledge or information sufficient

1 | to form a belief as the truth of the allegations contained in said paragraph, and on

2 | that basis deny each and every allegation contained therein.

3 | **On All Causes of Action**

4 | 1.      Answering Paragraph 1 of Plaintiffs' Prayer for Relief for all causes of

5 | action, Answering Defendants are without knowledge or information sufficient to

6 | form a belief as the truth of the allegations contained in said paragraph, and on that

7 | basis deny each and every allegation contained therein.

8 | 2.      Answering Paragraph 2 of Plaintiffs' Prayer for Relief for all causes of

9 | action, Answering Defendants are without knowledge or information sufficient to

10 | form a belief as the truth of the allegations contained in said paragraph, and on that

11 | basis deny each and every allegation contained therein.

12 | 3.      Answering Paragraph 3 of Plaintiffs' Prayer for Relief for all causes of

13 | action, Answering Defendants are without knowledge or information sufficient to

14 | form a belief as the truth of the allegations contained in said paragraph, and on that

15 | basis deny each and every allegation contained therein.

16 | **FIRST AFFIRMATIVE DEFENSE**

17 | (Failure to State a Cause of Action)

18 | 1.      Answering Defendants allege that the Plaintiff and each and every alleged

19 | cause of action fails to state facts sufficient to constitute any cause of action

20 | against defendants.

21 | **SECOND AFFIRMATIVE DEFENSE**

22 | (Privilege)

23 | 2.      The alleged actions of Answering Defendants complained of by Plaintiffs,

24 | such actions being expressly denied by Answering Defendants, were justified. Any

25 | method used by Answering Defendants, if any, were itself not unlawful, and there

26 | existed sufficient justification or privilege for the actions, if it should be found that

27 | Answering Defendants were interfering with  prospective economic advantages,

28 | which Answering Defendants expressly deny.

1

## THIRD AFFIRMATIVE DEFENSE

2

(Third-Party Comparative Fault)

3    3.    Answering Defendants allege that the alleged damages complained of by

4    Plaintiffs, if any, such damages being expressly denied by Answering Defendants,

5    were proximately caused by the negligence and/or other fault or acts of firms,

6    persons, corporations, or entities other than Answering Defendants, and that such

7    acts, negligence and/or fault comparatively reduces the percentage of any

8    negligence, fault or liability attributable to Answering Defendants, if it should be

9    found that Answering Defendants were negligent or otherwise at fault, which

10    Answering Defendants expressly deny.

11

## FOURTH AFFIRMATIVE DEFENSE

12

(Statute of Limitations)

13    4.    Plaintiff's Complaint is barred by the applicable statutes of limitations.

14

## FIFTH AFFIRMATIVE DEFENSE

15

(Failure to Mitigate Damages)

16    5.    Answering Defendants allege that Plaintiffs, with full knowledge of their

17    damages, if any, failed to mitigate such damages and is therefore barred from

18    recovery.

19

## SIXTH AFFIRMATIVE DEFENSE

20

(Equitable Doctrines)

21    6.    Answering Defendants allege that the Complaint, and each and every alleged

22    cause of action, is barred by the Equitable Doctrines of Laches, Unclean Hands,

23    and/or Estoppel.

24

## SEVENTH AFFIRMATIVE DEFENSE

25

(Waiver)

26    7.    Answering Defendants allege that Plaintiffs have waived any right to

27    recover for the claims in the Complaint.

28

1

## EIGHTH AFFIRMATIVE DEFENSE

2

(Adequate Damages at Law)

3    8.    Answering Defendants allege that if Plaintiffs have suffered any damages,

4    which Answering Defendants deny, there exists an adequate legal remedy for it at

5    law.

6

## NINTH AFFIRMATIVE DEFENSE

7

(Apportionment of Damages)

8    9.    Answering Defendants allege that if they are found liable to Plaintiffs, which

9    Answering Defendants deny, and Plaintiffs and other Co-Defendants in this action

10    are also liable, that, as a result, the damages sustained by Plaintiffs, if any, must be

11    apportioned between the Plaintiffs and other Co-Defendants based on the

12    principles of comparative negligence, and all other applicable law.

