**GAREEB | PHAM, LLP**
CHRISTOPHER Q. PHAM, Bar No. 206697
ALEXANDER S. GAREEB, Bar No. 207473
707 Wilshire Boulevard. Suite 5300
Los Angeles, California 90017
Telephone: (213) 455-2930
Facsimile: (213) 455-2940
Email: cpham@gareebpham.com

Attorneys for Defendant
KANYA TENNYSHA COLEMAN

**MEHLMAN & TERBEEK, LLP**
MARC TERBEEK, Bar No. 166098
2125 Oak Grove Road, Suite 125
Walnut Creek, California 94598
Telephone: (925) 935-3575
Facsimile: (925) 935-1798
Email: marc@mehlman-terbeek.com

Attorneys for Defendants
K PLATINUM GROUP, INC.; K PLATINUM
INTERNATIONAL GROUP, INC.; K PLATINUM
ASSOCIATES, INC.; K PLATINUM INTERNATIONAL
ASSOCIATES, INC.; K PLATINUM FINANCIAL, INC.;
K PLATINUM INTERNATIONAL FINANCIAL, INC.;
K PLATINUM REALTY, INC.; K PLATINUM INTERNATIONAL
REALTY, INC.; AND BRENDA ANN MICHELSON

UNITED STATES DISTRICT COURT -

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIS DOCTOR, CHARI OGOGO, PAULETTE MAYO, KAREN SMITH, SUZETTE STEINBERG, THOMAS STEINBERG,<br><br>Plaintiffs,<br>vs. | Federal Case No: C07-03270 JL<br><br>Please See Related:<br>Federal Case No. C07-03269 MJJ<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

KANYA TENNYSHA COLEMAN aka
KANYA HILL aka KANYA MAXIMO,
CHARLES E. COLEMAN aka
CHARLES E. COLEMAN SR.,
YVONNE E. GAMBLE, FREDERICK
C. GAMBLE, JORIE WRIGHT, FLOYD
W. WATSON, FELIX GOLDEN, K
PLATINUM GROUP, INC., K
PLATINUM REALTY, INC., K
PLATINUM FINANCIAL, INC., K
PLATINUM ASSOCIATES, INC., K
PLATINUM INTERNATIONAL, INC.,
K PLATINUM INTERNATIONAL
ASSOCIATES, INC., K PLATINUM
INTERNATIONAL FINANCIAL, INC.,
K PLATINUM INTERNATIONAL
GROUP INC., K PLATINUM
INTERNATIONAL REALTY, INC., K
PLATINUM PERSONNEL SERVICES,
, K PLATINUM INTERNATIONAL
ASSOCIATE INVESTMENT, REAL
ESTATE PERSONNEL SERVICES a
business organization unknown, REAL
LIFE CONSULTING, a business
organization unknown, OUTERSPHERE
INC., OUTERSPHERE LLC,
OUTERSPHERE INVESTMENT
GROUP, LLC, BLUE SKY TRUST, a
business organization unknown,
PROSPERITY MATTERS LLC,
POWER OF SEVEN LOAN-FUND
ONE LIMITED PARTNERSHIP,
SANFORD AND PETERSON
INTERNATIONAL INVESTMENT
GROUP, INC., LAND AMERICA aka
LAND AMERICA CAPITAL
CORPORATION, BRENDA ANN
MICHELSON L. CAROL ANN
DICKSON, CLAYTON GRACE,
THOMAS JENKINS, VIKING
APPRAISALS, CRAIG
BUCCELLATO, JESSICA ARANDA,

1    and DOES 1 to 500, INCLUSIVE,

2                    Defendants.

3

4    **TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

5    The undersigned, counsel of record for Defendants K Platinum Group, Inc.; K

6    Platinum International Group, Inc.; K Platinum Associates, Inc.; K Platinum

7    International Associates, Inc.; K Platinum Financial, Inc.; K Platinum International

8    Financial, Inc.; K Platinum Realty, Inc.; K Platinum International Realty, Inc.

9    (collectively, "K Platinum entities"); Kanya Tennysha Coleman ("Coleman"); and

