| | |
|---|---|
| 1 | **GAREEB | PHAM, LLP** |
| 2 | CHRISTOPHER Q. PHAM, Bar No. 206697 |
|   | ALEXANDER S. GAREEB, Bar No. 207473 |
| 3 | 707 Wilshire Boulevard. Suite 5300 |
| 4 | Los Angeles, California 90017 |
|   | Telephone: (213) 455-2930 |
| 5 | Facsimile: (213) 455-2940 |
| 6 | Email: cpham@gareebpham.com |
| 7 | Attorneys for Defendant |
| 8 | KANYA TENNYSHA COLEMAN |
| 9 | **MEHLMAN & TERBEEK, LLP** |
| 10 | MARC TERBEEK, Bar No. 166098 |
|    | 2125 Oak Grove Road, Suite 125 |
| 11 | Walnut Creek, California 94598 |
| 12 | Telephone: (925) 935-3575 |
|    | Facsimile: (925) 935-1798 |
| 13 | Email: marc@mehlman-terbeek.com |
| 14 | |
|    | Attorneys for Defendants |
| 15 | K PLATINUM GROUP, INC.; K PLATINUM |
| 16 | INTERNATIONAL GROUP, INC.; K PLATINUM |
|    | ASSOCIATES, INC.; K PLATINUM INTERNATIONAL |
| 17 | ASSOCIATES, INC.; K PLATINUM FINANCIAL, INC.; |
| 18 | K PLATINUM INTERNATIONAL FINANCIAL, INC.; |
|    | K PLATINUM REALTY, INC.; K PLATINUM INTERNATIONAL |
| 19 | REALTY, INC.; AND BRENDA ANN MICHELSON |

UNITED STATES DISTRICT COURT -

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIS DOCTOR, CHARI OGOGO, PAULETTE MAYO, KAREN SMITH, SUZETTE STEINBERG, THOMAS STEINBERG,<br><br>Plaintiffs,<br>vs. | Federal Case No: C07-03270 JL<br><br>Please See Related:<br>Federal Case No. C07-03269 MJJ<br><br>**NOTICE OF RELATED CASES**<br>**[LOCAL RULE 3-12]** |

| | |
|---|---|
| 1 | KANYA TENNYSHA COLEMAN aka KANYA HILL aka KANYA MAXIMO, |
| 2 | CHARLES E. COLEMAN aka |
| 3 | CHARLES E. COLEMAN SR., |
| 4 | YVONNE E. GAMBLE, FREDERICK C. GAMBLE, JORIE WRIGHT, FLOYD |
| 5 | W. WATSON, FELIX GOLDEN, K PLATINUM GROUP, INC., K |
| 6 | PLATINUM REALTY, INC., K |
| 7 | PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K |
| 8 | PLATINUM INTERNATIONAL, INC., |
| 9 | K PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM |
| 10 | INTERNATIONAL FINANCIAL, INC., |
| 11 | K PLATINUM INTERNATIONAL GROUP INC., K PLATINUM |
| 12 | INTERNATIONAL REALTY, INC., K |
| 13 | PLATINUM PERSONNEL SERVICES, , K PLATINUM INTERNATIONAL |
| 14 | ASSOCIATE INVESTMENT, REAL |
| 15 | ESTATE PERSONNEL SERVICES a business organization unknown, REAL |
| 16 | LIFE CONSULTING, a business |
| 17 | organization unknown, OUTERSPHERE INC., OUTERSPHERE LLC, |
| 18 | OUTERSPHERE INVESTMENT |
| 19 | GROUP, LLC, BLUE SKY TRUST, a business organization unknown, |
| 20 | PROSPERITY MATTERS LLC, |
| 21 | POWER OF SEVEN LOAN-FUND ONE LIMITED PARTNERSHIP, |
| 22 | SANFORD AND PETERSON |
| 23 | INTERNATIONAL INVESTMENT GROUP, INC., LAND AMERICA aka |
| 24 | LAND AMERICA CAPITAL |
| 25 | CORPORATION, BRENDA ANN MICHELSON L. CAROL ANN |
| 26 | DICKSON, CLAYTON GRACE, |
| 27 | THOMAS JENKINS, VIKING APPRAISALS, CRAIG |
| 28 | BUCCELLATO, JESSICA ARANDA, |

- 2 -
NOTICE OF RELATED CASES

1 | and DOES 1 to 500, INCLUSIVE,
2 |                 Defendants.