13

## TENTH AFFIRMATIVE DEFENSE

14

(Comparative Negligence)

15    10.    Answering Defendants allege that the alleged damages complained of by

16    Plaintiffs, if any, which are being expressly denied by Answering Defendants,

17    were proximately caused by the Plaintiffs' and/or Plaintiffs' own negligence and

18    that such negligence comparatively reduces the percentage of any negligence

19    attributable to Answering Defendants, if it should be found that Answering

20    Defendants were negligent, which Answering Defendants expressly deny.

21

## ELEVENTH AFFIRMATIVE DEFENSE

22

(No Privity of Contract)

23    11.    There is an absence of privity of contract as between Plaintiffs and

24    Answering Defendants, and therefore Plaintiffs' action as against Answering

25    Defendants is barred.

26

27

28

1

## TWELFTH AFFIRMATIVE DEFENSE

2

(No Fiduciary Duty)

3    12.    There exists no fiduciary duty as between Answering Defendants and

4    Plaintiffs, and therefore Plaintiffs' action as against Answering Defendants is

5    barred.

6

## THIRTEENTH AFFIRMATIVE DEFENSE

7

(No Duty of Loyalty)

8    13.    There exists no duty of loyalty as between Answering Defendants and

9    Plaintiffs, and therefore Plaintiffs' action as against Answering Defendants is

10    barred.

11

## FOURTEENTH AFFIRMATIVE DEFENSE

12

(Consent)

13    14.    Plaintiffs' claims are barred, in whole or in part, to the extent it consented to

14    the transactions which are the subject matter of the Complaint, if it should be found

15    that Answering Defendants were at fault, which Answering Defendants expressly

16    deny.

17

## FIFTEENTH AFFIRMATIVE DEFENSE

18

(Good Faith)

19    15.    At all times relevant hereto, Answering Defendants have acted reasonably

20    and in good faith in dealing with Plaintiffs.  As a result, Plaintiffs have suffered no

21    damages for which Answering Defendants are legally responsible.

22

## SIXTEENTH AFFIRMATIVE DEFENSE

23

(Not a Substantial Factor)

24    16.    Answering Defendants deny any negligence or fault, in whole or in part, or

25    that any acts or omissions of Answering Defendants was a substantial factor in

26    causing any injury, damage, loss or harm to Plaintiffs.

27    ///

28    ///

1

2 ## SEVENTEENTH AFFIRMATIVE DEFENSE

3 (Implied Covenant of Good Faith and Fair Dealing)

4 17.     Each cause of action asserted by Plaintiffs against Answering Defendants

5 was barred by the former's breach of the implied covenant of good faith and fair

6 dealing.

7 ## EIGHTEENTH AFFIRMATIVE DEFENSE

8 (Fair Competition)

9 18.     If it should be found that Answering Defendants were at fault, which

10 Answering Defendants expressly deny, due to the importance of competitive

11 freedom, Answering Defendants were justified in their actions because they used

12 fair and lawful efforts to obtain the business of a third persons.

13

14 ## NINETEENTH AFFIRMATIVE DEFENSE

15 (Impossible to Perform Contract)

16 19.     Any alleged duty or obligation which Answering Defendants may have

17 purportedly had toward Plaintiffs was rendered impossible to perform due to

18 Plaintiffs' own acts, omissions, representations and courses of conduct of

19 Plaintiffs' agents, attorneys, representatives, and/or other individuals acting on

20 their behalf, and each of them.

21 ## TWENTIETH AFFIRMATIVE DEFENSE

22 (Prevention of Performance)

23 20.     At all times mentioned Answering Defendants were ready, willing, and able

24 to perform the condition, but Plaintiffs have prevented and continue to prevent

25 Answering Defendants performance.

26 ## TWENTY FIRST AFFIRMATIVE DEFENSE

27 (Plaintiffs' Failure to Perform Contract)

28

1  21.    Plaintiffs have failed to perform all contractual obligations under the

2  operative contract, such that Answering Defendants' obligations, if any, were

3  discharged and excused.