10   Brenda Ann Michelson ("Michelson"), certifies that the following listed interest in

11   the outcome of this case. These representations are disqualification or recusal.

| Party | Connection |
|-------|------------|
| Amy Levesque | Plaintiff |
| George Roach | Plaintiff |
| K Platinum Group, Inc. | Defendant |
| K Platinum International Group, Inc. | Defendant |
| K Platinum Associates, Inc. | Defendant |
| K Platinum International Associates, Inc. | Defendant |
| K Platinum Financial, Inc. | Defendant |
| K Platinum International Financial, Inc. | Defendant |
| K Platinum Realty, Inc. | Defendant |
| K Platinum International Realty, Inc. | Defendant |
| Kanya Tennysha Coleman | Defendant |
| Brenda Ann Michelson | Defendant |

1  DATED:  August 21, 2007           GAREEB │ PHAM, LLP

2

3                                     By: _____

4                                        Christopher Q. Pham
                                         Attorney for Defendant,
5                                        KANYA TENNYSHA COLEMAN

6

7

8  DATED:  August 21, 2007           MEHLMAN & TERBEEK, LLP

9

10                                    By: /S/ _____

11                                       Marc TerBeek
                                         Attorney for Defendants,
12                                       K PLATINUM GROUP, INC.; K
                                         PLATINUM INTERNATIONAL GROUP,
13                                       INC.; K PLATINUM ASSOCIATES, INC.;
                                         K PLATINUM INTERNATIONAL
14                                       ASSOCIATES, INC.; K PLATINUM
                                         FINANCIAL, INC.; K PLATINUM
15
                                         INTERNATIONAL FINANCIAL, INC.; K
16                                       PLATINUM REALTY, INC.; and K
                                         PLATINUM INTERNATIONAL REALTY,
17                                       INC.; BRENDA ANN MICHELSON

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is **GAREEB | PHAM LLP**, located at 707 Wilshire Boulevard, Suite 5300, Los Angeles, California 90017. On August 21, 2007, I served the herein described document(s):

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES

☐      FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒      MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐      PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐      OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via.

☒      CM/ECF - by electronically transmitting the document(s) listed above to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing, and forwarding the Notices to the person(s) set forth below, who are registered participants of the CM/ECF System.

**See Service List**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 21, 2007, at Los Angeles, California.

Miguel del Rosario

- 1 -

## *SERVICE LIST*

### *Bruce Sarubin vs. K Platinum Group, Inc.*
### *(Consolidated with Case Nos. MSC07-00080,MSC07-00106,MSC07-00454,*
### *MSC07-00483,MSC07-00484,MSC07-00485,MSC07-00486)*

***Attorney for Plaintiffs***
***Dorothy Daniel, Thetris Ervin,***
***Donna Wilson, Rendy Lola Perkins***
Ronald W. Carter
2201 Broadway, Suite 815
Oakland, CA 94614
Ph:    (510) 465-6500
Fx:    (510) 465-1330


***Attorney for Plaintiff***
***Bruce Sarubin***
Robert J. Scott, Jr.
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Fransisco, CA 94104
Ph:    (415) 956-2600
Fx:    (415) 438-2655


***Attorney for Plaintiff***
***Jimmie T. Braden Sr.***
Jesse Clyde Ralph
54 Macondray Lane
San Francisco, CA 94133
Fx:    (415) 776-1826


Newell Walker ***(In Pro Per)***
160 Delgado Court
Vallejo CA 94591
Ph:    (707) 235-9188

1

***Attorney for Plaintiff***
***Amy Levesque, George Raoch, Avis Doctor, Chari Ogogo, Paulette Mayo,***
*** Karen Smith, Suzette Steinberg, Thomas Steinberg***
Christopher R. Lucas
LAW OFFICES OF GOFORTH & LUCAS
2300 Clayton Road, Suite 1460
Concord, CA 94520
Ph:     (925) 682-9500
Fx:     (925) 682-2353

***Attorney for Plaintiff***
***Charmaine Bennett***
V. Elizabeth Grayson
888 Seventh Avenue 45th Floor
New York, N.Y. 10106
Ph:     (646) 406-1512

2