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants K Platinum Group, Inc.; K Platinum International Group, Inc.; K Platinum Associates, Inc.; K Platinum International Associates, Inc.; K Platinum Financial, Inc.; K Platinum International Financial, Inc.; K Platinum Realty, Inc.; K Platinum International Realty, Inc. (collectively, "K Platinum entities"); Kanya Tennysha Coleman ("Coleman"); and Brenda Ann Michelson ("Michelson"), hereby notifies the Court, pursuant to Rule 3-12 of the *Local Rules of Practice of the United States District Court for the Northern District of California*, the instant action is related to action entitled *Amy Levesque and George Roach v. Kanya Tennysha Coleman, et al.*, Case No. C07-03269 MJJ, in that both actions involve identical allegations and causes of actions relating to a dispute over the purported sales of securities on the part of all named Defendants.

DATED: August 21, 2007                      GAREEB | PHAM, LLP

By: _____
Christopher Q. Pham
Attorney for Defendant,
KANYA TENNYSHA COLEMAN

1  DATED: August 21, 2007           MEHLMAN & TERBEEK, LLP

2

3                                    By: /S/
4                                    Marc TerBeek
                                     Attorney for Defendants,
5                                    K PLATINUM GROUP, INC.; K
                                     PLATINUM INTERNATIONAL GROUP,
6                                    INC.; K PLATINUM ASSOCIATES, INC.;
7                                    K PLATINUM INTERNATIONAL
                                     ASSOCIATES, INC.; K PLATINUM
8                                    FINANCIAL, INC.; K PLATINUM
                                     INTERNATIONAL FINANCIAL, INC.; K
9                                    PLATINUM REALTY, INC.; and K
10                                   PLATINUM INTERNATIONAL REALTY,
                                     INC.; BRENDA ANN MICHELSON
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is **GAREEB | PHAM LLP**, located at 707 Wilshire Boulevard, Suite 5300, Los Angeles, California 90017. On August 21, 2007, I served the herein described document(s):

**NOTICE OF RELATED CASES [LOCAL RULE 3-12]**

☐    FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒    MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐    PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐    OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via.

☒    CM/ECF - by electronically transmitting the document(s) listed above to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing, and forwarding the Notices to the person(s) set forth below, who are registered participants of the CM/ECF System.

**See Service List**

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 21, 2007, at Los Angeles, California.

_____
Miguel del Rosario

- 1 -

## SERVICE LIST

### Bruce Sarubin vs. K Platinum Group, Inc.
### (Consolidated with Case Nos. MSC07-00080,MSC07-00106,MSC07-00454, MSC07-00483,MSC07-00484,MSC07-00485,MSC07-00486)

**Attorney for Plaintiffs**
**Dorothy Daniel, Thetris Ervin,**
**Donna Wilson, Rendy Lola Perkins**
Ronald W. Carter
2201 Broadway, Suite 815
Oakland, CA 94614
Ph:    (510) 465-6500
Fx:    (510) 465-1330


**Attorney for Plaintiff**
**Bruce Sarubin**
Robert J. Scott, Jr.
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Fransisco, CA 94104
Ph:    (415) 956-2600
Fx:    (415) 438-2655


**Attorney for Plaintiff**
**Jimmie T. Braden Sr.**
Jesse Clyde Ralph
54 Macondray Lane
San Francisco, CA 94133
Fx:    (415) 776-1826


Newell Walker *(In Pro Per)*
160 Delgado Court
Vallejo CA 94591
Ph:    (707) 235-9188

1

*<u>Attorney for Plaintiff</u>*
*<u>Amy Levesque, George Raoch, Avis Doctor, Chari Ogogo, Paulette Mayo,</u>*
*<u>Karen Smith, Suzette Steinberg, Thomas Steinberg</u>*
Christopher R. Lucas
LAW OFFICES OF GOFORTH & LUCAS
2300 Clayton Road, Suite 1460
Concord, CA 94520
Ph:   (925) 682-9500
Fx:   (925) 682-2353

*<u>Attorney for Plaintiff</u>*
*<u>Charmaine Bennett</u>*
V. Elizabeth Grayson
888 Seventh Avenue 45th Floor
New York, N.Y. 10106
Ph:   (646) 406-1512