4

5  ## TWENTY SECOND AFFIRMATIVE DEFENSE

6  (Answering Defendants' Full Performance of Contract)

7  22.    Answering Defendants have fully performed any and all terms to be

8  performed on its part pursuant to the operative contract and pursuant to its legal

9  obligations.

10  ## TWENTY THIRD AFFIRMATIVE DEFENSE

11  (Impracticable to Perform Contract)

12  23.    Any alleged duty or obligation which defendants may have purportedly had

13  toward Plaintiffs was rendered impracticable due to Plaintiffs' own acts,

14  omissions, representations and courses of conduct of Plaintiffs' agents, attorneys,

15  representatives, and/or other individuals acting on their behalf, and each of them.

16  ## TWENTY FOURTH AFFIRMATIVE DEFENSE

17  (Discharge of Performance of Contract)

18  24.    Any alleged duty or obligation which Plaintiffs contend that Answering

19  Defendants may have had toward Plaintiffs was discharged by performance or

20  tender of performance of any and all alleged contractual duties and obligations

21  which Plaintiff allege Answering Defendants are obligated to perform.

22  ## TWENTY FIFTH AFFIRMATIVE DEFENSE

23  (No Confidential Relationship)

24  25.    There exists no confidential relationship between Plaintiffs' and Answering

25  Defendants, and therefore Plaintiffs' action as against Answering Defendants is

26  barred.

27  ///

28  ///

1

## TWENTY SIXTH AFFIRMATIVE DEFENSE

2

(No Misrepresentation)

3  26.    Any and all statements purportedly made by Answering Defendant, which

4  Plaintiffs' allege in their Complaint as misrepresentations on the part of Answering

5  Defendants, which Answering Defendants expressly deny, are in fact not false.

6

## TWENTY SEVENTH AFFIRMATIVE DEFENSE

7

(Innocent Misrepresentation)

8  27.    Answering Defendants allege that if any statement made by them to

9  Plaintiffs is found to be false, which Answering Defendants expressly deny, such

10  statements were made innocently without prior knowledge of their falsity and was

11  therefore the result of a mistake of fact.

12

## TWENTY EIGHTH AFFIRMATIVE DEFENSE

13

(No Justifiable Reliance)

14  28.    Answering Defendants allege that if any statement made by them to

15  Plaintiffs is found to be false, which Answering Defendants expressly deny,

16  Plaintiffs' action is nonetheless barred on the grounds that Plaintiffs' purported

17  reliance on the statements made by Answering Defendants was irrational and

18  unreasonable in light of Plaintiffs' own intelligence and information.

19

## TWENTY NINTH AFFIRMATIVE DEFENSE

20

(Answering Defendants were not Engaged in Sale of Securities)

21  29.    Answering Defendants allege that the alleged contracts between Answering

22  Defendants and Plaintiffs did not relate to, and/or were not in themselves, sales of

23  securities as defined under *California Corporation Code* § 25019; and 15 U.S.C. §

24  77b(1).

25

## THIRTIETH AFFIRMATIVE DEFENSE

26

(Plaintiffs' Prior Knowledge)

27  30.    Answering Defendants allege that if they are found to be engaged in the

28  sales of securities, and that statements made by Answering Defendants to Plaintiffs

1    in relation to the alleged sales of securities are found to be false, both of which

2    contentions are expressly denied by Answering Defendants, Plaintiffs' action is

3    nonetheless barred on the grounds that Plaintiff knew the facts concerning the

4    alleged untrue statements ascribed to defendant's communication in connection

5    with the sale of the described securities.

6                    **THIRTY FIRST AFFIRMATIVE DEFENSE**

7                    (Answering Defendants Exercised Due Care)

8    31.     Answering Defendants allege that if they are found to be engaged in the

9    sales of securities, and that statements made by Answering Defendants to Plaintiffs

10    in relation to the alleged sales of securities are found to be false, both of which

11    contentions are expressly denied by Answering Defendants, Plaintiffs' action is

12    nonetheless barred on the grounds that Answering Defendants exercised reasonable

13    care with respect to the making of the statements which are the subject matter of

14    Plaintiffs' Complaint.

15                  **THIRTY SECOND AFFIRMATIVE DEFENSE**

16                    (Negligent Violation of Securities Law)

17    32.     Answering Defendants allege that if they are found to be in violation of

18    either State or Federal law relating to the sales of securities, which Answering

19    Defendants expressly deny, any violation on the part of Answering Defendants

20    was not intentional or willful, but, rather, merely negligent and the result of a

21    mistake of fact.

22                  **THIRTY THIRD AFFIRMATIVE DEFENSE**

23                      (Transactions Exempt)

24    33.     Answering Defendants allege that any purported sales of securities, and/or

25    transactions relating to the sales of securities, to Plaintiffs is *exempted under*

26    *California Corporations Code §§ 25100-25101 and/or California Corporations*

27    *Code §§ 25102-25105.*

28    ///

1

## THIRTY FOURTH AFFIRMATIVE DEFENSE

2      (Answering Defendants Not Acting in the Capacity of Real Estate Brokers)

3    34.    Plaintiffs' action is barred on the grounds that Answering Defendants were

4    not acting as Real Estate Brokers for the benefit of Plaintiffs, as defined under

5    *California Civil Code* §§ 2079.13(a), 2295, in performing the tasks and actions

6    which are the subject matter of Plaintiffs' Complaint.

7

## THIRTY FIFTH AFFIRMATIVE DEFENSE

8             (Plaintiffs Not Harmed by Fraudulent Transfer)

9    35.    Answering Defendants allege that if they are found to have fraudulently

10   transferred the property of Plaintiffs, which Answering Defendants expressly deny,

11   Plaintiffs' action is nonetheless barred on the grounds that Plaintiffs were not

12   harmed or injured in any manner by the allegedly fraudulent transfer since transfer

13   did not put beyond the Plaintiffs ' reach any property which they would have been

14   able to subject to the payment of their claims against Answering Defendants.

15

## THIRTY SIXTH AFFIRMATIVE DEFENSE

16      (Answering Defendants Not Acting in the Capacity of Security Brokers)

17   36.    Plaintiffs' action is barred on the grounds that Answering Defendants were

18   not acting as Security Brokers/Investment Advisers for the benefit of Plaintiffs, as

19   defined under *California Corporations Code* §§ 25009, in performing the tasks and

20   actions which are the subject matter of Plaintiffs' Complaint.

21

## THIRTY SEVENTH AFFIRMATIVE DEFENSE

22      (Answering Defendants Not Acting in the Capacity of Security Brokers)

23   37.    Plaintiffs' action is barred on the grounds that Answering Defendants were

24   not acting as Security Brokers/Investment Advisers for the benefit of Plaintiffs, as

25   defined under *California Corporations Code* §§ 25009, in performing the tasks and

26   actions which are the subject matter of Plaintiffs' Complaint.

27

28

1

## THIRTY EIGHTH AFFIRMATIVE DEFENSE

2     (Answering Defendants Not Engaged in a Pattern of Racketeering Activity)

3   38.    Answering Defendants allege that if they are found to have engaged in the

4 sales of securities, which Answering Defendants expressly deny, Plaintiffs' Action

5 under the RICO act is nonetheless barred on the grounds that Answering

6 Defendants were not engaged in a pattern of racketeering activity as defined under

7 18 USC 1961.

8

## THIRTY NINTH AFFIRMATIVE DEFENSE

9       (Answering Defendants Not Engaged in Interstate Commerce)

10 39.    Answering Defendants allege that if they are found to have engaged in the

11 sales of securities, which Answering Defendants expressly deny, Plaintiffs' Action

12 under the RICO act is nonetheless barred on the grounds that Answering

13 Defendants were not engaged in, and/or conducted activities which affect,

14 interstate or foreign commerce.

15

## FORTIETH AFFIRMATIVE DEFENSE

16        (Reservation of Rights)

17 40.    Answering Defendants reserve the right to allege further affirmative

18 defenses, as they may become known through the course of discovery.

19

## ANSWERING DEFENDANTS' PRAYER FOR RELIEF

20     WHEREFORE, Answering Defendants pray as follows:

21     1.     That Plaintiffs takes nothing by way of its Complaint;

22     2.     That the Complaint is dismissed with prejudice and that judgment be

23 awarded in favor of Answering Defendants;

24     3.     That Answering Defendants be awarded its costs of suit herein;

25     4.     For such other and further relief as this Court deems just and proper.

26

## DEMAND FOR JURY TRIAL

27     Defendants K Platinum entities, Ms. Coleman, and Ms. Michelson, hereby

28 request a jury at the time of trial.

1   DATED: August 17, 2007          GAREEB │ PHAM, LLP

2

3                                By: _____

4                                   Christopher Q. Pham

5                                   Attorney for Defendant,
                                  KANYA TENNYSHA COLEMAN

6

7

8   DATED: August 17, 2007          MEHLMAN & TERBEEK, LLP

9

10

11                                  By: _____
                                  Marc TerBeek

12                                   Attorney for Defendants,
                                  K PLATINUM GROUP, INC.; K

13                                   PLATINUM INTERNATIONAL GROUP,
                                  INC.; K PLATINUM ASSOCIATES, INC.;

14                                   K PLATINUM INTERNATIONAL
                                  ASSOCIATES, INC.; K PLATINUM

15                                   FINANCIAL, INC.; K PLATINUM

16                                   INTERNATIONAL FINANCIAL, INC.; K
                                  PLATINUM REALTY, INC.; and K

17                                   PLATINUM INTERNATIONAL REALTY,

18                                   INC.; BRENDA ANN MICHELSON

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2

3

4

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is **GAREEB | PHAM LLP**, located at 707 Wilshire Boulevard, Suite 5300, Los Angeles, California 90017.  On August 21, 2007, I served the herein described document(s):

5

6

**ANSWER OF DEFENDANTS K PLATINUM ENTITIES, KANYA TENNYSHA COLEMAN, AND BRENDA ANN MICHELSON TO COMPLAINT BY PLAINTIFFS AVIS DOCTOR, et al.; DEMAND FOR JURY TRIAL**

7

8

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

9

10

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

11

12

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

13

14

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via.

15

16

17

☒ CM/ECF - by electronically transmitting the document(s) listed above to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing, and forwarding the Notices to the person(s) set forth below, who are registered participants of the CM/ECF System.

18

**See Service List**

19

20

21

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

22

23

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on August 21, 2007, at Los Angeles, California.

24

25

26

27

_____
Miguel del Rosario

28

### *SERVICE LIST*

### *Bruce Sarubin vs. K Platinum Group, Inc.*
### *(Consolidated with Case Nos. MSC07-00080,MSC07-00106,MSC07-00454,*
### *MSC07-00483,MSC07-00484,MSC07-00485,MSC07-00486)*

**_Attorney for Plaintiffs_**
**_Dorothy Daniel, Thetris Ervin,_**
**_Donna Wilson, Rendy Lola Perkins_**
Ronald W. Carter
2201 Broadway, Suite 815
Oakland, CA 94614
Ph:    (510) 465-6500
Fx:    (510) 465-1330

**_Attorney for Plaintiff_**
**_Bruce Sarubin_**
Robert J. Scott, Jr.
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Fransisco, CA 94104
Ph:    (415) 956-2600
Fx:    (415) 438-2655

**_Attorney for Plaintiff_**
**_Jimmie T. Braden Sr._**
Jesse Clyde Ralph
54 Macondray Lane
San Francisco, CA 94133
Fx:    (415) 776-1826

Newell Walker **_(In Pro Per)_**
160 Delgado Court
Vallejo CA 94591
Ph:    (707) 235-9188

1

*__Attorney for Plaintiff__*
*__Amy Levesque, George Raoch, Avis Doctor, Chari Ogogo, Paulette Mayo,__*
*__Karen Smith, Suzette Steinberg, Thomas Steinberg__*
Christopher R. Lucas
LAW OFFICES OF GOFORTH & LUCAS
2300 Clayton Road, Suite 1460
Concord, CA 94520
Ph:     (925) 682-9500
Fx:     (925) 682-2353

*__Attorney for Plaintiff__*
*__Charmaine Bennett__*
V. Elizabeth Grayson
888 Seventh Avenue 45th Floor
New York, N.Y. 10106
Ph:     (646) 406-1512

2